# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| Cindy Soles Smith, Adm. Estate of Mark K. Smith <br> *Plaintiff* <br> v. <br> XPO Logistics Freight, Inc. <br> *Defendant* | ) <br> ) <br> ) Case No. 4:25-cv-00185-D <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Cindy Soles Smith, Administratrix of the Estate of Mark Keannan Smith

Date: 10/09/2025

*Attorney's signature*

J. William Owen, 47994
*Printed name and bar number*
Musselwhite, Musselwhite, Branch & Grantham, P.A.
P.O. Box 1448
Lumberton, NC 28359

*Address*

wowen@mmbglaw.com
*E-mail address*

(910) 738-5277
*Telephone number*

(910) 738-3678
*FAX number*