# Appendix 1

For ease of reference, the following reflects an Appendix to Defendant XPO Logistics Freight, Inc.'s Notice of Removal. This Appendix contains all pleadings, processes, orders, and other papers previously filed in accordance with 28 U.S.C. § 1446(b)(3) as well as relevant served documents necessary for removal, all of which are applicable to North Carolina General Court of Justice, Superior Court Division, Robeson County Civil Action No. 24CVS000468-770.

| Exhibit | Title of Document | Relevant Dates |
|---|---|---|
| 1 | General Civil Action Cover Sheet | Filed: February 15, 2024 |
| 2 | Summons – Defendant William Bratty Lamb | Filed: February 15, 2024 |
| 3 | Complaint | Filed: February 15, 2024 |
| 4 | Acceptance of Service – William Bratty Lamb | Filed: February 22, 2024 |
| 5 | Plaintiff's First Amended Complaint | Filed: February 22, 2024 |
| 6 | Acceptance of Service for Defendant XPO Logistics Freight, Inc. | Filed: March 5, 2024 |
| 7 | Answer, Defenses and Counterclaim of XPO Logistics Freight Inc. to First Amended Complaint | Filed: March 25, 2024 |
| 8 | Answer and Defenses of William Bratty Lamb to First Amended Complaint | Filed: March 27, 2024 |
| 9 | Acceptance of Service - Plaintiff | Filed: April 15, 2024 |
| 10 | Plaintiff's Answer to Counterclaim | Filed: June 6, 2024 |
| 11 | First Amended Answer and Reply to Counterclaim | Filed: June 26, 2024 |
| 12 | Defendant XPO's Motion for Extension of Time to Respond to Plaintiff's First ROGS, RPD and RFA | Filed: July 1, 2024 |
| 13 | Order Granting Defendant XPO Logistics Motion for Extension of Time to Respond to Plaintiff's First ROGS, RPD and RFA | Filed: July 1, 2024 |
| 14 | Defendant Lamb's Motion for Extension of Time to Respond to Plaintiff's First ROGS, RPD and RFA | Filed: July 1, 2024 |
| 15 | Order Granting Defendant Lamb's Motion for Extension of Time to Respond to Plaintiff's First ROGS, RPD and RFA | Filed: July 1, 2024 |
| 16 | Consent Confidentiality Order and Protective Order | Filed: September 10, 2024 |
| 17 | Defendant XPO's Motion for Extension of Time to Respond to Plaintiff's Second RPD | Filed: November 15, 2024 |
| 18 | Order Granting Defendant XPO Logistics' Motion for Extension of Time to Respond to Plaintiff's Second RPD | Filed: November 15, 2024 |
| 19 | XPO's Request for Monetary Relief Sought | Served: December 2, 2024 |

EXHIBIT 14

| 20 | Plaintiff's Response to XPO's Request for Monetary Relief Sought | Served: December 5, 2024 |
|---|---|---|
| 21 | Plaintiff's Motion to Compel Against Defendant XPO | Filed: January 2, 2025 |
| 22 | Plaintiff's Notice of Hearing and Calendar Request – Plaintiff's Motion to Compel | Filed: January 2, 2025 |
| 23 | Order Granting Plaintiff's Motion to Compel Against Defendant XPO | Filed: January 21, 2025 |
| 24 | Plaintiff's Motion for Sanctions and Second Motion to Compel against Defendant XPO | Filed: February 26, 2025 |
| 25 | Plaintiff's Calendar Request - Plaintiff's Motion for Sanctions and Second Motion to Compel against Defendant XPO | Filed: February 26, 2025 |
| 26 | Plaintiff's Notice of Hearing – Plaintiff's Motion for Sanctions and Second Motion to Compel against Defendant XPO | Filed: February 26, 2025 |
| 27 | Plaintiff's Motion to Quash Subpoena | Filed: February 27, 2025 |
| 28 | Plaintiff's Calendar Request - Plaintiff's Motion to Quash Subpoena against Defendant XPO | Filed: February 27, 2025 |
| 29 | Plaintiff's Notice of Hearing – Motion to Quash | Filed: February 27, 2025 |
| 30 | Defendant XPO's Motion for Reconsideration | Filed: February 28, 2025 |
| 31 | Defendant XPO's Motion and Order for Continuance | Filed: March 11, 2025 |
| 32 | Affidavit of Zoran Nikolic | Filed: March 12, 2025 |
| 33 | Notice of Appearance of Austin Kessler and Devin Honbarger | Filed: March 14, 2025 |
| 34 | Plaintiff's Calendar Request – Plaintiff's Motion for Sanctions, Motion to Quash Subpoena, and Second Motion to Compel against Defendant XPO | Filed: March 17, 2025 |
| 35 | Plaintiff's Amended Notice of Hearing – Plaintiff's Motion for Sanctions, Motion to Quash Subpoena, and Second Motion to Compel against Defendant XPO | Filed: March 17, 2025 |
| 36 | Defendant XPO's Motion to Compel | Filed: March 18, 2025 |
| 37 | Defendant XPO's Notice of Hearing – Defendant XPO's Motion to Compel and Motion for Reconsideration | Filed: March 19, 2025 |
| 38 | Designation of Secure Leave of Austin R. Kessler | Filed: April 18, 2025 |
| 39 | Order Denying Defendant XPO's Motion for Reconsideration | Filed: April 25, 2025 |
| 40 | Order Granting Plaintiff's Motion for Sanctions and Second Motion to Compel against Defendant XPO | Filed: April 25, 2025 |
| 41 | Certificate of Service - Order Granting Plaintiff's Motion for Sanctions and Second Motion to Compel against Defendant XPO and Order | Filed: April 25, 2025 |

