# EXHIBIT 4

STATE OF NORTH CAROLINA      IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
COUNTY OF ROBESON    **FILED**      24 CVS 468

2024 FEB 22 P 2:32

```
CINDY SOLES SMITH, Administratrix of the  )
ESTATE OF MARK KEANNAN SMITH,  C.S.C.      )
          ROBESON                          )
                Plaintiff, BY_____     )   ACCEPTANCE OF SERVICE FOR
                                           )   DEFENDANT WILLIAM BRATTY LAMB
                                           )
                                           )
                                           )
v.                                         )
                                           )
                                           )
                                           )
WILLIAM BRATTY LAMB                        )
                                           )
                Defendant.                 )
                                           )
```

MEGAN M. STACY, does hereby accept service of process of the Civil Summons and Complaint as Counsel of Record for **Defendant William Bratty Lamb** in the above-entitled action thereby waiving service of process pursuant to Rule 4 of the North Carolina Rules of Civil Procedure.

This the 20th day of February, 2024.

_Megan M. Stacy_
MEGAN M. STACY, Counsel for Defendant
William Bratty Lamb