# EXHIBIT 6

STATE OF NORTH CAROLINA

COUNTY OF ROBESON

FILED 2024 MAR -5 P 3: 51

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
24 CVS 468

CINDY SOLES SMITH, Administratrix of the
ESTATE OF MARK KEANNAN SMITH

        Plaintiff,

v.

WILLIAM BRATTY LAMB
XPO LOGISTICS FREIGHT, INC.

        Defendants.

**ACCEPTANCE OF SERVICE FOR DEFENDANT XPO LOGISTICS FREIGHT, INC.**

MEGAN M. STACY, does hereby accept service of process of the Civil Summons and First Amended Complaint as Counsel of Record for **Defendant XPO Logistics Freight, Inc.** in the above-entitled action thereby waiving service of process pursuant to Rule 4 of the North Carolina Rules of Civil Procedure.

This the 28 day of February, 2024.

*/s/ Megan M. Stacy*
MEGAN M. STACY, Counsel for Defendant Lamb and Defendant XPO Logistics Freight, Inc.