# EXHIBIT 9

STATE OF NORTH CAROLINA  IN THE GENERAL COURT OF JUSTICE
COUNTY OF ROBESON  SUPERIOR COURT DIVISION
 24-CVS-468

FILED
2024 APR 15 P 2:17
ROBESON CO., C.S.C.
BY_____

CINDY SOLES SMITH, Administratrix of the
ESTATE OF MARK KEANNAN SMITH,

    Plaintiff/Counterclaim-
    Defendant,

v.  **ACCEPTANCE OF SERVICE**

WILLIAM BRATTY LAMB,

    Defendant,

and

XPO LOGISTICS FREIGHT, INC.

    Defendant/Counterclaim-
    Plaintiff.

J. WILLIAM OWEN, does hereby accept service of process of the Counterclaim of Defendant/Counterclaim Plaintiff, XPO Logistics Freight, Inc. as Counsel of Record for **Plaintiff/Counterclaim Defendant Cindy Soles Smith, Administratix of the Estate of Mark Keannan Smith** in the above-entitled action thereby waiving service of process pursuant to Rule 4 of the North Carolina Rules of Civil Procedure.

This ___15th___ day of April, 2024.

_____
J. William Owen, Counsel for
Plaintiff/Counterclaim Defendant Cindy Soles
Smith, Administratix of the Estate of Mark Keannan
Smith