# EXHIBIT 12

STATE OF NORTH CAROLINA  
COUNTY OF ROBESON

IN THE GENERAL COURT OF JUSTICE  
SUPERIOR COURT DIVISION  
24-CVS-468

FILED 2024 JUL 26 PM 3: 04  
ROBESON CO., C.S.C.  
BY Ks

CINDY SOLES SMITH, Administratrix of the ESTATE OF MARK KEANNAN SMITH,

    Plaintiff/Counterclaim-Defendant,

v.

WILLIAM BRATTY LAMB,

    Defendant,

and

XPO LOGISTICS FREIGHT, INC.

    Defendant/Counterclaim-Plaintiff.

**DEFENDANT XPO LOGISTICS FREIGHT, INC. MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUEST FOR ADMISSION**

Defendant XPO Logistics Freight, Inc. (hereinafter, "XPO") hereby moves this Court pursuant to Rules 26, 33, 34 and 36 of the Rules of Civil Procedure for an order enlarging the time in which XPO has to respond to Plaintiff's First Set of Interrogatories, Request for Production of Documents and Requests for Admission.

XPO shows the Court that the time in which to respond to Plaintiff's First Set of Interrogatories, Request for Production of Documents and Requests for Admission served on June 5, 2024, has not yet expired, and that additional time is needed in which to investigate and collect information necessary to answer Plaintiff's First Set of Interrogatories, Request for Production of Documents and Requests for Admission.

WHEREFORE, movant request the Court grant an extension of time to answer Plaintiff's First Set of Interrogatories, Request for Production of Documents and Requests for Admission to and including the 5th day of August, 2024.

Respectfully submitted this 27th day of June, 2024.

**GORDON REES SCULLY MANSUKHANI LLP**

*Megan M. Stacy* (signature)

---

Megan M. Stacy
N.C. State Bar No. 47108
Le'Ron A. Byrd
North Carolina Bar No. 55732
150 Fayetteville Street, Suite 1120
Raleigh, North Carolina 27601
Telephone: (919) 787-4555
Facsimile: (919) 741-5840
E-mail: mstacy@grsm.com
E-mail: lbyrd@grsm.com
*Counsel for Defendant XPO Logistics Freight, Inc. and William Lamb*

## CERTIFICATE OF SERVICE

This is to certify that I caused the foregoing **DEFENDANT XPO LOGISTICS FREIGHT, INC. MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUEST FOR ADMISSION** be filed and served upon all counsel of record by email pursuant to Rule 5 of the North Carolina Rules of Civil Procedure addressed as follows:

J. William Owen
Musselwhite, Musselwhite, Branch & Grantham, P.A.
P.O. Box 1448
Lumberton, NC 28359
wowen@mmbglaw.com
*Counsel for Plaintiff*

Jennifer Welch
Cranfill Sumner
P.O. Box 27808
Raleigh, NC 27611-7808
jwelch@cshlaw.com
*Counsel for Counterclaim Defendant Cindy Smith, Administratrix of the Estate of Mark K. Smith*

This the 27th day of June, 2024.

**Gordon Rees Scully Mansukhani, LLP**

By: Megan M. Stacy