# EXHIBIT 13

FILED

2024 JUL -1 P 3: 04

ROBESON CO., C.S.C.

BY KS

STATE OF NORTH CAROLINA     IN THE GENERAL COURT OF JUSTICE
COUNTY OF ROBESON     SUPERIOR COURT DIVISION
24-CVS-468

| | |
|---|---|
| CINDY SOLES SMITH, Administratrix of the ESTATE OF MARK KEANNAN SMITH, <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> WILLIAM BRATTY LAMB, <br><br> Defendant, <br><br> and <br><br> XPO LOGISTICS FREIGHT, INC. <br><br> Defendant/Counterclaim-Plaintiff. | **ORDER GRANTING DEFENDANT XPO LOGISTICS FREIGHT, INC'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUEST FOR ADMISSION** |

This cause is before the undersigned on motion of Defendant XPO for an enlargement of time to respond to Plaintiff's First Set of Interrogatories, Request for Production of Documents and Requests for Admission, and it appears to the Court that the time in which to respond said Plaintiff's First Set of Interrogatories, Request for Production of Documents and Requests for Admission has not yet expired and the Court is of the opinion that good cause has been shown and the motion shall be allowed.

IT IS THEREFORE ALLOWED that the time in which to respond to Plaintiff's First Set of Interrogatories, Request for Production of Documents and Requests for Admission is hereby enlarged to and including the 5th day of August, 2024.

This 1st day of ~~June~~ July, 2024.

                                                                    _Kimberly Sampson, Asst. Clerk_
                                                                    Clerk of Superior Court

STATE OF NORTH CAROLINA　　　　　　IN THE GENERAL COURT OF JUSTICE
COUNTY OF ROBESON　　　　　　　　　　SUPERIOR COURT DIVISION
　　　　　　　　　　　　　　　　　　　　　　24-CVS-468

FILED 2024 JUL -1 P 3:09
ROBESON CO., C.S.C.
BY __KS__

CINDY SOLES SMITH, Administratrix of the
ESTATE OF MARK KEANNAN SMITH

　　　　Plaintiff/Counterclaim-
　　　　Defendant,

v.

WILLIAM BRATTY LAMB,

　　　　Defendant,

and

XPO LOGISTICS FREIGHT, INC.

　　　　Defendant/Counterclaim-
　　　　Plaintiff.

**ORDER GRANTING DEFENDANT WILLIAM LAMB'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUEST FOR ADMISSION**

This cause is before the undersigned on motion of Defendant William Bratty Lamb for an enlargement of time to respond to Plaintiff's First Set of Interrogatories, Request for Production of Documents and Requests for Admission, and it appears to the Court that the time in which to respond said Plaintiff's First Set of Interrogatories, Request for Production of Documents and Requests for Admission has not yet expired and the Court is of the opinion that good cause has been shown and the motion shall be allowed.

IT IS THEREFORE ALLOWED that the time in which to respond to Plaintiff's First Set of Interrogatories, Request for Production of Documents and Requests for Admission. is hereby enlarged to and including the 5th day of August, 2024.

This 1st day of July, 2024.

_Kimberly Sapp_, Asst. Clerk
Clerk of Superior Court