# EXHIBIT 14

STATE OF NORTH CAROLINA     IN THE GENERAL COURT OF JUSTICE
COUNTY OF ROBESON     FILED SUPERIOR COURT DIVISION
24-CVS-468

2024 JUL -1 P 3:09

CINDY SOLES SMITH, Administratrix of the
ESTATE OF MARK KEANNAN SMITH ROBESON CO., C.S.C.

           Plaintiff/Counterclaim
           Defendant,    BY KS

v.

WILLIAM BRATTY LAMB,

           Defendant,

and

XPO LOGISTICS FREIGHT, INC.

           Defendant/Counterclaim-
           Plaintiff.

**DEFENDANT WILLIAM LAMB'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUEST FOR ADMISSION**

Defendant William Bratty Lamb (hereinafter, "Lamb") hereby moves this Court pursuant to Rules 26, 33, 34 and 36 of the Rules of Civil Procedure for an order enlarging the time in which Lamb has to respond to Plaintiff's First Set of Interrogatories, Request for Production of Documents and Requests for Admission.

Lamb shows the Court that the time in which to respond to Plaintiff's First Set of Interrogatories, Request for Production of Documents and Requests for Admission served on June 5, 2024, has not yet expired, and that additional time is needed in which to investigate and collect information necessary to answer Plaintiff's First Set of Interrogatories, Request for Production of Documents and Requests for Admission.

WHEREFORE, movant request the Court grant an extension of time to answer Plaintiff's First Set of Interrogatories, Request for Production of Documents and Requests for Admission to and including the 5th day of August, 2024.

Respectfully submitted this 24th day of June, 2024.

                    GORDON REES SCULLY MANSUKHANI LLP

                    */s/ Megan M. Stacy*

                    Megan M. Stacy
                    N.C. State Bar No. 47108
                    Le'Ron A. Byrd
                    North Carolina Bar No. 55732
                    150 Fayetteville Street, Suite 1120
                    Raleigh, North Carolina 27601
                    Telephone: (919) 787-4555
                    Facsimile: (919) 741-5840
                    E-mail: mstacy@grsm.com
                    E-mail: lbyrd@grsm.com
                    *Counsel for Defendant XPO Logistics Freight, Inc.*
                    *and William Lamb*