# EXHIBIT 15

| | |
|---|---|
| **STATE OF NORTH CAROLINA**<br>**COUNTY OF ROBESON** | **IN THE GENERAL COURT OF JUSTICE**<br>**SUPERIOR COURT DIVISION**<br>**24-CVS-468** |

FILED 2024 JUL -1 P 3: 09 ROBESON CO., C.S.C. BY

| | |
|---|---|
| CINDY SOLES SMITH, Administratrix of the ESTATE OF MARK KEANNAN SMITH,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>WILLIAM BRATTY LAMB,<br><br>    Defendant,<br><br>and<br><br>XPO LOGISTICS FREIGHT, INC.<br><br>    Defendant/Counterclaim-Plaintiff. | **ORDER GRANTING DEFENDANT WILLIAM LAMB'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUEST FOR ADMISSION** |

This cause is before the undersigned on motion of Defendant William Bratty Lamb for an enlargement of time to respond to Plaintiff's First Set of Interrogatories, Request for Production of Documents and Requests for Admission, and it appears to the Court that the time in which to respond said Plaintiff's First Set of Interrogatories, Request for Production of Documents and Requests for Admission has not yet expired and the Court is of the opinion that good cause has been shown and the motion shall be allowed.

IT IS THEREFORE ALLOWED that the time in which to respond to Plaintiff's First Set of Interrogatories, Request for Production of Documents and Requests for Admission. is hereby enlarged to and including the 5th day of August, 2024.

This 1st day of July 2024.

Kimberly Dayon, Asst Clerk
Clerk of Superior Court