# EXHIBIT 17

STATE OF NORTH CAROLINA      IN THE GENERAL COURT OF JUSTICE
COUNTY OF ROBESON      SUPERIOR COURT DIVISION
FILED    24-CVS-468

| | |
|---|---|
| CINDY SOLES SMITH, Administratrix of the ESTATE OF MARK KEANNAN SMITH, <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> WILLIAM BRATTY LAMB, <br><br> Defendant, <br><br> and <br><br> XPO LOGISTICS FREIGHT, INC. <br><br> Defendant/Counterclaim-Plaintiff. | **DEFENDANT XPO LOGISTICS FREIGHT, INC. MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND REQUESTS FOR PRODUCTION OF DOCUMENTS** |

(Stamped: NOV 15 P 4:33, ROBESON CO., C.S.C., BY___)

Defendant XPO Logistics Freight, Inc. (hereinafter, "XPO") hereby moves this Court pursuant to Rule 34 of the Rules of Civil Procedure for an order enlarging the time in which XPO has to respond to Plaintiff's Second Request for Production of Documents.

XPO shows the Court that the time in which to respond to Plaintiff's Second Request for Production of Documents served on October 22, 2024, has not yet expired, and that additional time is needed in which to investigate and collect information necessary to answer Plaintiff's Second Request for Production of Documents.

WHEREFORE, movant request the Court grant an extension of time to answer Plaintiff's Second Request for Production of Documents to and including the 23rd day of December, 2024.

Respectfully submitted this 12th day of November, 2024.

                                     **GORDON REES SCULLY MANSUKHANI LLP**

                                     */s/ Megan M. Stacy*

                                     Megan M. Stacy
                                     N.C. State Bar No. 47108
                                     Le'Ron A. Byrd
                                     North Carolina Bar No. 55732
                                     150 Fayetteville Street, Suite 1120
                                     Raleigh, North Carolina 27601
                                     Telephone: (919) 787-4555
                                     Facsimile: (919) 741-5840
                                     E-mail: mstacy@grsm.com
                                     E-mail: lbyrd@grsm.com
                                     *Counsel for Defendant XPO Logistics Freight, Inc.*
                                     *and William Lamb*

## CERTIFICATE OF SERVICE

This is to certify that I caused the foregoing **DEFENDANT XPO LOGISTICS FREIGHT, INC. MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS** be filed and served upon all counsel of record by email pursuant to Rule 5 of the North Carolina Rules of Civil Procedure addressed as follows:

J. William Owen
Musselwhite, Musselwhite, Branch & Grantham, P.A.
P.O. Box 1448
Lumberton, NC 28359
wowen@mmbglaw.com
*Counsel for Plaintiff*

Jennifer Welch
Cranfill Sumner
P.O. Box 27808
Raleigh, NC 27611-7808
jwelch@cshlaw.com

*Counsel for Counterclaim Defendant Cindy Smith, Administratrix of the Estate of Mark K. Smith*

This the 12th day of November, 2024.

**Gordon Rees Scully Mansukhani, LLP**

Megan M. Stacy

By: _____
Megan M. Stacy