# EXHIBIT 18

**STATE OF NORTH CAROLINA**
**COUNTY OF ROBESON**

**IN THE GENERAL COURT OF JUSTICE**
**SUPERIOR COURT DIVISION**
FILED **24-CVS-468**

CINDY SOLES SMITH, Administratrix of the
ESTATE OF MARK KEANNAN SMITH,

2024 NOV 15 P 4: 33

ROBESON CO., C.S.C.

        Plaintiff/Counterclaim-
        Defendant,

BY

v.

WILLIAM BRATTY LAMB,

        Defendant,

and

XPO LOGISTICS FREIGHT, INC.

        Defendant/Counterclaim-
        Plaintiff.

**ORDER GRANTING DEFENDANT**
**XPO LOGISTICS FREIGHT, INC'S**
**MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO PLAINTIFF'S**
**SECOND REQUEST FOR**
**PRODUCTION OF DOCUMENTS**

This cause is before the undersigned on motion of Defendant XPO for an enlargement of time to respond to Plaintiff's Second Request for Production of Documents, and it appears to the Court that the time in which to respond said Plaintiff's Second Request for Production of Documents has not yet expired and the Court is of the opinion that good cause has been shown and the motion shall be allowed.

IT IS THEREFORE ALLOWED that the time in which to respond to Plaintiff's Second Request for Production of Documents is hereby enlarged to and including the 23rd day of December, 2024.

This 15th day of November, 2024.

_Kibuly Sampson, Asst._
Clerk of Superior Court