# EXHIBIT 19

| | |
|---|---|
| STATE OF NORTH CAROLINA<br>COUNTY OF ROBESON | IN THE GENERAL COURT OF JUSTICE<br>SUPERIOR COURT DIVISION<br>24-CVS-468 |
| CINDY SOLES SMITH, Administratrix of the ESTATE OF MARK KEANNAN SMITH,<br><br>        Plaintiff/Counterclaim-Defendant,<br><br>  v.<br><br>WILLIAM BRATTY LAMB,<br><br>        Defendant,<br><br>  and<br><br>XPO LOGISTICS FREIGHT, INC.<br><br>        Defendant/Counterclaim-Plaintiff. | **DEFENDANT XPO'S REQUEST FOR MONETARY RELIEF SOUGHT** |

Pursuant to Rule 8(a)(2) of the North Carolina Rules of Civil Procedure, Defendant/Counterclaim-Plaintiff XPO Logistics Freight, Inc., by and through counsel, requests that Plaintiff/Counterclaim-Defendant Cindy Soles Smith, Administratrix of the Estate of Mark Keannan Smith ("Plaintiff"), through its attorney of record, serve on the undersigned, within thirty (30) days after receipt hereof, a written statement of the amount of monetary relief sought by the complaint filed in this action. Plaintiff is not directed to file this statement with the Court until the action has been called for trial, in accordance with Rule 8(a)(2).

[This space intentionally left blank]

This the 2nd day of December, 2024.

**Gordon Rees Scully Mansukhani, LLP**

By: _____
Megan M. Stacy
North Carolina Bar No. 47108
Le'Ron A. Byrd
North Carolina Bar No. 55732
150 Fayetteville Street, Suite 1120
Raleigh, NC 27602
Phone: 919-787-4555
Fax: 919-741-5840
E-mail: mstacy@grsm.com
E-mail: lbyrd@grsm.com
*Counsel for Defendant XPO Logistics Freight, Inc. and William Lamb*

# CERTIFICATE OF SERVICE

This is to certify that I caused the foregoing **Defendant's Request for Monetary Relief** served upon all counsel of record by email pursuant to the North Carolina Rules of Civil Procedure addressed as follows:

J. William Owen
Musselwhite, Musselwhite, Branch & Grantham, P.A.
P.O. Box 1448
Lumberton, NC 28359
wowen@mmbglaw.com
*Counsel for Plaintiff Cindy Smith,*
*Administratrix of the Estate of Mark K. Smith*

Jennifer Welch
Cranfill Sumner
P.O. Box 27808
Raleigh, NC 27611-7808
jwelch@cshlaw.com
*Counsel for Counterclaim-Defendant Cindy Smith,*
*Administratrix of the Estate of Mark K. Smith*

This the 2nd day of December, 2024.

**Gordon Rees Scully Mansukhani, LLP**

By: _____
Le'Ron A. Byrd

3