# EXHIBIT 20

CINDY SOLES SMITH, Administratrix of the )
ESTATE OF MARK KEANNAN SMITH )
)
         Plaintiff, )
v. )
)
WILLIAM BRATTY LAMB )
)
         Defendant )
)
and )
)
XPO LOGISTICS FREIGHT, INC. )
)
         Defendant/Counterclaim )
         Plaintiff )
)

## PLAINTIFF'S RESPONSE TO DEFENDANT XPO LOGISTICS FREIGHT, INC.'S REQUEST FOR MONETARY RELIEF SOUGHT (RULE 8(a)(2))

**NOW COMES** Plaintiff Cindy Soles Smith, Administratrix of the Estate of Mark Keannan Smith, pursuant to the request of Defendant XPO Logistics Freight, Inc.'s request for a written statement of monetary relief sought. Plaintiff states that the amount of monetary relief sought at this time, prior to the completion of formal discovery, includes compensatory for the following:

    1. Loss of income of Mark Keannan Smith in an amount to be determined through discovery and proven at trial in an amount to be determined by a jury applying logic and common sense to the evidence;

    2. An amount to compensate the estate for the actual physical pain, mental suffering, fear of impending death and the pre-death terror experienced by

Decedent Mark Keannan Smith, in an amount to be determined by a jury applying logic and common sense to the evidence;

3. An amount to compensate the estate for any other legally recognized forms of personal harm that may be revealed during the discovery process including but not limited to a sum for all damages permitted under North Carolina's Wrongful Death Act (G.S. § 28A-18-2), including but not limited to compensation for all damages sustained by Decedent Mark Keannan Smith, including severe personal injury, medical expenses, actual physical pain, mental suffering, fear of impending death and pre-death terror and also including an amount sufficient to compensate the estate for the present monetary value of the decedent to his family, as represented by the net income he would have earned during his normal life expectancy, and for his services, protection, care and assistance, society, companionship, security, comfort and kindly offices to his next of kin, and for medical expenses, funeral bills, all in an amount to be decided by the jury; and

4. An amount to be decided by the jury that bears a rational relationship to the sum reasonably needed to punish the defendants or deter defendants or others from engaging in conduct similar to that of the defendant as described in the First Amended Complaint and any such other punitive damages that bear a rational relationship to the willful and wanton conduct of defendants as set forth in the First Amended Complaint.

Pursuant to Rule 8(a)(2), this response will not be filed with the Clerk until the action has been called for trial or entry of default entered. Plaintiff specifically objects to this statement or pleading being read to the jury, communicated to the jury, or admitted into evidence.

*[Signature on Next Page]*

2

This the 5th day of December, 2024.

        MUSSELWHITE, MUSSELWHITE, BRANCH &
        GRANTHAM, P.A.

        _____

        J. WILLIAM OWEN
        NC Bar No. 47994
        P.O. Box 1448
        Lumberton, NC 28359
        wowen@mmbglaw.com
        *Attorney for Plaintiff*

3

Case 7:25-cv-01545-D-BM    Document 16-20    Filed 10/10/25    Page 4 of 5

# CERTIFICATE OF SERVICE

This certifies that a copy of the foregoing *Plaintiff's Response to Defendant XPO Logistics Freight, Inc.'s Request for Monetary Relief Sought* was served on all counsel of record, <u>via electronic mail only</u> addressed as follows:

Megan M. Stacy
Gordon Rees Scully Mansukhani, LLP
Le'Ron A. Byrd
150 Fayetteville St., Suite 1120
Raleigh, NC 27602
mstacy@grsm.com
lbyrd@grsm.com
*Counsel for Defendant XPO Logistics Freight, Inc. and Defendant Lamb*

Jennifer Welch
Cranfill Sumner
P.O. Box 27808
Raleigh, NC 27611-7808
JWelch@cshlaw.com
*Counsel for Counterclaim Defendant Cindy Smith, Adminsitratrix of the Estate of Mark K. Smith.*

This the 5th day of December, 2024

MUSSELWHITE, MUSSELWHITE,
BRANCH & GRANTHAM, P.A.

*[signature]*

J. William Owen
NC State Bar No. 47994
606 N. Elm Street
Lumberton, NC 28358
wowen@mmbglaw.com
*Counsel for Plaintiff*