# EXHIBIT 22

STATE OF NORTH CAROLINA    IN THE GENERAL COURT OF JUSTICE
                                    FILED SUPERIOR COURT DIVISION
COUNTY OF ROBESON                    24-CVS-468

2025 JAN -2 A 11: 17

CINDY SOLES SMITH, Administratrix of the
ESTATE OF MARK KEANNAN SMITH, ROBESON COUNTY: C.S.C.

        Plaintiff/Counterclaim-
        Defendant,

v.                                                    NOTICE OF HEARING

WILLIAM BRATTY LAMB,

        Defendant,

and

XPO LOGISTICS FREIGHT, INC.

        Defendant/Counterclaim-
        Plaintiff.

**PLEASE TAKE NOTICE** that Plaintiff will bring her Motion to Compel against Defendant XPO Logistics Freight, Inc. in the General Court of Justice of Robeson County, Superior Court Division on **January 13, 2025 at 10:00am** or as soon thereafter as the Motion can be heard.

This the 2nd day of January, 2025.

                                          MUSSELWHITE, MUSSELWHITE,
                                          BRANCH & GRANTHAM

                                          J. William Owen, Esq.
                                          N.C. Bar No. 47994
                                          P.O. Box 1448
                                          Lumberton, NC 28359
                                          wowen@mmbglaw.com
                                          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

This certifies that a copy of the foregoing *Notice of Hearing for Plaintiff's Motion to Compel Against Defendant XPO Logistics Freight, Inc.* was served on all counsel of record, via electronic mail only addressed as follows:

Megan M. Stacy
Gordon Rees Scully Mansukhani, LLP
Le'Ron A. Byrd
150 Fayetteville St., Suite 1120
Raleigh, NC 27602
mstacy@grsm.com
lbyrd@grsm.com
*Counsel for Defendant XPO Logistics Freight, Inc. and Defendant Lamb*

Jennifer Welch
Cranfill Sumner
P.O. Box 27808
Raleigh, NC 27611-7808
JWelch@cshlaw.com
*Counsel for Counterclaim Defendant Cindy Smith, Adminsitratrix of the Estate of Mark K. Smith.*

This the 2nd day of January, 2025.

MUSSELWHITE, MUSSELWHITE,
BRANCH & GRANTHAM, P.A.

J. William Owen
NC State Bar No. 47994
606 N. Elm Street
Lumberton, NC 28358
wowen@mmbglaw.com
*Counsel for Plaintiff*

FILED 2025 JAN -2 A 11: 17 ROBESON COUNTY, C.S.C. BY _____

NORTH CAROLINA                    IN THE GENERAL COURT OF JUSTICE
COUNTY OF ROBESON                 SUPERIOR COURT DIVISION
                                  FILE #  24 CVS 468

## CALENDAR REQUEST TO CLERK OF COURT

                                                **January 13, 2025** SESSION
                                                (FIRST DAY OF SESSION)

**CINDY SOLES SMITH**
**Administratrix of the Estate**
**of MARK KEANNAN SMITH**

v.

**XPO LOGISTICS FREIGHT, INC. ET AL.**

                                    CHECK ONE: ___**X**___ NON JURY

                                                        _____ **JURY CASE**

CHECK ONE:

_____ Motion for Summary Judgment        _____ Contract Claim

___**X** Other Motion (COMPEL)              _____ Other Matter

_____ Personal Injury Claim

_____ Property Damage Claim

**J. WILLIAM OWEN**                        **MEGAN STACY & LE'RON BYRD**
**ATTORNEY FOR PLAINTIFF**             **ATTORNEY FOR DEFENDANT XPO**

In our opinion, it will take ___20 min___ (hours) (days) to hear this matter.

CHECK ONE: ___**X**___ I certify that this case is ready for trial and I have of even date herewith caused a copy of this notice to be sent to the opposing party's counsel or party.

_____ The opposing party has been cited by notice to be served by the process officer.

This the __2nd__ day of _____January_____, 2025.

                                                        J. WILLIAM OWEN
                                Musselwhite, Musselwhite, Branch & Grantham
                                               PO Box 1448
                                          Lumberton, NC 28359

*FILED 2025 JAN -2 A 11: 15 ROBESON COUNTY, C...*

*COPY*