# EXHIBIT 25

## CALENDAR REQUEST TO CLERK OF COURT

<u>   March 17, 2025   </u> SESSION
(FIRST DAY OF SESSION)

**CINDY SOLES SMITH**
**Administratrix of the Estate**
**of MARK KEANNAN SMITH**

v.

**XPO LOGISTICS FREIGHT, INC. ET AL.**

CHECK ONE:    <u> X </u>  NON JURY

_____  JURY CASE

CHECK ONE:

_____ Motion for Summary Judgment           _____ Contract Claim

<u>   X </u> Other Motion (Second MTC & Sanctions) _____ Other Matter

_____ Personal Injury Claim

_____ Property Damage Claim

<u>J. WILLIAM OWEN</u>                    <u>MEGAN STACY</u>
ATTORNEY FOR PLAINTIFF           ATTORNEY FOR DEFENDANT XPO

In our opinion, it will take <u> 20 min </u> (hours) (days) to hear this matter.

CHECK ONE:  <u> X </u>  I certify that this case is ready for trial and I have of even date herewith caused a copy of this notice to be sent to the opposing party's counsel or party.

_____ The opposing party has been cited by notice to be served by the process officer.

This the <u> 26th </u> day of <u> February </u>, 2025.

*/s/ J. William Owen*
J. WILLIAM OWEN
Musselwhite, Musselwhite, Branch & Grantham
PO Box 1448
Lumberton, NC 28359