# EXHIBIT 26

STATE OF NORTH CAROLINA         IN THE GENERAL COURT OF JUSTICE
                                    SUPERIOR COURT DIVISION
ROBESON COUNTY                            24 CVS 468

CINDY SOLES SMITH, Administratrix    )
of the ESTATE OF MARK KEANNAN        )
SMITH                                )
                                     )
            Plaintiff,               )
                                     )
v.                                   )
                                     )
WILLIAM BRATTY LAMB and              )
XPO LOGISTICS FREIGHT, INC.          )
                                     )
            Defendants.              )

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Plaintiff will bring her Motion for Sanctions and Second Motion to Compel against Defendant XPO Logistics Freight, Inc. in the General Court of Justice of Robeson County Superior Court Division on **March 17, 2025 at 10:00am** or as soon thereafter as the Motion can be heard.

This the 26th day of February, 2025.

MUSSELWHITE, MUSSELWHITE,
BRANCH & GRANTHAM

_[signature]_

J. William Owen, Esq.
N.C. Bar No. 47994
P.O. Box 1448
Lumberton, NC 28359
wowen@mmbglaw.com
*Counsel for Plaintiff*