# EXHIBIT 28

| NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE |
| COUNTY OF ROBESON | SUPERIOR COURT DIVISION |
| | FILE #   24 CVS 468 |

## CALENDAR REQUEST TO CLERK OF COURT

                                              **March 17, 2025**    SESSION
                                              (FIRST DAY OF SESSION)

**CINDY SOLES SMITH**
Administratrix of the Estate
of **MARK KEANNAN SMITH**

v.

**XPO LOGISTICS FREIGHT, INC. ET AL.**

                                        CHECK ONE:   __X__   NON JURY

                                                                     _____   JURY CASE

CHECK ONE:

_____ Motion for Summary Judgment          _____ Contract Claim

__X__ Other Motion (Motion to Quash)         _____ Other Matter

_____ Personal Injury Claim

_____ Property Damage Claim

| J. WILLIAM OWEN | MEGAN STACY |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT XPO |

In our opinion, it will take __20 min__ (hours) (days) to hear this matter.

CHECK ONE: __X__ I certify that this case is ready for trial and I have of even date herewith caused a copy of this notice to be sent to the opposing party's counsel or party.

      _____ The opposing party has been cited by notice to be served by the process officer.

This the __27th__ day of __February__, 2025.

                                                         J. WILLIAM OWEN
                                Musselwhite, Musselwhite, Branch & Grantham
                                              PO Box 1448
                                              Lumberton, NC 28359