# EXHIBIT 29

CINDY SOLES SMITH, Administratrix )
of the ESTATE OF MARK KEANNAN )
SMITH )
)
           Plaintiff, )
)
v. )
)
WILLIAM BRATTY LAMB and )
XPO LOGISTICS FREIGHT, INC. )
)
           Defendants. )

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Plaintiff will bring her Motion to Quash Subpoena against Defendant XPO Logistics Freight, Inc. in the General Court of Justice of Robeson County Superior Court Division on **March 17, 2025 at 10:00am** or as soon thereafter as the Motion can be heard.

This the 27th day of February, 2025.

                              MUSSELWHITE, MUSSELWHITE,
                              BRANCH & GRANTHAM

                              _____
                              J. William Owen, Esq.
                              N.C. Bar No. 47994
                              P.O. Box 1448
                              Lumberton, NC 28359
                              wowen@mmbglaw.com
                              *Counsel for Plaintiff*