# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| Cindy Soles Smith, Administratrix | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 7:25-cv-01545-D-BM |
| XPO Logistics Freight, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Cindy Soles Smith, Administratrix of the Estate of Mark Keannan Smith                    .

Date:   10/16/2025

/s/ Troy D. Shelton
*Attorney's signature*

Troy D. Shelton, N.C. Bar No. 48070
*Printed name and bar number*

3801 Lake Boone Tr., Suite 260
Raleigh, North Carolina 27607

*Address*

tshelton@dowlingfirm.com
*E-mail address*

(919) 529-3351
*Telephone number*

(919) 529-3351
*FAX number*