# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION
# Civil Action No. 7:25-cv-1545

CINDY SOLES SMITH, Administratrix of the
ESTATE OF MARK KEANNAN SMITH,

    Plaintiff/Counterclaim-Defendant,

v.

XPO LOGISTICS FREIGHT, INC.,

    Defendant/Counterclaim-Plaintiff.

**CORPORATE DISCLOSURE STATEMENT**

Defendant/Counterclaim-Plaintiff, **XPO LOGISTICS FREIGHT, INC.**, by and through counsel and pursuant to Fed. R. Civ. P. 7.1 and E.D.N.C. Local Rule 7.3, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    YES ☒   NO ☐

2. Does party have any parent corporations?

    YES ☒   NO ☐

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations: XPO CNW, Inc. (parent corporation); XPO, Inc. (ultimate parent corporation).

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    YES ☒   NO ☐

    If yes, identify entity and nature of interest: XPO Logistics Freight, Inc. is 100%

1

owned by XPO CNW, Inc., which is wholly owned by XPO, Inc., a publicly held corporation.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of this litigation?

YES ☐   NO ☒

If yes, identify entity and nature of interest:

5. Is the party a trade association?

YES ☐   NO ☒

This the 17th day of October 2025.

GORDON REES SCULLY MANSUKHANI LLP

By:   /s/ Devin Honbarger
_____
Devin Honbarger
N.C. Bar No. 59513
150 Fayetteville Street, Suite 1120
Raleigh, North Carolina 27601
Telephone: (919) 787-4555
Facsimile: (919) 741-5840
Email: dhonbarger@grsm.com
*Counsel for Defendant XPO Logistics Freight, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **CORPORATE DISCLOSURE STATEMENT** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record,

| J. William Owen<br>Musselwhite, Musselwhite, Branch & Grantham, P.A.<br>P.O. Box 1448<br>Lumberton, NC 28359<br>wowen@mmbglaw.com<br>*Counsel for Plaintiff Cindy Smith, Administratrix of the Estate of Mark K. Smith* | Jennifer Welch<br>Cranfill Sumner<br>P.O. Box 27808<br>Raleigh, NC 27611-7808<br>jwelch@cshlaw.com<br>*Counsel for Counterclaim-Defendant Cindy Smith, Administratrix of the Estate of Mark K. Smith* |
|---|---|

This the 17th day of October 2025.

**GORDON REES SCULLY MANSUKHANI LLP**

By: /s/ Devin Honbarger
_____
Devin Honbarger
N.C. Bar No. 59513
150 Fayetteville Street, Suite 1120
Raleigh, North Carolina 27601
Telephone: (919) 787-4555
Facsimile: (919) 741-5840
Email: dhonbarger@grsm.com
*Counsel for Defendant XPO Logistics Freight, Inc.*