# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| CINDY SOLES SMITH, et. al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 7:25-CV-1545 |
| XPO LOGISTICS FREIGHT, INC., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

XPO LOGISTICS FREIGHT, INC., .

Date: 10/21/2025

/s/ Devin Honbarger
*Attorney's signature*

Devin Honbarger - NC Bar No. 59513
*Printed name and bar number*
GORDON REES SCULLY MANSUKHANI LLP
150 Fayetteville Street, Suite 1120
Raleigh, North Carolina 27601

*Address*

dhonbarger@grsm.com
*E-mail address*

(919) 787-4555
*Telephone number*

(919) 741-5840
*FAX number*