IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:25-CV-1545

| | |
|---|---|
| CINDY SOLES SMITH, Administratrix of the ESTATE OF MARK KEANNAN SMITH, <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> XPO LOGISTICS FREIGHT, INC., <br><br> Defendant/Counterclaim-Plaintiff. | **MOTION TO EXTEND TIME TO FILE NOTICES OF APPEARANCE ON BEHALF OF AUSTIN R. KESSLER AND ROBERT W. F. BECKMANN** |

**NOW COMES** Defendant, **XPO LOGISTICS FREIGHT, INC.**, by and through undersigned counsel, and hereby moves this Court for an Order extending the time for Austin R. Kessler and Robert W. F. Beckmann to file Notices of Appearance in the above-captioned proceeding. In support of this Motion, Defendant shows the Court as follows:

1. Austin R. Kessler and Robert W. F. Beckmann are attorneys of record in North Carolina Superior Court Case 24CVS000468-771.

2. On October 8, 2025, North Carolina Superior Court Case 24CVS000468-771 was removed to this Court and assigned case number 7:25-CV-1545.

3. Austin R. Kessler and Robert W. F. Beckmann are not currently admitted to the United States District Court for the Eastern District of North Carolina.

1

4. Austin R. Kessler and Robert W. F. Beckmann are admitted, and in good standing to practice, in North Carolina State Court and the United States District Court for the Western District of North Carolina.

5. Austin R. Kessler and Robert W. F. Beckmann are in the process of finalizing their admission paperwork for admission to the United States District Court for the Eastern District of North Carolina.

**WHEREFORE**, movant respectfully requests the Court allow Austin R. Kessler and Robert W. F. Beckmann a 30-day extension of time to finalize their admission documents for the Eastern District of North Carolina and to file Notices of Appearance in this matter.

Respectfully submitted this 21st day of October 2025.

**GORDON REES SCULLY MANSUKHANI LLP**

By: */s/ Allison J. Becker*
_____
Allison J. Becker
N.C. Bar No. 41993
Devin Honbarger
N.C. Bar No. 59513
150 Fayetteville Street, Suite 1120
Raleigh, North Carolina 27601
Telephone: (919) 787-4555
Facsimile: (919) 741-5840
E-mail: abecker@grsm.com
E-mail: dhonbarger@grsm.com
***Counsel for Defendant XPO Logistics Freight, Inc.***

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:25-CV-1545**

| | |
|---|---|
| CINDY SOLES SMITH, Administratrix of the ESTATE OF MARK KEANNAN SMITH,<br><br>　　　　Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>XPO LOGISTICS FREIGHT, INC.,<br><br>　　　　Defendant/Counterclaim-Plaintiff. | **CERTIFICATE OF SERVICE** |

　　　　I hereby certify that I electronically filed the foregoing **MOTION TO EXTEND TIME TO FILE NOTICES OF APPEARANCE ON BEHALF OF AUSTIN R. KESSLER AND ROBERT W. F. BECKMANN** with the Clerk of Court for the Eastern District of North Carolina by using the CM/ECF system.

Additionally, a copy of the **MOTION TO EXTEND TIME TO FILE NOTICES OF APPEARANCE ON BEHALF OF AUSTIN R. KESSLER AND ROBERT W. F. BECKMANN** was served by E-mail to Counsel for Counterclaim-Defendant Cindy Smith, Administratrix of the Estate of Mark K. Smith at the following email addresses:

| J. William Owen<br>Musselwhite, Musselwhite, Branch & Grantham, P.A.<br>P.O. Box 1448<br>Lumberton, NC 28359<br>wowen@mmbglaw.com<br>*Counsel for Plaintiff Cindy Smith, Administratrix of the Estate of Mark K. Smith* | Jennifer Welch<br>Cranfill Sumner<br>P.O. Box 27808<br>Raleigh, NC 27611-7808<br>jwelch@cshlaw.com<br>*Counsel for Counterclaim-Defendant Cindy Smith, Administratrix of the Estate of Mark K. Smith* |

**SIGNATURE PAGE TO FOLLOW:**

3

This 21st day of October 2025.

                **GORDON REES SCULLY MANSUKHANI LLP**

                By: */s/ Allison J. Becker*
                _____
                Allison J. Becker
                N.C. Bar No. 41993
                Devin Honbarger
                N.C. Bar No. 59513
                150 Fayetteville Street, Suite 1120
                Raleigh, North Carolina 27601
                Telephone: (919) 787-4555
                Facsimile: (919) 741-5840
                E-mail: abecker@grsm.com
                E-mail: dhonbarger@grsm.com
                ***Counsel for Defendant XPO Logistics Freight, Inc.***