**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**Civil Action No. 7:25-CV-1545**

CINDY SOLES SMITH, Administratrix of the
ESTATE OF MARK KEANNAN SMITH,

        Plaintiff/Counterclaim-
        Defendant,

v.

XPO LOGISTICS FREIGHT, INC.,

        Defendant/Counterclaim-
        Plaintiff.

**ORDER GRANTING MOTION TO
EXTEND TIME TO FILE NOTICES OF
APPEARANCE ON BEHALF OF
AUSTIN R. KESSLER AND ROBERT W.
F. BECKMANN**

For the reasons stated in Defendant **XPO LOGISTICS FREIGHT, INC.'S** Motion to Extend Time to File Notices of Appearance on Behalf of Austin R. Kessler and Robert W. F. Beckmann and for good cause shown, it is hereby **ORDERED** that Austin R. Kessler and Robert W. F. Beckmann may have through and including November 30, 2025, to finalize their admission documents for the Eastern District of North Carolina and file a Notice of Appearance in this matter.

This ___ day of _____, 2025.

                             _____
                             United States District Judge