IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:25-cv-01545-D-BM

| | |
|---|---|
| CINDY SOLES SMITH, Administratrix of the ESTATE OF MARK KEANNAN SMITH, <br><br> Plaintiff, <br><br> v. <br><br> XPO LOGISTICS FREIGHT, INC., <br><br> Defendant. | PLAINTIFF'S MOTION TO REMAND <br> 28 U.S.C. § 1447(c) |

     Pursuant to 28 U.S.C. § 1447(c), Plaintiff moves to have this case remanded to the Superior Court of Robeson County, North Carolina. Defendant's Notice of Removal was untimely for multiple, independent reasons. Defendant's state-court conduct also waived any right to removal. Because Defendant's removal was objectively unreasonable, Plaintiff also requests that this Court grant Plaintiff her reasonable attorney's fees and costs incurred in seeking remand. For these reasons, and those stated more fully in the supporting memorandum being filed with this motion, Plaintiff respectfully requests that the motion be granted.

     This the 3rd day of November, 2025.

                                          **MUSSELWHITE, MUSSELWHITE,**
                                          **BRANCH & GRANTHAM, P.A.**

                                          */s/ J. William Owen*
                                          _____

                                          J. William Owen
                                          N.C. Bar No. 47994
                                          wowen@mmbglaw.com

P.O. 1448
Lumberton, NC 28359
*Co-Counsel for Plaintiff*

**DOWLING PLLC**

***/s/ Troy D. Shelton***
_____

Troy D. Shelton
N.C. Bar No. 48070
tshelton@dowlingfirm.com
3801 Lake Boone Trail, Suite 260
Raeligh, NC 27607
*Co-Counsel for Plaintiff*