# Continuation of Exhibit Index – Estate of Mark Smith v. XPO Logistics Freight, Inc.

## No.: 7:25-cv-01545-D-BM

**Plaintiff continues from Exhibits 1-74 filed by Defendant XPO Logistics Freight's Notice of Removal in the following order:**

- Exhibit 75 – Summons to XPO
- Exhibit 76 – Acceptance of Service for XPO
- Exhibit 77 – August 6, 2024 Letter to XPO
- Exhibit 78 – August, 22, 2024 Letter to XPO
- Exhibit 79 – August 30, 2024 Letter to XPO
- Exhibit 80 – September 4, 2024 Letter to XPO
- Exhibit 81 – October 10, 2024 Letter to XPO
- Exhibit 82 – October 29, 2024 Letter to XPO
- Exhibit 83 – November 1, 2024 Letter to XPO
- Exhibit 84 – December 10, 2024 Letter to XPO
- Exhibit 85 – December 24, 2024 Letter to XPO
- Exhibit 86 – February 24, 2025 Email to XPO
- Exhibit 87 – March 17, 2025 Letter to XPO
- Exhibit 88 – Affidavit of Zoran Nikolic
- Exhibit 89 – Lamb Criminal Docket
- Exhibit 90 – Plaintiff's Interrogatory Responses 6.10.24
- Exhibit 91 – Plaintiff's Verification
- Exhibit 92 – Plaintiff's Second RFP's to XPO
- Exhibit 93 – Discovery to Lamb
- Exhibit 94 – XPO's Writ of Supersedeas and MTS