# Exhibit 76

# Acceptance of Service of XPO

STATE OF NORTH CAROLINA FILED
COUNTY OF ROBESON
2024 MAR -5 P 3:51

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
24 CVS 468

CINDY SOLES SMITH, Administratrix of the )
ESTATE OF MARK KEANNAN SMITH )
BY_____ )
      Plaintiff, )
       )
       ) **ACCEPTANCE OF SERVICE FOR**
       ) **DEFENDANT XPO**
       ) **LOGISTICS FREIGHT, INC.**
       )
v. )
       )
WILLIAM BRATTY LAMB )
XPO LOGISTICS FREIGHT, INC. )
       )
      Defendants. )

MEGAN M. STACY, does hereby accept service of process of the Civil Summons and First Amended Complaint as Counsel of Record for **Defendant XPO Logistics Freight, Inc.** in the above-entitled action thereby waiving service of process pursuant to Rule 4 of the North Carolina Rules of Civil Procedure.

This the _28_ day of February, 2024.

_____
MEGAN M. STACY, Counsel for Defendant Lamb and Defendant XPO Logistics Freight, Inc.