# Exhibit 77

# 08/06/24 Letter to XPO

J.W. Musselwhite
W Edward Musselwhite, Jr
David F. Branch, Jr.

# MUSSELWHITE | MUSSELWHITE
# BRANCH & GRANTHAM

ATTORNEYS AT LAW

Norris Musselwhite Grantham
J. William Owen

William E. Musselwhite Sr.
(1930-1987)

Fred L. Musselwhite
(1939-2017)

August 6, 2024

VIA EMAIL AND US MAIL

Megan Stacy
Le'Ron Byrd
Gordon Rees Scully Mansukhani
150 Fayetteville Street, Suite 1120
Raleigh, NC 27601

Re: Cindy Soles Smith, Administratrix of the Estate of Mark K. Smith
v. William Bratty Lamb and XPO Logistics Freight, Inc.
24 CVS 468 (Robeson County)

Dear Le'Ron:

I am in receipt of two emails dated August 6, 2024, wherein you produced XPO Logistics Freight, Inc.'s Responses to Plaintiff's First Set of Interrogatories, First Request for Production of Documents and First Request for Admission and Defendant William B. Lamb's Responses to First Set of Interrogatories, First Request for Production of Documents and First Request for Admission.

As I am sure you are aware, the foregoing First Set of Interrogatories, First Request for Production of Documents and First Request for Admission directed to Defendant XPO Logistics Freight, Inc. and Defendant William B. Lamb were served upon you pursuant to Rule 5 on June 5, 2024. You then moved for an extension of time through the Court and were granted an extension, through the Court, to respond to Plaintiff's discovery request on or before August 5, 2024.

Your email today seems to indicate that you were granted an additional extension of time to respond to Plaintiff's First Set of Interrogatories, First Request for Production of Documents and First Request for Admission directed to Defendant XPO Logistics Freight, Inc. and Defendant William B. Lamb. That is not accurate as we never granted Defendant XPO Logistics Freight, Inc. or Defendant William B. Lamb an extension of time to respond to Plaintiff's discovery request. The only extension was granted by the Court on July 1, 2024, which provided a production date of August 5, 2024.

The discovery responses were not served within the time prescribed by the Order dated July 1, 2024 and by the Rules of Civil Procedure. Accordingly, it is our position that all of the Request for Admissions directed to Defendants XPO Logistics Freight, Inc. and Defendant William B. Lamb are deemed admitted.



PLAINTIFF'S
EXHIBIT
5

606 North Elm Street    Post Office Box 1448    Lumberton, NC 28359-1448
Telephone: (910) 738-5277    Fax: (910) 738-3678

It is also our position that <u>all objections to Interrogatories, Request for Production of Documents and Request for Admission are untimely and were thereby waived</u>. This includes waiver of all general objections, attorney-client privilege and work product objections (See e.g., Kean v. Kean 2022-NCCOA-275). Defendants likewise failed to move for a protective order within the prescribed period since the underlying objections were waived.

I am still in the process of reviewing Defendant XPO Logistics Freight, Inc.'s and Defendant William B. Lamb's Responses to Plaintiff's First Set of Interrogatories, First Request for Production of Documents and First Request for Admission – however upon initial review, the responses appear to be lacking in substance, invasive and otherwise incomplete. The responses also contain improper objections. By way of example, Defendants failed to produce basic insurance policy information that is clearly discoverable under Rule 26(b)(2).

In light of the foregoing, please produce complete responses, <u>without objection</u>, to Plaintiff's First Set of Interrogatories and First Request for Production of Documents directed to Defendant XPO Logistics Freight, Inc. and Defendant William B. Lamb <u>within ten (10) business days</u>. Please also let me know your position regarding the admissions of Defendant XPO Logistics Freight, Inc. and Defendant William B. Lamb.

If we cannot agree on the above–I will have no choice but to move the Court for relief under Rule 36 and Rule 37. Please consider this correspondence as Plaintiff's good faith attempt to resolve this discovery dispute amicably without the Court's intervention.

Sincerely yours,

MUSSELWHITE, MUSSELWHITE, BRANCH & GRANTHAM

J. William Owen

Enclosures

Cc: Jennfier Welch (via email only).