# Exhibit 78

# 08/22/24 Letter to XPO

J.W. Musselwhite
W. Edward Musselwhite, Jr.
David F. Branch, Jr.

# MUSSELWHITE | MUSSELWHITE
# BRANCH & GRANTHAM

### ATTORNEYS AT LAW

Norris Musselwhite Grantham
J. William Owen

William E. Musselwhite Sr.
(1930-1987)
Fred L. Musselwhite
(1939-2017)

August 22, 2024

VIA EMAIL AND US MAIL

Megan Stacy
Le'Ron Byrd
Gordon Rees Scully Mansukhani
150 Fayetteville Street, Suite 1120
Raleigh, NC 27601

Re: Cindy Soles Smith, Administratrix of the Estate of Mark K. Smith
v. William Bratty Lamb and XPO Logistics Freight, Inc.
24 CVS 468 (Robeson County)

Dear Megan:

In our letter dated August 6, 2024, we addressed several concerns that we had with Defendant XPO and Defendant Lamb's discovery responses. As you know, on June 5, 2024, we served 74 specific Request for Production of Documents on Defendant XPO and 52 specific Request for Production of Documents on Defendant Lamb.

The past-due discovery responses from Defendant XPO and Defendant Lamb obtained multiple improper objections. Despite them being improper, since the responses were served late, it remains our position that as a matter of law all objections are now waived.

Moreover, the past-due responses obtained extremely limited document production, mainly consisting of publicly accessible collision reports, 911 calls and photographs. Defendants likewise failed to move for a protective order within the prescribed period since the underlying objections were waived. In the spirit of compromise, we agreed to the potential entry of a consent protective order with the understanding that it should obtain a sharing provision. We will still agree to a protective order for truly confidential and proprietary information. However we cannot continue to delay this matter as many of the documents requested are simply not confidential.

In our letter of August 6, 2024 and subsequent phone conversation, we requested full and complete discovery responses prior to involving the Court. We requested that these responses be expeditiously supplemented within 10 business days, which would have been by August 20, 2024. We have received no supplemental

606 North Elm Street    Post Office Box 1448    Lumberton, NC 28359-1448
Telephone: (910) 738-5277    Fax: (910) 738-3678


PLAINTIFF'S
EXHIBIT
6

or otherwise substantive response to our discovery despite our good faith attempts to resolve these discovery disputes without the Court's intervention.

    I want to reiterate our position regarding the waiver of the objections in your past-due discovery responses. We expect full and complete discovery responses, without objection on or before <u>August 30, 2024 by 5:00pm EST.</u> If we cannot agree on the above—I will have no choice but to move the Court for relief under Rule 36 and Rule 37 and request appropriate sanctions. Please consider this correspondence as Plaintiff's second good faith attempt to resolve this discovery dispute amicably without the Court's intervention.

Sincerely yours,

MUSSELWHITE, MUSSELWHITE, BRANCH & GRANTHAM

J. William Owen

Enclosures

Cc: Jennfier Welch (via email only)