# Exhibit 79
# 08/30/24 Email to XPO

**Will Owen**

| | |
|---|---|
| From: | Will Owen |
| Sent: | Friday, August 30, 2024 4:48 PM |
| To: | Le'Ron Byrd |
| Cc: | Brandi Davis; Jennifer A. Welch; Stacy Frazier; Megan Stacy |
| Subject: | Re: Estate of Smith v. Lamb, et al. | Defendants' Responses to Plaintiff's First Set of Discovery Requests |

Le'Ron:

Thanks for letting me know, I can extend the deadline to 5pm EST on Tuesday (September 3rd) with all other conditions outlined in my recent correspondence remaining the same. Enjoy your holiday.

Will

**J. William Owen**
Musselwhite, Musselwhite, Branch & Grantham, P.A.
T: +1 910 738 5277 | F: +1 910 738 3678

---

From: Le'Ron Byrd <lbyrd@grsm.com>
Sent: Friday, August 30, 2024 4:26:10 PM
To: Will Owen <wowen@mmbglaw.com>
Cc: Brandi Davis <bldavis@grsm.com>; Jennifer A. Welch <JWelch@cshlaw.com>; Stacy Frazier <sfrazier@cshlaw.com>; Megan Stacy <mstacy@grsm.com>
Subject: RE: Estate of Smith v. Lamb, et al. | Defendants' Responses to Plaintiff's First Set of Discovery Requests

Will:

I just called your line and it went to voicemail. By way of update, I wanted to send you a note prior to the deadline identified in your letter. We're currently finalizing our supplemental written responses and production to send to your office. Given that a lot of folks have already left for the holiday, we're doing a lot of heavy lifting on our end with less than usual help. That said, and in response to your letter, we will get you supplemental responses later today. It just won't be before the 5pm deadline.

If you have any questions, please feel free to reach out to my cell phone listed below.

As always, thank you for your professionalism and courtesy.

Regards,
Le'Ron

---

**LE'RON A. BYRD** | Associate

**GORDON REES SCULLY MANSUKHANI | GRSM50**
YOUR 50 STATE LAW FIRM™
CELEBRATING 50 YEARS OF EXCELLENCE


PLAINTIFF'S EXHIBIT 7

1

Electronically Filed Date: 2/26/2025 2:27 PM Robeson Superior Court County Clerk of Superior Court
Case 7:25-cv-01545-D-BM    Document 26-6    Filed 11/03/25    Page 2 of 2