# Exhibit 80
# 09/04/24 Email to XPO

**Will Owen**

| | |
|---|---|
| From: | Will Owen |
| Sent: | Wednesday, September 04, 2024 9:39 AM |
| To: | Brandi Davis; Le'Ron Byrd |
| Cc: | Jennifer A. Welch; Stacy Frazier; Megan Stacy |
| Subject: | RE: Estate of Smith v. Lamb, et al. | Defendants' Responses to Plaintiff's First Set of Discovery Requests |

Megan & Le'Ron:

Thank you for your correspondence and supplemental discovery. I am still in the process of reviewing your supplementation but wanted to get back with you in an expeditious manner.

At first glance, I was surprised to see that the following were not produced:

(1) Insurance policy for XPO Logistics Freight, Inc. – given that we served our discovery back on June 5, 2024, I find it hard to understand why this still has not been produced. We will need a copy of the <u>entire tower</u> of coverage as well. I can imagine that XPO has multiple layers of coverage. This is not confidential or proprietary and is specifically discoverable (see Rule 26(b)(2)).

(2) XPO Training Materials and Employee Handbook – I noticed that you produced the redacted personnel file for William Lamb but no training materials or employee handbook. These items are highly relevant and are discoverable.

(3) Shipping documents – at minimum, we need the Bill of Lading and Manifest. Again, these are very basic shipping documents and are not confidential or proprietary.

I will send a more detailed deficiency letter once I review the responses and production from yesterday and any supplementation that you plan to make on September 6th per your letter. Your correspondence yesterday seems to suggest that we are seeking items that are wholly unrelated to the subject litigation. We strongly disagree. This is a very serious death case and XPO is a large and sophisticated motor carrier with 9,955 power units and 12,806 drivers. As I am sure you are aware, items that pre-date the subject collision can be highly relevant (i.e., logs, lytx data, samsara data, prior accidents, loading/unloading, etc.). All of our highly specific discovery request were reasonable calculated to lead to potentially relevant and discoverable information and we expect substantive responses to each request.

I am likewise surprised that XPO cannot seem to formulate a response to our Request for Monetary Relief Sought with respect to the counterclaim of XPO against my client's estate. The XPO tractor was damaged in October 2023—why the delay? I must again emphasize that this matter will likely appear on the next administrative calendar in Robeson County, and we plan to set it for trial in Spring 2025, hence our urgency and persistence. I look forward to continuing to work with both of you on this exceptionally tragic case.

Will

**J. William Owen**
Musselwhite, Musselwhite, Branch & Grantham, P.A.
T: +1 910 738 5277 | F: +1 910 738 3678


PLAINTIFF'S EXHIBIT 9

From: Brandi Davis <bldavis@grsm.com>
Sent: Tuesday, September 03, 2024 4:24 PM
To: Will Owen <wowen@mmbglaw.com>; Le'Ron Byrd <lbyrd@grsm.com>

1