# Exhibit 82

# 10/29/24 Letter to XPO

J.W Musselwhite
W. Edward Musselwhite, Jr.
David F. Branch, Jr.

## MUSSELWHITE | MUSSELWHITE
## BRANCH & GRANTHAM

ATTORNEYS AT LAW

Norris Musselwhite Grantham
J. William Owen

William E. Musselwhite Sr.
(1930-1987)

Fred L. Musselwhite
(1939-2017)

October 29, 2024

VIA EMAIL AND US MAIL

Megan Stacy
Le'Ron Byrd
Gordon Rees Scully Mansukhani
150 Fayetteville Street, Suite 1120
Raleigh, NC 27601

    Re:    Cindy Soles Smith, Administratrix of the Estate of Mark K. Smith
             v. William Bratty Lamb and XPO Logistics Freight, Inc.
             24 CVS 468 (Robeson County)

Dear Megan & Le'Ron:

    I am in receipt of your letter dated October 25, 2024, and will specifically respond to any request that Plaintiff supplement her discovery responses in a future correspondence.

    With respect to the total available insurance coverage for XPO Logistics Freight, Inc. and Defendant Lamb – know that both of you have an obligation to make sure that all layers of coverage are on notice of their potential exposure which I believe is as high as $100,000,000. Of course, if you decide not to do so, then you are making that decision at your own peril and I hope that you have E&O coverage high enough to back you up if you make the wrong decision. If despite this warning your position remains that the only applicable policy of coverage whatsoever is the single policy from Chubb that has been produced in discovery (with a per occurrence limit of $10,000,000) – please complete a sworn affidavit confirming this under oath and provide it to me on or before the deadline set forth in my previous correspondence of October 10, 2024, which is on or before Friday November 1, 2024 by 5pm EST.

    You and your client should know that Robeson County juries have a long and deeply rooted history of awarding large verdicts in personal injury and wrongful death cases. This is attributable in large part to the uniquely diversified population. Robeson County is 41.7% American Indian, 30.9% White, 23.8% African American and 3.6% Hispanic/Latino. Since 2008, Robeson County has been identified as among the 10% of the United States counties that are "majority-minority." Robeson County is also among one of the poorest counties in the United States. Further, as you are aware, since COVID, juries have found for the plaintiff more often than in the past, and when they have found for the plaintiff, have issued substantial verdicts. For example, a Pitt County jury awarded $34,000,000 in a wrongful death case mere months ago.

606 North Elm Street     Post Office Box 1448     Lumberton, NC 28359-1
Telephone: (910) 738-5277     Fax: (910) 738-3678


PLAINTIFF'S EXHIBIT 12

It is also important to appreciate that our firm was founded in 1955 and has represented tens of thousands of Robeson County residents and has successfully tried more cases to verdict than anyone in the area. This case has evidence of significant actual physcial pain and mental suffering along with potential punitive exposures, among other aggravating factors.

In the spirit of transparency, note that this matter will appear on the next Administrative Calendar which is scheduled for December 2, 2024. Know that I will request a Spring 2025 trial setting with a peremptory setting. The facts, circumstances, posture and potential exposure that this tragic case presents should give pause to your clients. We look forward to receiving the requested supplementation from Defendant XPO Logistics Freight, Inc. on or before Friday November 1, 2024, by 5pm EST.

Sincerely yours,

MUSSELWHITE, MUSSELWHITE, BRANCH & GRANTHAM

J. William Owen

Cc: Jennifer Welch (via email only)