# Exhibit 84
# 12/10/24 email to XPO

# Will Owen

| | |
|---|---|
| From: | Will Owen |
| Sent: | Tuesday, December 10, 2024 5:05 PM |
| To: | Le'Ron Byrd; Jennifer A. Welch |
| Cc: | Brandi Davis; Megan Stacy |
| Subject: | Re: Estate of Smith v. XPO, et al. | Discovery and Requests for Monetary Statement for Relief |

Le'Ron:

Thanks for the update. Today I received information concerning the identity of the bus driver who can be heard speaking in the video of the accident. I am reviewing my file to see if there are any other potential witnesses/statements that will require supplemental responses. I will of course promptly supplement Plaintiff's responses accordingly.

As a professional courtesy, since the second RFPs served on XPO are due on 12/23/24, I would be willing to push the deadline for all written discovery to 12/23/24 by 5pm EST. I would rather wait a little longer to get meaningful and detailed responses.

I will want to start setting depositions in January. How is your schedule looking in January/February?

**J. William Owen**
Musselwhite, Musselwhite, Branch & Grantham, P.A.
T: +1 910 738 5277 | F: +1 910 738 3678

---

From: Le'Ron Byrd <lbyrd@grsm.com>
Sent: Tuesday, December 10, 2024 4:46:53 PM
To: Will Owen <wowen@mmbglaw.com>; Jennifer A. Welch <JWelch@cshlaw.com>
Cc: Brandi Davis <bldavis@grsm.com>; Megan Stacy <mstacy@grsm.com>
Subject: RE: Estate of Smith v. XPO, et al. | Discovery and Requests for Monetary Statement for Relief

Will:

I'm still working on finalizing these responses with our client. I need their responses on a few of the Interrogatories we discussed, not many. I'm also waiting for additional files/documentation in response to the RFPs. Given that, I'm hoping to get these to you tomorrow. Again, we apologize for the additional delay. We're working hard to get these to you as soon as possible especially in light of our recent discussion to wrap up discovery.

In the meantime, do you have any updates on supplementation of Plaintiff's responses to Defendant's First Set of Discovery Requests? The last time we spoke regarding out letter, you mentioned there being a small set of documents that would be responsive for you all to produce.

Regards,
Le'Ron


PLAINTIFF'S EXHIBIT 14

1