# Exhibit 86

# 02/24/25 – email to XPO

| | |
|---|---|
| From: | Will Owen |
| Sent: | Monday, February 24, 2025 5:27 PM |
| To: | Megan Stacy; Brandi Davis; Jennifer A. Welch |
| Cc: | Austin Kessler; Sabrina Rockwell |
| Subject: | Re: Estate of Smith v. Lamb, et al. - Subpoena - Robeson County District Attorney and Lumberton Rescue and EMS, Inc. |
| Attachments: | Est. Mark Smith v. XPO - Order to Compel (01.21.25).pdf |

Megan,

XPO has failed to comply with the attached Order.

Please state your clients' intentions with respect to compliance. Otherwise, I will have no choice but to file a second motion to compel and motion for sanctions. Please consider this email as our good faith attempt to resolve this amicably without the Court's intervention under Rule 37.

**J. William Owen**
Musselwhite, Musselwhite, Branch & Grantham, P.A.
T: +1 910 738 5277 | F: +1 910 738 3678

---

From: Will Owen
Sent: Monday, February 24, 2025 10:48:19 AM
To: Megan Stacy <mstacy@grsm.com>; Brandi Davis <bldavis@grsm.com>; Jennifer A. Welch <JWelch@cshlaw.com>
Cc: Austin Kessler <akessler@grsm.com>; Sabrina Rockwell <srockwell@grsm.com>
Subject: RE: Estate of Smith v. Lamb, et al. - Subpoena - Robeson County District Attorney and Lumberton Rescue and EMS, Inc.

Thanks, Megan.

When can we expect to receive the supplemental responses pursuant to the Court's Order to Compel?

**J. William Owen**
Musselwhite, Musselwhite, Branch & Grantham, P.A.
T: +1 910 738 5277 | F: +1 910 738 3678

From: Megan Stacy <mstacy@grsm.com>
Sent: Thursday, February 20, 2025 11:46 PM
To: Will Owen <wowen@mmbglaw.com>; Brandi Davis <bldavis@grsm.com>; Jennifer A. Welch <JWelch@cshlaw.com>
Cc: Austin Kessler <akessler@grsm.com>; Sabrina Rockwell <srockwell@grsm.com>
Subject: Re: Estate of Smith v. Lamb, et al. - Subpoena - Robeson County District Attorney and Lumberton Rescue and EMS, Inc.

Good evening Will: I am uploading XPO's supplemental responses and documents to a shared file and will have a link over to you shortly. I appreciate your patience as I troubleshoot.

**Megan M. Stacy**

PLAINTIFF'S EXHIBIT 20

1

**Subject:** Re: Estate of Smith v. Lamb, et al. - 24CVS000468
**Date:** Tuesday, March 11, 2025 at 8:41:42 AM Eastern Daylight Time
**From:** Will Owen
**To:** Chavis-locklear, Gwendolyn
**CC:** Devin Honbarger, Austin Kessler, Megan Stacy, Brandi Davis

Dear Gwen:

If XPO wanted their Motion for Reconsideration to be properly before the Court on March 17th they should have complied with Rule 6(d) of the North Carolina Rules of Civil Procedure, which provides:

> "A written motion, other than one which may be heard ex parte, and <u>notice of the hearing</u> thereof <u>shall be served not later than five days before the time specified for the hearing</u>."

Here, XPO failed to serve a Notice of Hearing as mandated by Rule 6(d) and Plaintiff objects to XPO's attempt to set their motion past the mandatory deadlines set forth in the Rules of Civil Procedure.

**J. William Owen**
Musselwhite, Musselwhite, Branch & Grantham, P.A.

T: +1 910 738 5277 | F: +1 910 738 3678

---

**From:** Brandi Davis <bldavis@grsm.com>
**Date:** Monday, March 10, 2025 at 12:39 PM
**To:** Chavis-locklear, Gwendolyn <gwendolyn.chavis.locklear@nccourts.org>
**Cc:** Devin Honbarger <dhonbarger@grsm.com>, Austin Kessler <akessler@grsm.com>, Megan Stacy <mstacy@grsm.com>, Will Owen <wowen@mmbglaw.com>
**Subject:** Estate of Smith v. Lamb, et al. - 24CVS000468

Good afternoon, Gwen:

I hope that you are doing well. Defendant XPO in the above referenced matter would like to be placed on the Court's Mach 17th calendar along with Plaintiff's Motion for Sanctions and Second Motion to Compel. Defendant XPO currently has a Motion for Reconsideration pending before the Court.

Would you advise if the Court would allow Defendant XPO's Motion to be added the Courts March 17th calendar?

Thank you and I look forward to hearing from you.

Branndi

**BRANDI L. DAVIS**
Paralegal

**GORDON REES SCULLY MANSUKHANI | GRSM50**
**YOUR 50 STATE LAW FIRM™**

150 Fayetteville Street, Suite 1120, Raleigh, NC 27601

bldavis@grsm.com

grsm.com
vCard

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

GORDON REES SCULLY MANSUKHANI, LLP
YOUR 50 STATE LAW FIRM™
http://www.grsm.com