# Exhibit 87

# 03/17/25 – Letter to XPO

J.W. Musselwhite
W. Edward Musselwhite, Jr.
David F. Branch, Jr.

# MUSSELWHITE | MUSSELWHITE
# BRANCH & GRANTHAM

ATTORNEYS AT LAW

Norris Musselwhite Grantham
J. William Owen

William E. Musselwhite Sr.
(1930-1987)
Fred L. Musselwhite
(1939-2017)

March 17, 2025

VIA EMAIL AND US MAIL

Megan Stacy
Gordon Rees Scully Mansukhani
150 Fayetteville Street, Suite 1120
Raleigh, NC 27601

Re: **Cindy Soles Smith, Administratrix of the Estate of Mark K. Smith v. William Bratty Lamb and XPO Logistics Freight, Inc.**
**24 CVS 468 (Robeson County)**

Dear Megan:

It was nice meeting you today in person. With respect to Plaintiff's Motion for Sanctions, Second Motion to Compel and Motion to Quash Subpoena, I have attached the following, which were electronically filed a few moments ago:

(1) Amended Notice of Hearing – April 16, 2025
(2) Calendar Request – April 16, 2025

As I stated verbally to you today – XPO has utterly failed to comply with the Court's January 21, 2025 Order Granting Plaintiff's Motion to Compel, which required full and complete responses, without further objection, on or before February 21, 2025. On February 28, 2025, XPO filed a Motion for Reconsideration under Rule 54(b). This Motion was filed *after* the mandatory compliance deadline set forth in the Order. XPO's Motion for Reconsideration does not toll XPO's obligations under the January 21, 2025 Order which remains in full effect. The ongoing disregard for the January 21, 2025 Order has substantially prejudiced Plaintiff and will be grounds for severe Rule 37(b) sanctions.

Sincerely,

MUSSELWHITE, MUSSELWHITE, BRANCH & GRANTHAM

J. William Owen

606 North Elm Street    Post Office Box 1448    Lumberton, NC 28359-1448
Telephone: (910) 738-5277    Fax: (910) 738-3678