# Exhibit 88

# Affidavit of Zoran Nikolic (XPO Director of Safety)

STATE OF NORTH CAROLINA      IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
COUNTY OF ROBESON      24-CVD-523

CINDY SOLES SMITH, Administratrix of
the ESTATE OF MARK KEANNAN
SMITH

    Plaintiff,

v.      **AFFIDAVIT OF ZORAN NIKOLIC**

WILLIAM BRATTY LAMB and XPO
LOGISTICS FREIGHT, INC.

    Defendants.

1. My full name is Zoran Nikolic.

2. I am over the age of 18 and of sound mind and discretion.

3. I am the Director of Safety for XPO Logistics Freight, Inc. ("XPO").

4. XPO has three sources of telematics data: Samsara, ECM information, and Wabco.

## SAMSARA

5. Samsara is an all-in-one fleet management system.

6. XPO's Samsara program tracks information related to:

   - Following distance detection;
   - Harsh event detection;
   - Inward camera obstruction;
   - Speeding;
   - Virtual coach;
   - Safety event review; and
   - In cab alerts and nudges.

7. Samsara's following distance detection allows dash cams to use a combination of distance estimation and current speed data to detect unsafe following behavior in real time.

8. Samsara's harsh event detection identifies instances of harsh braking, accelerations, turns, and accidents.

9. Samsara's inward camera obstruction ensures that the dash cams on XPO's vehicles have a clear view of the vehicle cab before a driver begins a trip.

10. Samsara prepares logic and speed reports by analyzing ECU speed data when available. If such data is not available, the driver speed is derived from GPS data. Video retrievals display the driver speed from the accelerometer or the GPS speed.

11. Samsara provides XPO drivers with a virtual coach that allows them to review safety events in the Samsara Driver App and mark themselves as coached.

12. Samsara's safety event review allows Samsara's specialized review team to perform an initial event review. Then the team filters and tags events for XPO's fleet. The review team reviews safety events within 24 hours and identifies incidents that require coaching.

13. Samsara's in-cab alerts and nudges allow AI dash cams to detect a safety behavior or policy violation and activate an associated in-cab audio alert to notify the driver of detection.

14. Samsara prepares weekly reports that identify hours of service violations, safety coaching events, unassigned miles, and driver vehicle inspection reports.

15. Samsara data is specific to individual trucks and individual drivers.

16. XPO can input Mr. Lamb's name and pull the Samsara data associated with him.

17. XPO can input the relevant tractor's VIN number and pull the data associated with it.

18. An individual with access to XPO's Samsara system could obtain and review data that is completely unrelated to William Lamb and the tractor trailer involved in the accident at issue—this data includes sensitive and confidential information like the driver's license numbers

2

for XPO's drivers.

19. XPO's Samsara system is designed specifically for XPO.

20. Before allowing anyone administrative access to XPO's personalized Samsara system, XPO would requires that individuals complete: (1) 40 hours of administrative training; (2) 10 hours of Samsara workshops; (3) XPO's safety, compliance, and management training; (4) 24 hours of annual workshops; (4) two hours of XPO U training; and (5) 4 hours of XPO hands-on safety manager training.

21. Additionally, individuals are required to review approximately 150 personalized permissions during the onboarding procedure.

22. An individual who accesses XPO's personalized Samsara system without completing proper training could inadvertently cause a multitude of problems—including problems that affect public safety. Specifically, the individual could (1) log in as any user to an account and make changes; (2) edit driver logs, causing falsification of documents for driver; (3) share videos with drivers that XPO has designated for management's eyes only; and (4) mark an event as dismissed or coached despite the XPO never having reviewed the event with the driver.

23. Additionally, XPO presently has many open tickets with Samsara regarding data accuracy related to hours of service, speeding, nudges, safety reports, and email alerts. An individual who accesses XPO's Samsara system to analyze the data therein could engage in gross misinterpretation if the individual has no knowledge of the pending tickets.

24. Moreover, XPO's personalized Samsara system uses terms and abbreviations specific to XPO which would make efficient, successful navigation and understanding of the system by an outsider nearly impossible.

## ECM DATA

3

25. ECM data is information recorded by the truck's engine control module. The module monitors and controls the truck's engine and records data about its operation.

26. XPO ECM data can be extracted using any laptop with Detroit Diesel's Diagnostic Link software and pulling a DDEC Report for the unit in question.

