# Exhibit 89

# Criminal Docket - Lamb

**Robeson District Court**

# Case Summary

**Case No. 23CR438001-770**

| | | | |
|---|---|---|---|
| **STATE OF NORTH CAROLINA VS WILLIAM BRATTY LAMB** | § | Location: | **Robeson District Court** |
| | § | Filed on: | **10/18/2023** |
| | § | ACIS File Number Key: | **7702023438001D** |
| | § | Criminal Process Number: | **CS-23-730204** |
| | § | Electronic Warrants Warrant ID: | **ngRxj7KX8fKaS3cGHuHwb7** |

## Case Information

Case Type: Criminal

Case Status: **10/18/2023 Pending**

**Offense**

01. MISDEMEANOR DEATH BY VEHICLE

| Statute | Degree | Offense Date | Filed Date |
|---|---|---|---|
| 20-141.4(A2) | MA1 | 10/11/2023 | 10/18/2023 |

Offense Reports

Control #: 23-6627

Agency: Lumberton Police Department
1305 Godwin Ave
Lumberton, NC, 28358

02. FAIL TO YIELD LEFT TURN

| Statute | Degree | Offense Date | Filed Date |
|---|---|---|---|
| 20-155(B) | INF | 10/11/2023 | 10/18/2023 |

Offense Reports

Agency: Lumberton Police Department
1305 Godwin Ave
Lumberton, NC, 28358

## Related Cases

## Assignment Information

**Current Case Assignment**

Case Number 23CR438001-770
Court Robeson District Court
Date Assigned 10/20/2023

## Party Information

**Defendant** **LAMB, WILLIAM BRATTY**

557 EMMA JANE RD
SAINT PAULS, NC 28384-6732
White
Male
Height: 6′ 2″

**State** **STATE OF NORTH CAROLINA**

State of North Carolina
Other

**Complainant** **BRIDGES, CEDRIQUE**

1305 GODWIN AVE
LUMBERTON, NC 28358

## Case Events

10/07/2025 Subpoena Returned — Index # 2
Created: 10/07/2025 3:21 PM

02/19/2025 Legacy Complete Case Scan — Index # 1
Created: 02/19/2025 11:39 AM

01/14/2025 Motion/Order to Continue
*Court Session: 2025-03-26; ANTE MERIDIEM; TRIAL;*
Created: 01/14/2025 9:54 AM

01/06/2025 Motion/Order to Continue
*Court Session: 2025-01-13; ANTE MERIDIEM; TRIAL;*
Created: 01/06/2025 2:43 PM

01/06/2025 Motion/Order to Continue
*Court Session: 2025-01-13; ANTE MERIDIEM; TRIAL;*
Created: 01/06/2025 10:05 AM

12/18/2024 Motion/Order to Continue
*Court Session: 2025-01-13; ANTE MERIDIEM; TRIAL;*
Created: 12/18/2024 2:40 PM

10/14/2024 Motion/Order to Continue
*Court Session: 2024-12-18; ANTE MERIDIEM; TRIAL;*
Created: 10/14/2024 5:01 PM

08/14/2024 Motion/Order to Continue
*Court Session: 2024-10-14; ANTE MERIDIEM; TRIAL;*
Created: 08/14/2024 3:02 PM

05/08/2024 Motion/Order to Continue
*Court Session: 2024-08-14; ANTE MERIDIEM; TRIAL;*
Created: 05/08/2024 2:53 PM

02/14/2024 Motion/Order to Continue
*Court Session: 2024-05-08; ANTE MERIDIEM; TRIAL;*
Created: 02/14/2024 3:05 PM

12/20/2023 Motion/Order to Continue
*Court Session: 2024-02-14; ANTE MERIDIEM; TRIAL;*
Created: 12/20/2023 12:49 PM

10/20/2023 Motion/Order to Continue
*Court Session: 2023-12-20; ANTE MERIDIEM; TRIAL;*
Created: 10/20/2023 6:38 PM

10/20/2023 Legacy Process Served Date
Created: 10/20/2023 12:00 AM

10/18/2023 Criminal Summons Issued
*CRRPRC:S*
Created: 10/18/2023 12:00 AM

## Hearings

12/08/2025

**Disposition Hearing** (8:55 AM)

Resource: Location 770-003A Robeson Co. Courthouse, Courtroom 3A
03/26/2025 Reset by Court to 03/26/2025
03/26/2025 Reset by Court to 03/26/2025
03/26/2025 Reset by Court to 03/26/2025
03/26/2025 Continued to 05/21/2025 - Continued by the Consent of Parties - LAMB, WILLIAM BRATTY
05/21/2025 Continued to 06/18/2025 - Continued by the Consent of Parties - LAMB, WILLIAM BRATTY
06/18/2025 Continued to 09/09/2025 - Continued by the Consent of Parties - LAMB, WILLIAM BRATTY
09/09/2025 Reset by Court to 09/09/2025
09/09/2025 Continued to 10/13/2025 - Continued by the Consent of Parties - LAMB, WILLIAM BRATTY
10/13/2025 Reset by Court to 12/08/2025

Created: 02/01/2025 3:59 AM