# Exhibit 91

# Verification of Plaintiff's Responses to XPO's First Set of Interrogatories

STATE OF NORTH CAROLINA

COUNTY OF ROBESON                            **VERIFICATION**

      **CINDY SOLES SMITH** first being sworn, says that she has read the foregoing Answers to Defendant XPO Logistics Freight, Inc.'s First Set of Interrogatories and Request for Production of Documents served by Defendant XPO Logistics Freight, Inc. and knows the contents thereof, and that the same is true of her own knowledge, except those matters and things therein alleged upon information and belief and as to those, she believes them to be true.

_____(SEAL)
CINDY SOLES SMITH

SWORN TO AND SUBSCRIBED BEFORE ME

this the _____5th_____ day of May, 2024.

_____
NOTARY PUBLIC

My commission expires: 04-20-26