AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina 

| | | |
|---|---|---|
| Cindy Soles Smith, Adm. Estate of Mark K. Smith | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 7:25-cv-01545-D-BM |
| XPO Logistics Freight, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

XPO Logistics Freight, Inc.  .

Date:    11/13/2025

/s/ Austin R. Kessler
*Attorney's signature*

Austin R. Kessler (NC Bar No.: 53124)
*Printed name and bar number*
GORDON REES SCULLY MANSUKHANI LLP
150 Fayetteville Street, Suite 1120
Raleigh, North Carolina 27601

*Address*

akessler@grsm.com
*E-mail address*

(919) 787-7555
*Telephone number*

(919) 741-5840
*FAX number*

Case 7:25-cv-01545-D-BM    Document 27    Filed 11/13/25    Page 1 of 1