IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:25-CV-1545

| | |
|---|---|
| CINDY SOLES SMITH, Administratrix of the ESTATE OF MARK KEANNAN SMITH,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>XPO LOGISTICS FREIGHT, INC.,<br><br>Defendant/Counterclaim-Plaintiff. | **ORDER GRANTING MOTION TO EXTEND TIME TO FILE NOTICES OF APPEARANCE ON BEHALF OF AUSTIN R. KESSLER AND ROBERT W. F. BECKMANN** |

For the reasons stated in Defendant **XPO LOGISTICS FREIGHT, INC.'S** Motion to Extend Time to File Notices of Appearance on Behalf of Austin R. Kessler and Robert W. F. Beckmann and for good cause shown, it is hereby **ORDERED** that Austin R. Kessler and Robert W. F. Beckmann may have through and including November 30, 2025, to finalize their admission documents for the Eastern District of North Carolina and file a Notice of Appearance in this matter.

This 17 day of November, 2025.

_____
James C. Dever
United States District Judge