EXHIBIT 74

|  |  |  |
|---|---|---|
|  | Denying Defendant XPO's Motion for Reconsideration |  |
| 42 | Order Granting Plaintiff's Motion to Quash Subpoena against Defendant XPO | Filed: May 2, 2025 |
| 43 | Order Denying Defendant XPO's Motion to Compel Against Plaintiff | Filed: May 2, 2025 |
| 44 | Certificate of Service - Order Denying Defendant XPO's Motion to Compel Against Plaintiff and Order Granting Plaintiff's Motion to Quash Subpoena against Defendant XPO | Filed: May 5, 2025 |
| 45 | Plaintiff's Motion and Order for Continuance | Filed: May 5, 2025 |
| 46 | Defendant XPO's Notice of Appeal - Order Denying Defendant XPO's Motion to Compel Against Plaintiff | Filed: May 22, 2025 |
| 47 | Defendant XPO's Notice of Appeal - Order Granting Plaintiff's Motion for Sanctions and Second Motion to Compel against Defendant XPO | Filed: May 22, 2025 |
| 48 | Notice of Appearance – Allison Becker | Filed: May 29, 2025 |
| 49 | Defendants' Motion to Stay All Proceedings Pending Outcome of Appeal | Filed: May 30, 2025 |
| 50 | Appellate Transcript Contract – April 2025 | Filed: June 4, 2025 |
| 51 | Appellate Transcript Contract – January 2025 | Filed: June 4, 2025 |
| 52 | Plaintiff's Motion to Sever | Filed: June 5, 2025 |
| 53 | Plaintiff's Calendar Request – Plaintiff's Motion to Sever | Filed: June 5, 2025 |
| 54 | Plaintiff's Notice of Hearing – Plaintiff's Motion to Sever | Filed: June 5, 2025 |
| 55 | Plaintiff's Calendar Request – Defendants' Motion to Stay | Filed: June 10, 2025 |
| 56 | Plaintiff's Notice of Hearing – Defendants' Motion to Stay | Filed: June 10, 2025 |
| 57 | Request for Certified Copies | Filed: July 7, 2025 |
| 58 | Order Denying Defendants' Motion to Stay Pending Appeal | Filed: July 9, 2025 |
| 59 | Order Granting Plaintiff's Motion to Sever | Filed: July 9, 2025 |
| 60 | Certificate of Service - Order Denying Defendants' Motion to Stay Pending Appeal | Filed: July 9, 2025 |
| 61 | Certificate of Service - Order Granting Plaintiff's Motion to Sever | Filed: July 9, 2025 |
| 62 | Request for Certified Copies | Filed: July 9, 2025 |
| 63 | Appellate Results – North Carolina Court of Appeals Order Denying Defendants' Motion for Temporary Stay | Filed: July 28, 2025 |
| 64 | Defendant XPO's Withdrawal of Appeal from Order Denying Defendant XPO's Motion to Compel | Filed: August 4, 2025 |

| 65 | Appellate Results – Order Denying Petition for Writ of Supersedeas | Filed: August 21, 2025 |
|---|---|---|
| 66 | Notice of Substitution of Counsel for Defendants | Filed: August 27, 2025 |
| 67 | Consent Motion for Extension of Time to Deliver Transcripts Necessary to Defendant's Appeal | Filed: September 8, 2025 |
| 68 | Order granting Motion for Extension of Time to Deliver Transcripts Necessary to Defendant's Appeal | Filed: September 10, 2025 |
| 69 | Plaintiff's Responses to Defendant XPO Logistics Freight, Inc.'s First Set of Requests for Admission to Plaintiff | Served: September 18, 2025 |
| 70 | State Court Action Docket Entry Reflecting Civil Summons issued to XPO | Entered: February 28, 2024 |
| 71 | XPO's Second Rule 8 Request | Served: September 8, 2025 |
| 72 | Email from Plaintiff's Counsel regarding Plaintiff's Purported Response to Defendant XPO Logistics Freight, Inc.'s Request for Monetary Relief Sought | Served: September 8, 2025 |
| 73 | XPO's First Set of Requests for Admission | Served: September 17, 205 |

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **APPENDIX**, including all referenced exhibits and other documents, with the Clerk of Court for the Eastern District of North Carolina by using the CM/ECF system.

Additionally, a copy of the **APPENDIX**, including all exhibits thereto and other documents, was served by E-mail to Plaintiff's counsel at the following E-mail addresses:

| | |
|---|---|
| J. William Owen<br>Musselwhite, Musselwhite, Branch & Grantham, P.A.<br>P.O. Box 1448<br>Lumberton, NC 28359<br>wowen@mmbglaw.com<br>*Counsel for Plaintiff Cindy Smith, Administratrix of the Estate of Mark K. Smith* | Jennifer Welch<br>Cranfill Sumner<br>P.O. Box 27808<br>Raleigh, NC 27611-7808<br>jwelch@cshlaw.com<br>*Counsel for Counterclaim-Defendant Cindy Smith, Administratrix of the Estate of Mark K. Smith* |

This the 8th day of October 2025.

**GORDON REES SCULLY MANSUKHANI LLP**

By: /s/ Devin Honbarger
_____
Devin Honbarger
N.C. Bar No. 59513
150 Fayetteville Street, Suite 1120
Raleigh, North Carolina 27601
Telephone: (919) 787-4555
Facsimile: (919) 741-5840
E-mail: dhonbarger@grsm.com
*Counsel for Defendant XPO Logistics Freight, Inc.*

5

Case 7:25-cv-01545-D-BM    Document 16    Filed 10/10/25    Page 5 of 5
EXHIBIT 74