27. ECM data is specific to individual trucks rather than drivers.

28. Therefore, it would take an inordinate amount of XPO's resources to identify every single XPO truck Mr. Lamb has ever driven, track the trucks down, and arrange for each truck to have its ECM data pulled.

29. Moreover, ECM data is extremely limited considering the broad scope of information Samsara data can provide.

30. Notably, XPO has already provided Plaintiff with all ECM data for the truck involved in the accident at issue. The data covers the period from May 21, 2022 to December 14, 2023.

31. Pulling additional ECM data could result in serious problems including (1) the obtaining of inaccurate data due to faulty connections or loss of data; (2) incomplete data retrieval codes; (3) inability to read data; (4) potential damage to the ECM itself where data could be mistakenly erased; (5) the mistaken alteration of parameters which would lead to engine performance issues that affect top speed settings, cruise control features and result in stalling, misfiring, poor vehicle efficiency, and failures to start.

## WABCO

32. WABCO provides XPO drivers with its Collision Management System (the "CMS").

33. The CMS is designed to assist truck drivers in recognizing and responding to

4

dangerous driving scenarios that could lead to a rear-end collision with a moving or stationary vehicle ahead.

34. The radar-only active safety system provides Forward Collision Warning, Active Braking, and Adaptive Cruise Control.

35. When a collision is imminent, the system alerts the driver. If the driver does not react, the system automatically reduces engine torque and applies the foundation brakes to help prevent or mitigate the impending rear-end collision.

36. WABCO's notifications and active interventions can be integrated into many telematics and monitoring systems, enabling fleet owners to gain additional perspective into driving performance.

37. Simply providing an individual with WABCO usernames and passwords would be ineffective because XPO typically works directly with WABCO to obtain any relevant data.

RESPECTFULLY SUMBITTED this 12 day of March, 2025.

_____
Zoran Nikolic

STATE OF Illinois

COUNTY OF Cook

Personally appeared before me Zoran Nikolic, to me known and known by me to be the person described in the forgoing Affidavit, and he states that he has read the foregoing Affidavit and knows the contents therein to be true, except for those things stated upon information and belief, and as to those, he believes them to be true.

This 12 day of March, 2025

_____
Notary Public

OFFICIAL SEAL
JACOB FARRAJ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 11/17/2026

5

STATE OF NORTH CAROLINA     IN THE GENERAL COURT OF JUSTICE
COUNTY OF ROBESON     SUPERIOR COURT DIVISION
24-CVS-468

CINDY SOLES SMITH, Administratrix of the
ESTATE OF MARK KEANNAN SMITH,

        Plaintiff/Counterclaim-
        Defendant,

v.

WILLIAM BRATTY LAMB,

        Defendant,

and

XPO LOGISTICS FREIGHT, INC.

        Defendant/Counterclaim-
        Plaintiff.

**CERTIFICATE OF SERVICE**

This is to certify that I caused the foregoing **AFFIDAVIT OF ZORAN NIKOLIC** be filed and served upon all counsel of record by email pursuant to Rule 5 of the North Carolina Rules of Civil Procedure addressed as follows:

J. William Owen
Musselwhite, Musselwhite, Branch & Grantham, P.A.
P.O. Box 1448
Lumberton, NC 28359
wowen@mmbglaw.com
*Counsel for Plaintiff*

Jennifer Welch
Cranfill Sumner
P.O. Box 27808
Raleigh, NC 27611-7808
jwelch@cshlaw.com
*Counsel for Counterclaim Defendant Cindy Smith, Administratrix of the Estate of Mark K. Smith*

**SIGNATURE PAGE TO FOLLOW:**

Respectfully submitted this 12th day of March, 2025.

GORDON REES SCULLY MANSUKHANI LLP

*Megan M. Stacy*
_____
Megan M. Stacy
N.C. State Bar No. 47108
Austin R. Kessler
North Carolina Bar No. 53124
Devin Honbarger
North Carolina Bar No. 59513
150 Fayetteville Street, Suite 1120
Raleigh, North Carolina 27601
Telephone: (919) 787-4555
Facsimile: (919) 741-5840
E-mail: mstacy@grsm.com
E-mail: akessler@grsm.com
E-mail: dhonbarger@grsm.com
*Counsel for Defendant XPO Logistics Freight, Inc. and William Lamb*