# EXHIBIT 9

**Brandi Davis**

| | |
|---|---|
| **From:** | Le'Ron Byrd |
| **Sent:** | Friday, August 30, 2024 5:14 PM |
| **To:** | Jennifer A. Welch; Will Owen |
| **Cc:** | Brandi Davis; Stacy Frazier; Megan Stacy |
| **Subject:** | Re: Estate of Smith v. Lamb, et al. \| Defendants' Responses to Plaintiff's First Set of Discovery Requests |

Thank you, both.

Regards,
Le'Ron

**From:** Jennifer A. Welch <JWelch@cshlaw.com>
**Sent:** Friday, August 30, 2024 4:53:48 PM
**To:** Le'Ron Byrd <lbyrd@grsm.com>; Will Owen <wowen@mmbglaw.com>
**Cc:** Brandi Davis <bldavis@grsm.com>; Stacy Frazier <sfrazier@cshlaw.com>; Megan Stacy <mstacy@grsm.com>
**Subject:** RE: Estate of Smith v. Lamb, et al. \| Defendants' Responses to Plaintiff's First Set of Discovery Requests

> **External Email: STOP! LOOK! THINK! before you engage.**
> This message came from outside GRSM.

Le'Ron,

We ask that XPO also supplement its response to our Request for Statement of Monetary Relief Sought. Since XPO's counterclaim is for property damage, it should be able to quantify the amount it is seeking.

If you could please get that to us next week, I would appreciate it.

I hope you have a nice holiday weekend.

**Jennifer A. Welch**
*Attorney at Law*



**P** +1 9198638739 | **F** +1 9198633463
jwelch@cshlaw.com

**5420 Wade Park Blvd. Suite 300, Raleigh, NC 27607**
**Post Office Box 27808, Raleigh, NC 27611-7808**



WWW.CSHLAW.COM

**From:** Le'Ron Byrd <lbyrd@grsm.com>
**Sent:** Friday, August 30, 2024 4:26 PM
**To:** Will Owen <wowen@mmbglaw.com>
**Cc:** Brandi Davis <bldavis@grsm.com>; Jennifer A. Welch <JWelch@cshlaw.com>; Stacy Frazier <sfrazier@cshlaw.com>;

EXHIBIT I - 2025 Excerpts Ben Lamb Counsel 000001

Megan Stacy <mstacy@grsm.com>
**Subject:** RE: Estate of Smith v. Lamb, et al. | Defendants' Responses to Plaintiff's First Set of Discovery Requests

**External sender** - Questions or concerns? Ctrl+Alt+F to forward as attachment to
helpdesk@cshlaw.com

Will:

I just called your line and it went to voicemail. By way of update, I wanted to send you a note prior to the deadline identified in your letter. We're currently finalizing our supplemental written responses and production to send to your office. Given that a lot of folks have already left for the holiday, we're doing a lot of heavy lifting on our end with less than usual help. That said, and in response to your letter, we will get you supplemental responses later today. It just won't be before the 5pm deadline.

If you have any questions, please feel free to reach out to my cell phone listed below.

As always, thank you for your professionalism and courtesy.

Regards,
Le'Ron

---

**LE'RON A. BYRD** | Associate

**GORDON REES SCULLY MANSUKHANI | GRSM50**
**YOUR 50 STATE LAW FIRM™**
**CELEBRATING 50 YEARS OF EXCELLENCE**

150 Fayetteville Street, Suite 1120
Raleigh, NC 27601
D: 984-242-1801 | C: 984-985-0816 | lbyrd@grsm.com

www.grsm.com
vCard | Bio

> **From:** Will Owen <wowen@mmbglaw.com>
> **Sent:** Thursday, August 22, 2024 9:31 AM
> **To:** Megan Stacy <mstacy@grsm.com>
> **Cc:** Le'Ron Byrd <lbyrd@grsm.com>; Brandi Davis <bldavis@grsm.com>; Jennifer A. Welch <JWelch@cshlaw.com>; Stacy Frazier <sfrazier@cshlaw.com>
> **Subject:** RE: Estate of Smith v. Lamb, et al. | Defendants' Responses to Plaintiff's First Set of Discovery Requests
>
> Megan:
>
> See attached, thanks.
>
> Will
>
> **J. William Owen**
> Musselwhite, Musselwhite, Branch & Grantham, P.A.
> T: +1 910 738 5277 | F: +1 910 738 3678

EXHIBIT F - Email Excerpts Between Counsel    000002

**From:** Megan Stacy <mstacy@grsm.com>
**Sent:** Thursday, August 22, 2024 9:15 AM
**To:** Will Owen <wowen@mmbglaw.com>
**Cc:** Le'Ron Byrd <lbyrd@grsm.com>; Brandi Davis <bldavis@grsm.com>
**Subject:** RE: Estate of Smith v. Lamb, et al. | Defendants' Responses to Plaintiff's First Set of Discovery Requests

Hi Will – I'm following up with my folks again this morning. Hope to have an update to you by the end of the day.

> **From:** Will Owen <wowen@mmbglaw.com>
> **Sent:** Tuesday, August 20, 2024 5:12 PM
> **To:** Megan Stacy <mstacy@grsm.com>; 'Jennifer A. Welch' <JWelch@cshlaw.com>
> **Cc:** Sabrina Rockwell <srockwell@grsm.com>; Brandi Davis <bldavis@grsm.com>; Le'Ron Byrd <lbyrd@grsm.com>
> **Subject:** Re: Estate of Smith v. Lamb, et al. | Defendants' Responses to Plaintiff's First Set of Discovery Requests
>
> Hi Megan:
>
> Wanted to follow up with you. Thanks.
>
>
> **J. William Owen**
>
> Musselwhite, Musselwhite, Branch & Grantham, P.A.
>
> T: +1 910 738 5277 | F: +1 910 738 3678

> **From:** Will Owen <wowen@mmbglaw.com>
> **Sent:** Thursday, August 15, 2024 9:47 AM
> **To:** Megan Stacy <mstacy@grsm.com>; 'Jennifer A. Welch' <JWelch@cshlaw.com>
> **Cc:** Sabrina Rockwell <srockwell@grsm.com>; Brandi Davis <bldavis@grsm.com>; Le'Ron Byrd <lbyrd@grsm.com>
> **Subject:** RE: Estate of Smith v. Lamb, et al. | Defendants' Responses to Plaintiff's First Set of Discovery Requests
>
> Hello Megan,
>
> Courts across the country have embraced sharing provisions in protective orders. In fact, over the last several years, Superior Court Judges in Robeson County have entered multiple Protective Orders that contain sharing provisions. I am happy to provide copies of these Orders if needed.
>
> Sharing provisions level the playing field between large defendants (such as XPO) and individuals by minimizing discovery cost and improving individuals' access to justice. Sharing provisions also promote speedy and efficient litigation by facilitating and controlling the dissemination of discovery material necessary to prosecute a case without repetitious discovery battles and without compromising XPO's truly confidential documents. Allowing dissemination of information amongst counsel with similar claims also keeps large corporate defendants (such as XPO) honest by forcing them to consistently produce relevant, responsive documents requested in discovery or face the consequences of hiding such documents. Allowing sharing amongst counsel with similar claims does not allow XPO's competitors to gain access to its confidential business information or trade secrets.

Here is a proposed sharing provision for this case:

"Nothing herein shall prevent Counsel for Plaintiff from disclosing, sharing or otherwise discussing "Confidential Information" with other outside counsel or persons with similar ongoing or past personal injury or wrongful death lawsuits or claims against XPO or its parent companies or subsidiaries so long as said outside counsel or persons agree as follows: (i) any outside counsel or persons who receives "Confidential Information" agrees that they will not post or make available on any website or internet accessible repository any "Confidential Information" so obtained in this case, and shall not under any circumstances sell, provide access, trade or exchange for any form of consideration, advertise, or publicize XPO's "Confidential Information" or the fact that such persons have obtained XPO's "Confidential Information" and (ii) any outside counsel or person who receives said "Confidential Information" shall acknowledge these requirements in writing with Counsel for Plaintiff and Counsel for Plaintiff shall maintain this list for the pendency of the Action."

I look forward to hearing from you soon.

Will

**J. William Owen**
Musselwhite, Musselwhite, Branch & Grantham, P.A.
T: +1 910 738 5277 | F: +1 910 738 3678

---

**From:** Megan Stacy <mstacy@grsm.com>
**Sent:** Tuesday, August 13, 2024 4:09 PM
**To:** Will Owen <wowen@mmbglaw.com>; 'Jennifer A. Welch' <JWelch@cshlaw.com>
**Cc:** Sabrina Rockwell <srockwell@grsm.com>; Brandi Davis <bldavis@grsm.com>; Le'Ron Byrd <lbyrd@grsm.com>
**Subject:** RE: Estate of Smith v. Lamb, et al. | Defendants' Responses to Plaintiff's First Set of Discovery Requests

Hi Will – I've attached a proposed Consent Confidentiality and Protective Order.

I've also reviewed the proposed sharing provision in the protective order that you forwarded. From what I gather, the other case appears to be a product liability lawsuit and I do not see the parallels with this litigation that would warrant such a broad sharing provision. I am still conferring with my client concerning same and will report back. If you can shed any light on your position with respect to this matter and why you contend such a provision is warranted, please do so. I'd also like to see your proposed language for subsection (ii) of paragraph 6(f) in the exemplar PO.

Thank you!

> **From:** Will Owen <wowen@mmbglaw.com>
> **Sent:** Monday, August 12, 2024 11:48 AM
> **To:** Megan Stacy <mstacy@grsm.com>; Le'Ron Byrd <lbyrd@grsm.com>; 'Jennifer A. Welch' <JWelch@cshlaw.com>
> **Cc:** Sabrina Rockwell <srockwell@grsm.com>; Brandi Davis <bldavis@grsm.com>
> **Subject:** RE: Estate of Smith v. Lamb, et al. | Defendants' Responses to Plaintiff's First Set of Discovery Requests
>
> Thanks Megan. I would propose 09/02/24 as a new deadline if you can make that work.
>
> **J. William Owen**
> Musselwhite, Musselwhite, Branch & Grantham, P.A.

Case 7:25-cv-01545-D-BM   Document 30-9   EXHIBIT 5 | Email Excerpts Between Counsel   Filed 11/24/25   Page 5 of 48   000004

---

**From:** Megan Stacy <mstacy@grsm.com>
**Sent:** Monday, August 12, 2024 11:35 AM
**To:** Will Owen <wowen@mmbglaw.com>; Le'Ron Byrd <lbyrd@grsm.com>; 'Jennifer A. Welch' <JWelch@cshlaw.com>
**Cc:** Sabrina Rockwell <srockwell@grsm.com>; Brandi Davis <bldavis@grsm.com>
**Subject:** RE: Estate of Smith v. Lamb, et al. | Defendants' Responses to Plaintiff's First Set of Discovery Requests

Good morning Will – I will provide the PO later today.

Please allow me some additional time this week to discuss the discovery with my client. I propose September 13th as an updated timeframe, but will let you know if that changes as we work on details on our end.

> **From:** Will Owen <wowen@mmbglaw.com>
> **Sent:** Friday, August 9, 2024 11:37 AM
> **To:** Megan Stacy <mstacy@grsm.com>; Le'Ron Byrd <lbyrd@grsm.com>; 'Jennifer A. Welch' <JWelch@cshlaw.com>
> **Cc:** Sabrina Rockwell <srockwell@grsm.com>; Brandi Davis <bldavis@grsm.com>
> **Subject:** Re: Estate of Smith v. Lamb, et al. | Defendants' Responses to Plaintiff's First Set of Discovery Requests
>
> Hello Megan:
>
> Please send me the proposed PO. We also need a timeframe as to when we can expect to receive updated responses to our discovery request.
>
> Please note that this matter will most likely appear on the next administrative calendar in late November. We plan to ask the Court for a Spring 2025 trial setting. We need to keep this moving along.
>
> Thanks,
>
> Will
>
> **J. William Owen**
>
> Musselwhite, Musselwhite, Branch & Grantham, P.A.
>
> T: +1 910 738 5277 | F: +1 910 738 3678

---

> **From:** Will Owen <wowen@mmbglaw.com>
> **Sent:** Wednesday, August 7, 2024 1:12:45 PM
> **To:** Megan Stacy <mstacy@grsm.com>; Le'Ron Byrd <lbyrd@grsm.com>; 'Jennifer A. Welch' <JWelch@cshlaw.com>
> **Cc:** Sabrina Rockwell <srockwell@grsm.com>; Brandi Davis <bldavis@grsm.com>

**Subject:** RE: Estate of Smith v. Lamb, et al. | Defendants' Responses to Plaintiff's First Set of Discovery Requests

Megan:

Thank you for your call.

As discussed, I have attached an exemplar Stipulated Sharing Protective Order that was recently entered in Robeson County. I will agree to the entry of a Protective Order as long as it contains a reasonable sharing provision. I should be able to get this approved in chambers without the need for a formal hearing if we can agree.

As for the past due discovery responses, I understand that there was a lot of information requested, however many of the boilerplate objections were improper and need to be expeditiously withdrawn. We have waited patiently for over 60 days and we were extremely disappointed in the limited and evasive responses that we received. We need real and substantive responses to our discovery request if you want to avoid the potential waiver arguments that we presented in my letter dated August 6, 2024. Of course, it is our hope that you will produce clearly discoverable and relevant information without the need for a motion to compel.

I do however reserve the right to seek relief from the Court to address the potential waiver and admission issues if the improper objections, discovery abuse and obstruction continues in the future. I look forward to continuing to work with you on this incredibly tragic case.

Will

**J. William Owen**

Musselwhite, Musselwhite, Branch & Grantham, P.A.

T: +1 910 738 5277 | F: +1 910 738 3678

IMPORTANT: This e-mail message is intended solely for the individual or individuals to whom it is addressed. It may contain confidential attorney-client privileged information and attorney work product. If the reader of this message is not the intended recipient, you are requested not to read, copy or distribute it or any of the information it contains.  Please delete it immediately and notify us by return e-mail or by telephone at (910) 738-5277. Professional Responsibility Rule 4.2 Notice: Please be advised that the inclusion of any particular person as a recipient of this email (and specifically the inclusion of any client of the Musselwhite, Musselwhite, Branch & Grantham law firm) does not constitute express or implied consent to opposing counsel to "Reply All" to this message or otherwise communicate with clients of the firm.

<lbyrd@grsm.com>
**Subject:** RE: Estate of Smith v. Lamb, et al. | Defendants' Responses to Plaintiff's First Set of Discovery Requests

Hello Megan,

Courts across the country have embraced sharing provisions in protective orders. In fact, over the last several years, Superior Court Judges in Robeson County have entered multiple Protective Orders that contain sharing provisions. I am happy to provide copies of these Orders if needed.

Sharing provisions level the playing field between large defendants (such as XPO) and individuals by minimizing discovery cost and improving individuals' access to justice. Sharing provisions also promote speedy and efficient litigation by facilitating and controlling the dissemination of discovery material necessary to prosecute a case without repetitious discovery battles and without compromising XPO's truly confidential documents. Allowing dissemination of information amongst counsel with similar claims also keeps large corporate defendants (such as XPO) honest by forcing them to consistently produce relevant, responsive documents requested in discovery or face the consequences of hiding such documents. Allowing sharing amongst counsel with similar claims does not allow XPO's competitors to gain access to its confidential business information or trade secrets.

Here is a proposed sharing provision for this case:

"Nothing herein shall prevent Counsel for Plaintiff from disclosing, sharing or otherwise discussing "Confidential Information" with other outside counsel or persons with similar ongoing or past personal injury or wrongful death lawsuits or claims against XPO or its parent companies or subsidiaries so long as said outside counsel or persons agree as follows: (i) any outside counsel or persons who receives "Confidential Information" agrees that they will not post or make available on any website or internet accessible repository any "Confidential Information" so obtained in this case, and shall not under any circumstances sell, provide access, trade or exchange for any form of consideration, advertise, or publicize XPO's "Confidential Information" or the fact that such persons have obtained XPO's "Confidential Information" and (ii) any outside counsel or person who receives said "Confidential Information" shall acknowledge these requirements in writing with Counsel for Plaintiff and Counsel for Plaintiff shall maintain this list for the pendency of the Action."

I look forward to hearing from you soon.

Will

**J. William Owen**
Musselwhite, Musselwhite, Branch & Grantham, P.A.
T: +1 910 738 5277 | F: +1 910 738 3678

---

**From:** Megan Stacy <mstacy@grsm.com>
**Sent:** Tuesday, August 13, 2024 4:09 PM
**To:** Will Owen <wowen@mmbglaw.com>; 'Jennifer A. Welch' <JWelch@cshlaw.com>
**Cc:** Sabrina Rockwell <srockwell@grsm.com>; Brandi Davis <bldavis@grsm.com>; Le'Ron Byrd <lbyrd@grsm.com>
**Subject:** RE: Estate of Smith v. Lamb, et al. | Defendants' Responses to Plaintiff's First Set of Discovery Requests

Hi Will – I've attached a proposed Consent Confidentiality and Protective Order.

I've also reviewed the proposed sharing provision in the protective order that you forwarded. From what I gather, the other case appears to be a product liability lawsuit and I do not see the parallels with

3
EXHIBIT H – Excerpts Belonged Counsel 000007

this litigation that would warrant such a broad sharing provision. I am still conferring with my client concerning same and will report back. If you can shed any light on your position with respect to this matter and why you contend such a provision is warranted, please do so. I'd also like to see your proposed language for subsection (ii) of paragraph 6(f) in the exemplar PO.

Thank you!

**From:** Will Owen <wowen@mmbglaw.com>
**Sent:** Monday, August 12, 2024 11:48 AM
**To:** Megan Stacy <mstacy@grsm.com>; Le'Ron Byrd <lbyrd@grsm.com>; 'Jennifer A. Welch' <JWelch@cshlaw.com>
**Cc:** Sabrina Rockwell <srockwell@grsm.com>; Brandi Davis <bldavis@grsm.com>
**Subject:** RE: Estate of Smith v. Lamb, et al. | Defendants' Responses to Plaintiff's First Set of Discovery Requests

Thanks Megan. I would propose 09/02/24 as a new deadline if you can make that work.

**J. William Owen**
Musselwhite, Musselwhite, Branch & Grantham, P.A.
T: +1 910 738 5277 | F: +1 910 738 3678

---

**From:** Megan Stacy <mstacy@grsm.com>
**Sent:** Monday, August 12, 2024 11:35 AM
**To:** Will Owen <wowen@mmbglaw.com>; Le'Ron Byrd <lbyrd@grsm.com>; 'Jennifer A. Welch' <JWelch@cshlaw.com>
**Cc:** Sabrina Rockwell <srockwell@grsm.com>; Brandi Davis <bldavis@grsm.com>
**Subject:** RE: Estate of Smith v. Lamb, et al. | Defendants' Responses to Plaintiff's First Set of Discovery Requests

Good morning Will – I will provide the PO later today.

Please allow me some additional time this week to discuss the discovery with my client. I propose September 13th as an updated timeframe, but will let you know if that changes as we work on details on our end.

**From:** Will Owen <wowen@mmbglaw.com>
**Sent:** Friday, August 9, 2024 11:37 AM
**To:** Megan Stacy <mstacy@grsm.com>; Le'Ron Byrd <lbyrd@grsm.com>; 'Jennifer A. Welch' <JWelch@cshlaw.com>
**Cc:** Sabrina Rockwell <srockwell@grsm.com>; Brandi Davis <bldavis@grsm.com>
**Subject:** Re: Estate of Smith v. Lamb, et al. | Defendants' Responses to Plaintiff's First Set of Discovery Requests

Hello Megan:

Please send me the proposed PO. We also need a timeframe as to when we can expect to receive updated responses to our discovery request.

Please note that this matter will most likely appear on the next administrative calendar in late November. We plan to ask the Court for a Spring 2025 trial setting. We need to keep this moving along.

Thanks,

Will

**J. William Owen**

Musselwhite, Musselwhite, Branch & Grantham, P.A.

T: +1 910 738 5277 | F: +1 910 738 3678

---

**From:** Will Owen <wowen@mmbglaw.com>
**Sent:** Wednesday, August 7, 2024 1:12:45 PM
**To:** Megan Stacy <mstacy@grsm.com>; Le'Ron Byrd <lbyrd@grsm.com>; 'Jennifer A. Welch' <JWelch@cshlaw.com>
**Cc:** Sabrina Rockwell <srockwell@grsm.com>; Brandi Davis <bldavis@grsm.com>
**Subject:** RE: Estate of Smith v. Lamb, et al. | Defendants' Responses to Plaintiff's First Set of Discovery Requests

Megan:

Thank you for your call.

As discussed, I have attached an exemplar Stipulated Sharing Protective Order that was recently entered in Robeson County. I will agree to the entry of a Protective Order as long as it contains a reasonable sharing provision. I should be able to get this approved in chambers without the need for a formal hearing if we can agree.

As for the past due discovery responses, I understand that there was a lot of information requested, however many of the boilerplate objections were improper and need to be expeditiously withdrawn. We have waited patiently for over 60 days and we were extremely disappointed in the limited and evasive responses that we received. We need real and substantive responses to our discovery request if you want to avoid the potential waiver arguments that we presented in my letter dated August 6, 2024. Of course, it is our hope that you will produce clearly discoverable and relevant information without the need for a motion to compel.

I do however reserve the right to seek relief from the Court to address the potential waiver and admission issues if the improper objections, discovery abuse and obstruction continues in the future. I look forward to continuing to work with you on this incredibly tragic case.

Will

**J. William Owen**

Musselwhite, Musselwhite, Branch & Grantham, P.A.

Megan & Le'Ron:

Thank you for your correspondence and supplemental discovery. I am still in the process of reviewing your supplementation but wanted to get back with you in an expeditious manner.

At first glance, I was surprised to see that the following were not produced:

(1) Insurance policy for XPO Logistics Freight, Inc. – given that we served our discovery back on June 5, 2024, I find it hard to understand why this still has not been produced. We will need a copy of the underlined tower of coverage as well. I can imagine that XPO has multiple layers of coverage. This is not confidential or proprietary and is specifically discoverable (see Rule 26(b)(2)).

(2) XPO Training Materials and Employee Handbook – I noticed that you produced the redacted personnel file for William Lamb but no training materials or employee handbook. These items are highly relevant and are discoverable.

(3) Shipping documents – at minimum, we need the Bill of Lading and Manifest. Again, these are very basic shipping documents and are not confidential or proprietary.

I will send a more detailed deficiency letter once I review the responses and production from yesterday and any supplementation that you plan to make on September 6th per your letter. Your correspondence yesterday seems to suggest that we are seeking items that are wholly unrelated to the subject litigation. We strongly disagree. This is a very serious death case and XPO is a large and sophisticated motor carrier with 9,955 power units and 12,806 drivers. As I am sure you are aware, items that pre-date the subject collision can be highly relevant (i.e., logs, lytx data, samsara data, prior accidents, loading/unloading, etc.). All of our highly specific discovery request were reasonable calculated to lead to potentially relevant and discoverable information and we expect substantive responses to each request.

I am likewise surprised that XPO cannot seem to formulate a response to our Request for Monetary Relief Sought with respect to the counterclaim of XPO against my client's estate. The XPO tractor was damaged in October 2023—why the delay? I must again emphasize that this matter will likely appear on the next administrative calendar in Robeson County, and we plan to set it for trial in Spring 2025, hence our urgency and persistence. I look forward to continuing to work with both of you on this exceptionally tragic case.

Will

**J. William Owen**
Musselwhite, Musselwhite, Branch & Grantham, P.A.
T: +1 910 738 5277 | F: +1 910 738 3678

**From:** Brandi Davis <bldavis@grsm.com>
**Sent:** Tuesday, September 03, 2024 4:24 PM
**To:** Will Owen <wowen@mmbglaw.com>; Le'Ron Byrd <lbyrd@grsm.com>
**Cc:** Jennifer A. Welch <JWelch@cshlaw.com>; Stacy Frazier <sfrazier@cshlaw.com>; Megan Stacy <mstacy@grsm.com>
**Subject:** RE: Estate of Smith v. Lamb, et al. | Defendants' Responses to Plaintiff's First Set of Discovery Requests

Good afternoon, Will:

I hope that you had a nice Labor Day weekend.

Attached please find the following:

- Correspondence from Ms. Stacy and Mr. Byrd to Mr. Owen re: discovery;

**Cc:** Le'Ron Byrd <lbyrd@grsm.com>; Brandi Davis <bldavis@grsm.com>
**Subject:** RE: Estate of Smith v. Lamb, et al. | Defendants' Responses to Plaintiff's First Set of Discovery Requests

Hi Will – I'm following up with my folks again this morning. Hope to have an update to you by the end of the day.

> **From:** Will Owen <wowen@mmbglaw.com>
> **Sent:** Tuesday, August 20, 2024 5:12 PM
> **To:** Megan Stacy <mstacy@grsm.com>; 'Jennifer A. Welch' <JWelch@cshlaw.com>
> **Cc:** Sabrina Rockwell <srockwell@grsm.com>; Brandi Davis <bldavis@grsm.com>; Le'Ron Byrd <lbyrd@grsm.com>
> **Subject:** Re: Estate of Smith v. Lamb, et al. | Defendants' Responses to Plaintiff's First Set of Discovery Requests
>
> Hi Megan:
>
> Wanted to follow up with you. Thanks.
>
> **J. William Owen**
>
> Musselwhite, Musselwhite, Branch & Grantham, P.A.
>
> T: +1 910 738 5277 | F: +1 910 738 3678

---

> **From:** Will Owen <wowen@mmbglaw.com>
> **Sent:** Thursday, August 15, 2024 9:47 AM
> **To:** Megan Stacy <mstacy@grsm.com>; 'Jennifer A. Welch' <JWelch@cshlaw.com>
> **Cc:** Sabrina Rockwell <srockwell@grsm.com>; Brandi Davis <bldavis@grsm.com>; Le'Ron Byrd <lbyrd@grsm.com>
> **Subject:** RE: Estate of Smith v. Lamb, et al. | Defendants' Responses to Plaintiff's First Set of Discovery Requests
>
> Hello Megan,
>
> Courts across the country have embraced sharing provisions in protective orders. In fact, over the last several years, Superior Court Judges in Robeson County have entered multiple Protective Orders that contain sharing provisions. I am happy to provide copies of these Orders if needed.
>
> Sharing provisions level the playing field between large defendants (such as XPO) and individuals by minimizing discovery cost and improving individuals' access to justice. Sharing provisions also promote speedy and efficient litigation by facilitating and controlling the dissemination of discovery material necessary to prosecute a case without repetitious discovery battles and without compromising XPO's truly confidential documents. Allowing dissemination of information amongst counsel with similar claims also keeps large corporate defendants (such as XPO) honest by forcing them to consistently produce relevant, responsive documents requested in discovery or face the consequences of hiding such documents.  Allowing sharing amongst counsel with similar claims does not allow XPO's competitors to gain access to its confidential business information or trade secrets.

Here is a proposed sharing provision for this case:

"Nothing herein shall prevent Counsel for Plaintiff from disclosing, sharing or otherwise discussing "Confidential Information" with other outside counsel or persons with similar ongoing or past personal injury or wrongful death lawsuits or claims against XPO or its parent companies or subsidiaries so long as said outside counsel or persons agree as follows: (i) any outside counsel or persons who receives "Confidential Information" agrees that they will not post or make available on any website or internet accessible repository any "Confidential Information" so obtained in this case, and shall not under any circumstances sell, provide access, trade or exchange for any form of consideration, advertise, or publicize XPO's "Confidential Information" or the fact that such persons have obtained XPO's "Confidential Information" and (ii) any outside counsel or person who receives said "Confidential Information" shall acknowledge these requirements in writing with Counsel for Plaintiff and Counsel for Plaintiff shall maintain this list for the pendency of the Action."

I look forward to hearing from you soon.

Will

**J. William Owen**

Musselwhite, Musselwhite, Branch & Grantham, P.A.
T: +1 910 738 5277 | F: +1 910 738 3678

---

**From:** Megan Stacy <mstacy@grsm.com>
**Sent:** Tuesday, August 13, 2024 4:09 PM
**To:** Will Owen <wowen@mmbglaw.com>; 'Jennifer A. Welch' <JWelch@cshlaw.com>
**Cc:** Sabrina Rockwell <srockwell@grsm.com>; Brandi Davis <bldavis@grsm.com>; Le'Ron Byrd <lbyrd@grsm.com>
**Subject:** RE: Estate of Smith v. Lamb, et al. | Defendants' Responses to Plaintiff's First Set of Discovery Requests

Hi Will – I've attached a proposed Consent Confidentiality and Protective Order.

I've also reviewed the proposed sharing provision in the protective order that you forwarded. From what I gather, the other case appears to be a product liability lawsuit and I do not see the parallels with this litigation that would warrant such a broad sharing provision. I am still conferring with my client concerning same and will report back. If you can shed any light on your position with respect to this matter and why you contend such a provision is warranted, please do so. I'd also like to see your proposed language for subsection (ii) of paragraph 6(f) in the exemplar PO.

Thank you!

> **From:** Will Owen <wowen@mmbglaw.com>
> **Sent:** Monday, August 12, 2024 11:48 AM
> **To:** Megan Stacy <mstacy@grsm.com>; Le'Ron Byrd <lbyrd@grsm.com>; 'Jennifer A. Welch' <JWelch@cshlaw.com>
> **Cc:** Sabrina Rockwell <srockwell@grsm.com>; Brandi Davis <bldavis@grsm.com>

**Subject:** RE: Estate of Smith v. Lamb, et al. | Defendants' Responses to Plaintiff's First Set of Discovery Requests

Thanks Megan. I would propose 09/02/24 as a new deadline if you can make that work.

**J. William Owen**

Musselwhite, Musselwhite, Branch & Grantham, P.A.
T: +1 910 738 5277 | F: +1 910 738 3678

---

**From:** Megan Stacy <mstacy@grsm.com>
**Sent:** Monday, August 12, 2024 11:35 AM
**To:** Will Owen <wowen@mmbglaw.com>; Le'Ron Byrd <lbyrd@grsm.com>; 'Jennifer A. Welch' <JWelch@cshlaw.com>
**Cc:** Sabrina Rockwell <srockwell@grsm.com>; Brandi Davis <bldavis@grsm.com>
**Subject:** RE: Estate of Smith v. Lamb, et al. | Defendants' Responses to Plaintiff's First Set of Discovery Requests

Good morning Will – I will provide the PO later today.

Please allow me some additional time this week to discuss the discovery with my client. I propose September 13th as an updated timeframe, but will let you know if that changes as we work on details on our end.

**From:** Will Owen <wowen@mmbglaw.com>
**Sent:** Friday, August 9, 2024 11:37 AM
**To:** Megan Stacy <mstacy@grsm.com>; Le'Ron Byrd <lbyrd@grsm.com>; 'Jennifer A. Welch' <JWelch@cshlaw.com>
**Cc:** Sabrina Rockwell <srockwell@grsm.com>; Brandi Davis <bldavis@grsm.com>
**Subject:** Re: Estate of Smith v. Lamb, et al. | Defendants' Responses to Plaintiff's First Set of Discovery Requests

Hello Megan:

Please send me the proposed PO. We also need a timeframe as to when we can expect to receive updated responses to our discovery request.

Please note that this matter will most likely appear on the next administrative calendar in late November. We plan to ask the Court for a Spring 2025 trial setting. We need to keep this moving along.

Thanks,

Will

**J. William Owen**

Musselwhite, Musselwhite, Branch & Grantham, P.A.

T: +1 910 738 5277 | F: +1 910 738 3678

**From:** Will Owen <wowen@mmbglaw.com>
**Sent:** Wednesday, August 7, 2024 1:12:45 PM
**To:** Megan Stacy <mstacy@grsm.com>; Le'Ron Byrd <lbyrd@grsm.com>;
'Jennifer A. Welch' <JWelch@cshlaw.com>
**Cc:** Sabrina Rockwell <srockwell@grsm.com>; Brandi Davis
<bldavis@grsm.com>
**Subject:** RE: Estate of Smith v. Lamb, et al. | Defendants' Responses to Plaintiff's
First Set of Discovery Requests

Megan:

Thank you for your call.

As discussed, I have attached an exemplar Stipulated Sharing
Protective Order that was recently entered in Robeson County. I will
agree to the entry of a Protective Order as long as it contains a
reasonable sharing provision. I should be able to get this approved in
chambers without the need for a formal hearing if we can agree.

As for the past due discovery responses, I understand that there was a
lot of information requested, however many of the boilerplate
objections were improper and need to be expeditiously withdrawn. We
have waited patiently for over 60 days and we were extremely
disappointed in the limited and evasive responses that we received.
We need real and substantive responses to our discovery request if
you want to avoid the potential waiver arguments that we presented in
my letter dated August 6, 2024. Of course, it is our hope that you will
produce clearly discoverable and relevant information without the need
for a motion to compel.

I do however reserve the right to seek relief from the Court to address
the potential waiver and admission issues if the improper objections,
discovery abuse and obstruction continues in the future. I look forward
to continuing to work with you on this incredibly tragic case.

Will

## J. William Owen

Musselwhite, Musselwhite, Branch & Grantham, P.A.

T: +1 910 738 5277 | F: +1 910 738 3678

IMPORTANT: This e-mail message is intended solely for the individual or individuals to whom it is addressed. It
may contain confidential attorney-client privileged information and attorney work product. If the reader of this
message is not the intended recipient, you are requested not to read, copy or distribute it or any of the
information it contains. Please delete it immediately and notify us by return e-mail or by telephone at (910)
738-5277. Professional Responsibility Rule 4.2 Notice: Please be advised that the inclusion of any particular
person as a recipient of this email (and specifically the inclusion of any client of the Musselwhite, Musselwhite,

EXHIBIT 9 - Email Excerpts Estate of Smith 000014

from
outside
GRSM.

Le'Ron:

That may work - please send me the proposed PO with that distinction and I will review. Thanks.

Will

**J. William Owen**
Musselwhite, Musselwhite, Branch & Grantham, P.A.
T: +1 910 738 5277 | F: +1 910 738 3678

---

**From:** Le'Ron Byrd <lbyrd@grsm.com>
**Sent:** Friday, September 6, 2024 11:45:48 AM
**To:** Will Owen <wowen@mmbglaw.com>
**Cc:** Sabrina Rockwell <srockwell@grsm.com>; Brandi Davis <bldavis@grsm.com>; 'Jennifer A. Welch' <JWelch@cshlaw.com>; Megan Stacy <mstacy@grsm.com>
**Subject:** RE: Estate of Smith v. Lamb, et al. | Defendants' Responses to Plaintiff's First Set of Discovery Requests

Will:

I wanted to follow-up on the below discussion regarding the Protective Order ahead of our supplemental production of documents. We spoke with our folks regarding the sharing provision and wanted to borrow a page out of federal court protective orders as a compromise to the sharing provision—more specifically, the addition of "confidential" and "highly confidential." We'd propose that documents identified as "highly confidential" not be subject to a sharing provision. This will help address our client's concerns with the potential broad dissemination of highly sensitive documents to parties who have *nothing* to do this litigation. In addition, and for what it's worth, I can forecast to you that we don't imagine a plethora of documents will rise to this level of confidentiality. It is also not my practice to abuse the "highly confidential" designation. However, I think this would be useful and a healthy compromise to streamline getting a protective order entered in this matter.

To the extent you do not like this proposal, please let me know whether you have time to discuss via a conference call.

Regards,
Le'Ron

---

**LE'RON A. BYRD** | Associate

**GORDON REES SCULLY MANSUKHANI | GRSM50**
**YOUR 50 STATE LAW FIRM™**
**CELEBRATING 50 YEARS OF EXCELLENCE**

150 Fayetteville Street, Suite 1120
Raleigh, NC 27601
D: 984-242-1801 | C: 984-985-0816 | lbyrd@grsm.com

**Brandi Davis**

---

**From:** Le'Ron Byrd
**Sent:** Wednesday, October 30, 2024 2:20 PM
**To:** Will Owen
**Cc:** Sabrina Rockwell; Megan Stacy; Brandi Davis; 'Jennifer A. Welch'
**Subject:** RE: Estate of Smith v. XPO, et al. | Meet and Confer - Discovery

Will:

Thank you for your October 29, 2024 letter. As an initial matter, your letter demands our supplementation by November 1, 2024 which ignores our good faith request for additional clarification regarding issues outlined in our letter. Given that we have not placed an arbitrary deadline on you all requesting supplementation of Plaintiff's discovery—and you have not provided your own response or supplementation—we respectfully request an extension with respect to our own. Again, and as suggested in our letter, if you would like to have a conference call to discuss anything, I can provide potential dates and times regarding our availability to discuss this all efficiently. With respect to the entire tower of coverage for XPO, we have not seen anything to date to suggest that any other policies would be triggered by this claim. However, we make no representations concerning coverage. Can you please shed some more light on your request re: the entire tower of coverage? Is there a certain monetary threshold? The burden of putting this all together will take some time to organize with our folks.

Regards,
Le'Ron

---

**LE'RON A. BYRD** | Associate

**GORDON REES SCULLY MANSUKHANI | GRSM50**
**YOUR 50 STATE LAW FIRM™**

150 Fayetteville Street, Suite 1120, Raleigh, NC 27601
D: 984.242.1801 | M: 984.985.0816
lbyrd@grsm.com

grsm.com
vCard | Bio

> **From:** Will Owen <wowen@mmbglaw.com>
> **Sent:** Tuesday, October 29, 2024 8:54 AM
> **To:** Le'Ron Byrd <lbyrd@grsm.com>
> **Cc:** Sabrina Rockwell <srockwell@grsm.com>; Megan Stacy <mstacy@grsm.com>; Brandi Davis
> <bldavis@grsm.com>; 'Jennifer A. Welch' <JWelch@cshlaw.com>
> **Subject:** RE: Estate of Smith v. XPO, et al. | Meet and Confer - Discovery

**External Email: STOP! LOOK! THINK!**

# Brandi Davis

| | |
|---|---|
| **From:** | Le'Ron Byrd |
| **Sent:** | Monday, December 2, 2024 3:44 PM |
| **To:** | Will Owen; Jennifer A. Welch |
| **Cc:** | Megan Stacy; Brandi Davis; Sabrina Rockwell; Taylor Bolebruch; Stacy Frazier |
| **Subject:** | Estate of Smith v. XPO, et al. | Discovery and Requests for Monetary Statement for Relief |
| **Attachments:** | Ltr to Le'Ron Byrd Re Discovery 11.1.24 (Smith v. XPO).pdf; 2024-12-02 XPO SUPPLEMENTAL RESPONSE TO MONETARY STATEMENT FOR RELIEF.pdf; 2024-12-02 XPO REQUEST FOR MONETARY STATEMENT FOR RELIEF.pdf |

Will:

Thank you again for reporting back re: the trial date in May 2025 this morning.

Also, thank you for making the time this afternoon to discuss your November 1, 2024 letter. Please note that we're still working on our written responses to each of the requests identified in the attached. Most of the delay is on my end due to being sick the past two weeks. In any event, and with respect to your November 1, 2024 letter, the additional clarification and scope limitations of several requests were appreciated. In the meantime, and in an effort to keep things moving along, please find the attached Defendant XPO's Request for Monetary Relief and Defendant XPO's Supplemental Response to Plaintiff's Request for Monetary Relief. As for our supplemental written responses, we would request until the end of this week to provide XPO's Third Supplemental Responses to Plaintiff's First Set of Discovery Requests (i.e., RFPs and ROGs).

Regards,
Le'Ron

Case 7:25-cv-01545-D-BM     Document 30-9     Filed 11/24/25     Page 18 of 48
EXHIBIT 9 - Email Excerpts Bates number 000017

**Brandi Davis**

| | |
|---|---|
| **From:** | Le'Ron Byrd |
| **Sent:** | Monday, December 2, 2024 12:37 PM |
| **To:** | Will Owen |
| **Cc:** | Megan Stacy; Brandi Davis; Jennifer A. Welch |
| **Subject:** | RE: Estate of Smith v. XPO, et al. | Proposed Trial Date |

Thanks, Will.

Regards,
Le'Ron

---

**From:** Will Owen <wowen@mmbglaw.com>
**Sent:** Monday, December 2, 2024 12:10 PM
**To:** Le'Ron Byrd <lbyrd@grsm.com>
**Cc:** Megan Stacy <mstacy@grsm.com>; Brandi Davis <bldavis@grsm.com>; Jennifer A. Welch <JWelch@cshlaw.com>
**Subject:** Re: Estate of Smith v. XPO, et al. | Proposed Trial Date

---

**External Email: STOP! LOOK! THINK! before you engage.**

This message came from outside GRSM.

---

Thanks Le'Ron. This matter has been set for the May 12, 2025 trial setting.

**J. William Owen**
Musselwhite, Musselwhite, Branch & Grantham, P.A.
T: +1 910 738 5277 | F: +1 910 738 3678

---

**From:** Le'Ron Byrd <lbyrd@grsm.com>
**Sent:** Monday, December 2, 2024 9:44:53 AM
**To:** Will Owen <wowen@mmbglaw.com>
**Cc:** Megan Stacy <mstacy@grsm.com>; Brandi Davis <bldavis@grsm.com>; Jennifer A. Welch <JWelch@cshlaw.com>
**Subject:** RE: Estate of Smith v. XPO, et al. | Proposed Trial Date

Will:

Thank you for the heads up. We do not oppose the **May 12, 2025** date.

Regards,
Le'Ron

---

**From:** Will Owen <wowen@mmbglaw.com>
**Sent:** Thursday, November 21, 2024 2:57 PM
**To:** Le'Ron Byrd <lbyrd@grsm.com>

**Cc:** Sabrina Rockwell <srockwell@grsm.com>; Megan Stacy <mstacy@grsm.com>; Brandi Davis <bldavis@grsm.com>; 'Jennifer A. Welch' <JWelch@cshlaw.com>
**Subject:** RE: Estate of Smith v. XPO, et al. | Proposed Trial Date

Le'Ron:

This matter appears as #218 on the upcoming Administrative Calendar in Robeson County Superior Court (see attached) which will take place on December 2, 2024 at 10am.

The potential Spring sessions are Jan 13, Feb 10, March 17, April 14 and May 12. I will be present and plan to request the **May 12, 2025** setting for this case. Thanks.

Will

### J. William Owen

Musselwhite, Musselwhite, Branch & Grantham, P.A.
T: +1 910 738 5277 | F: +1 910 738 3678

---

**From:** Le'Ron Byrd <lbyrd@grsm.com>
**Sent:** Friday, November 01, 2024 2:59 PM
**To:** Will Owen <wowen@mmbglaw.com>
**Cc:** Sabrina Rockwell <srockwell@grsm.com>; Megan Stacy <mstacy@grsm.com>; Brandi Davis <bldavis@grsm.com>; 'Jennifer A. Welch' <JWelch@cshlaw.com>
**Subject:** RE: Estate of Smith v. XPO, et al. | Meet and Confer - Discovery

Thanks, Will. This is super helpful. We'll try to get responses and documents back to you before the proposed response deadline.

Regards,
Le'Ron

---

**LE'RON A. BYRD** | Associate

**GORDON REES SCULLY MANSUKHANI | GRSM50**
**YOUR 50 STATE LAW FIRM™**

150 Fayetteville Street, Suite 1120, Raleigh, NC 27601
D: 984.242.1801 | M: 984.985.0816
lbyrd@grsm.com

grsm.com
vCard | Bio

> **From:** Will Owen <wowen@mmbglaw.com>
> **Sent:** Friday, November 1, 2024 11:39 AM
> **To:** Le'Ron Byrd <lbyrd@grsm.com>
> **Cc:** Sabrina Rockwell <srockwell@grsm.com>; Megan Stacy <mstacy@grsm.com>; Brandi Davis <bldavis@grsm.com>; 'Jennifer A. Welch' <JWelch@cshlaw.com>
> **Subject:** RE: Estate of Smith v. XPO, et al. | Meet and Confer - Discovery
>
> Le'Ron:
>
> I enjoyed chatting with you on Wednesday. Please see attached correspondence. Thanks.

**Brandi Davis**

| | |
|---|---|
| **From:** | Le'Ron Byrd |
| **Sent:** | Tuesday, December 10, 2024 4:47 PM |
| **To:** | Will Owen; Jennifer A. Welch |
| **Cc:** | Brandi Davis; Megan Stacy |
| **Subject:** | RE: Estate of Smith v. XPO, et al. | Discovery and Requests for Monetary Statement for Relief |

Will:

I'm still working on finalizing these responses with our client. I need their responses on a few of the Interrogatories we discussed, not many. I'm also waiting for additional files/documentation in response to the RFPs. Given that, I'm hoping to get these to you tomorrow. Again, we apologize for the additional delay. We're working hard to get these to you as soon as possible especially in light of our recent discussion to wrap up discovery.

In the meantime, do you have any updates on supplementation of Plaintiff's responses to Defendant's First Set of Discovery Requests? The last time we spoke regarding out letter, you mentioned there being a small set of documents that would be responsive for you all to produce.

Regards,
Le'Ron

> **From:** Will Owen <wowen@mmbglaw.com>
> **Sent:** Friday, December 6, 2024 10:59 AM
> **To:** Le'Ron Byrd <lbyrd@grsm.com>; Jennifer A. Welch <JWelch@cshlaw.com>
> **Cc:** Brandi Davis <bldavis@grsm.com>; Megan Stacy <mstacy@grsm.com>
> **Subject:** Re: Estate of Smith v. XPO, et al. | Discovery and Requests for Monetary Statement for Relief

**External Email: STOP! LOOK! THINK! before you engage.**
This message came from outside GRSM.

> That is fine - thanks!
>
> **J. William Owen**
> Musselwhite, Musselwhite, Branch & Grantham, P.A.
> T: +1 910 738 5277 | F: +1 910 738 3678

> **From:** Le'Ron Byrd <lbyrd@grsm.com>
> **Sent:** Friday, December 6, 2024 10:56:46 AM
> **To:** Will Owen <wowen@mmbglaw.com>; Jennifer A. Welch <JWelch@cshlaw.com>
> **Cc:** Brandi Davis <bldavis@grsm.com>; Megan Stacy <mstacy@grsm.com>
> **Subject:** RE: Estate of Smith v. XPO, et al. | Discovery and Requests for Monetary Statement for Relief

> Will:

Thank you again for allowing us the extension. I just called and spoke with your assistant, and she encouraged me to send an email. By way of status update, and as discussed during our last conversation, I've been out of town (and still am) handling two separate matters on the West Coast. Given my schedule, Megan graciously agreed to step in to handle a large bulk of finalizing our written supplemental written responses and production. However, just a couple hours ago, I learned that Megan was hospitalized earlier this week. I do not know her status and to what extent she might be on a recovery track. That said, and to say the least, I have my work cut out for the weekend when I return tomorrow afternoon. That said, I would like to request an additional and very limited extension of time until **Tuesday, December 10, 2024 at 5pm EST**. This will give me the weekend and Monday to sort everything out.

Regards,
Le'Ron

**From:** Will Owen <wowen@mmbglaw.com>
**Sent:** Monday, December 2, 2024 4:21 PM
**To:** Le'Ron Byrd <lbyrd@grsm.com>; Jennifer A. Welch <JWelch@cshlaw.com>
**Cc:** Megan Stacy <mstacy@grsm.com>; Brandi Davis <bldavis@grsm.com>; Sabrina Rockwell <srockwell@grsm.com>; Taylor Bolebruch <tbolebruch@cshlaw.com>; Stacy Frazier <sfrazier@cshlaw.com>
**Subject:** RE: Estate of Smith v. XPO, et al. | Discovery and Requests for Monetary Statement for Relief
**Importance:** High

Le'Ron:

Thanks for the update and for calling me to discuss.

I agree to extend the deadline for the third supplemental responses to **Friday December 6 , 2024 by 5pm EST.** These responses will be in response to my letter dated November 1, 2024.

We also look forward to receiving the responses to Plaintiff's Second Request for Production of Documents directed to Defendant XPO Logistics Freight, Inc. which deals primarily with telematics. Those responses are due on or before 12/23/24. As discussed, we really need to finalize written discovery ASAP so that we can get depositions scheduled, especially in light of the May 12, 2024 trial setting.

Will

**J. William Owen**
Musselwhite, Musselwhite, Branch & Grantham, P.A.
T: +1 910 738 5277 | F: +1 910 738 3678

**From:** Le'Ron Byrd <lbyrd@grsm.com>
**Sent:** Monday, December 02, 2024 3:44 PM
**To:** Will Owen <wowen@mmbglaw.com>; Jennifer A. Welch <JWelch@cshlaw.com>
**Cc:** Megan Stacy <mstacy@grsm.com>; Brandi Davis <bldavis@grsm.com>; Sabrina Rockwell <srockwell@grsm.com>; Taylor Bolebruch <tbolebruch@cshlaw.com>; Stacy Frazier <sfrazier@cshlaw.com>
**Subject:** Estate of Smith v. XPO, et al. | Discovery and Requests for Monetary Statement for Relief

Will:

Thank you again for reporting back re: the trial date in May 2025 this morning.

Also, thank you for making the time this afternoon to discuss your November 1, 2024 letter. Please note that we're still working on our written responses to each of the requests identified in the attached. Most of the delay is on my end due to being sick the past two weeks. In any event, and with respect to your November 1, 2024 letter, the additional clarification and scope limitations of several requests were appreciated. In the meantime, and in an effort to keep things moving along, please find the attached Defendant XPO's Request for Monetary Relief and Defendant XPO's Supplemental Response to Plaintiff's Request for Monetary Relief. As for our supplemental written responses, we would request until the end of this week to provide XPO's Third Supplemental Responses to Plaintiff's First Set of Discovery Requests (i.e., RFPs and ROGs).

Regards,
Le'Ron

---

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**
**http://www.grsm.com**

**Brandi Davis**

| | |
|---|---|
| **From:** | Le'Ron Byrd |
| **Sent:** | Tuesday, December 17, 2024 12:59 PM |
| **To:** | Jennifer A. Welch; Megan Stacy |
| **Cc:** | Will Owen |
| **Subject:** | RE: Estate of Smith v. XPO, et al. |

Thanks, Jennifer. No further inspections are needed on the vehicle on our end.

Regards,
Le'Ron

---

**From:** Jennifer A. Welch <JWelch@cshlaw.com>
**Sent:** Tuesday, December 17, 2024 9:24 AM
**To:** Le'Ron Byrd <lbyrd@grsm.com>; Megan Stacy <mstacy@grsm.com>
**Cc:** Will Owen <wowen@mmbglaw.com>
**Subject:** Estate of Smith v. XPO, et al.

> **External Email: STOP! LOOK! THINK! before you engage.**
> This message came from outside GRSM.

Le'Ron/Megan,

Good morning.  Westfield would like to release the salvage hold on the vehicle Mr. Smith was driving at the time of the accident.  Before I they do that, I wanted to confirm that you do not need any further inspections of the vehicle and that the vehicle can be released.  Please let me know as soon as possible.

Thanks very much.


**Jennifer A. Welch**
*Attorney at Law*


CRANFILL SUMNER LLP

**P** +1 9198638739 | **F** +1 9198633463
jwelch@cshlaw.com

**5440 Wade Park Blvd. Suite 300, Raleigh, NC 27607**
**Post Office Box 27808, Raleigh, NC 27611-7808**



WWW.CSHLAW.COM


**Confidentiality Notice:** If you are not the intended recipient of this message, you are not authorized to intercept, read, print, retain, copy, forward, or disseminate this communication, including any attachments. This communication may contain information that is proprietary, attorney/client privileged, attorney work product, confidential or otherwise legally exempt from disclosure. If you have received this message in error, please notify the sender immediately either by phone at +18008494444 or by return e-mail and destroy all copies of this message (electronic, paper, or otherwise).

# Brandi Davis

| | |
|---|---|
| **From:** | Le'Ron Byrd |
| **Sent:** | Tuesday, January 28, 2025 1:54 PM |
| **To:** | Will Owen; Megan Stacy |
| **Cc:** | Sabrina Rockwell; Brandi Davis; Jennifer A. Welch |
| **Subject:** | RE: Est. Mark Smith v. XPO Logistics Freight, Inc. et al. (24 CVS 468) - Depositions |

That sounds fine on our end. If you want to shoot some dates our way, we can look at scheduling.

Regards,
Le'Ron

---

**From:** Will Owen <wowen@mmbglaw.com>
**Sent:** Tuesday, January 28, 2025 11:40 AM
**To:** Le'Ron Byrd <lbyrd@grsm.com>; Megan Stacy <mstacy@grsm.com>
**Cc:** Sabrina Rockwell <srockwell@grsm.com>; Brandi Davis <bldavis@grsm.com>; Jennifer A. Welch
<JWelch@cshlaw.com>
**Subject:** RE: Est. Mark Smith v. XPO Logistics Freight, Inc. et al. (24 CVS 468) - Depositions

**External Email: STOP! LOOK! THINK! before you engage.**
This message came from outside GRSM.

Le'Ron:

I would like to schedule the videotaped depositions of several of the witnesses/bystanders and first responders. I am looking at the week of February 24th. I can host the depositions at my office in Lumberton. Let me know if you are available that week and I will get notices out right away.

**J. William Owen**
Musselwhite, Musselwhite, Branch & Grantham, P.A.
T: +1 910 738 5277 | F: +1 910 738 3678

---

**From:** Will Owen
**Sent:** Tuesday, January 21, 2025 1:57 PM
**To:** Le'Ron Byrd <lbyrd@grsm.com>; Megan Stacy <mstacy@grsm.com>
**Cc:** Sabrina Rockwell <srockwell@grsm.com>; Brandi Davis <bldavis@grsm.com>; Jennifer A. Welch
<JWelch@cshlaw.com>
**Subject:** Est. Mark Smith v. XPO Logistics Freight, Inc. et al. (24 CVS 468) - Order to Compel

Counsel:

Attached for service please find the following:

1. Order Granting Plaintiff's Motion to Compel Against Defendant XPO Logistics Freight, Inc.

**J. William Owen**
Musselwhite, Musselwhite, Branch & Grantham, P.A.

T: +1 910 738 5277 | F: +1 910 738 3678

EXHIBIT 9 - Email Excerpts Between Counsel 000025

# Brandi Davis

**From:** Le'Ron Byrd
**Sent:** Tuesday, January 28, 2025 1:54 PM
**To:** Will Owen; Megan Stacy
**Cc:** Sabrina Rockwell; Brandi Davis; Jennifer A. Welch
**Subject:** RE: Est. Mark Smith v. XPO Logistics Freight, Inc. et al. (24 CVS 468) - Depositions

That sounds fine on our end. If you want to shoot some dates our way, we can look at scheduling.

Regards,
Le'Ron

---

**From:** Will Owen <wowen@mmbglaw.com>
**Sent:** Tuesday, January 28, 2025 11:40 AM
**To:** Le'Ron Byrd <lbyrd@grsm.com>; Megan Stacy <mstacy@grsm.com>
**Cc:** Sabrina Rockwell <srockwell@grsm.com>; Brandi Davis <bldavis@grsm.com>; Jennifer A. Welch <JWelch@cshlaw.com>
**Subject:** RE: Est. Mark Smith v. XPO Logistics Freight, Inc. et al. (24 CVS 468) - Depositions

**External Email: STOP! LOOK! THINK! before you engage.**
This message came from outside GRSM.

Le'Ron:

I would like to schedule the videotaped depositions of several of the witnesses/bystanders and first responders. I am looking at the week of February 24th. I can host the depositions at my office in Lumberton. Let me know if you are available that week and I will get notices out right away.

**J. William Owen**
Musselwhite, Musselwhite, Branch & Grantham, P.A.
T: +1 910 738 5277 | F: +1 910 738 3678

---

**From:** Will Owen
**Sent:** Tuesday, January 21, 2025 1:57 PM
**To:** Le'Ron Byrd <lbyrd@grsm.com>; Megan Stacy <mstacy@grsm.com>
**Cc:** Sabrina Rockwell <srockwell@grsm.com>; Brandi Davis <bldavis@grsm.com>; Jennifer A. Welch <JWelch@cshlaw.com>
**Subject:** Est. Mark Smith v. XPO Logistics Freight, Inc. et al. (24 CVS 468) - Order to Compel

Counsel:

Attached for service please find the following:

1. Order Granting Plaintiff's Motion to Compel Against Defendant XPO Logistics Freight, Inc.

**J. William Owen**
Musselwhite, Musselwhite, Branch & Grantham, P.A.



from outside GRSM.

Megan—

I am planning to notice the video depositions of the three witnesses listed in Plaintiff's discovery responses who interacted with the Decedent prior to his death.

How is mid to late July for you? Thanks.

Will

**J. William Owen**
Musselwhite, Musselwhite, Branch & Grantham, P.A.
T: +1 910 738 5277 | F: +1 910 738 3678

---

**From:** Will Owen
**Sent:** Monday, June 10, 2024 3:40:30 PM
**To:** mstacy@grsm.com <mstacy@grsm.com>; lbyrd@grsm.com <lbyrd@grsm.com>
**Cc:** Jennifer A. Welch <JWelch@cshlaw.com>; Brandi Davis <bldavis@grsm.com>; Sabrina Rockwell <srockwell@grsm.com>; Taylor Bolebruch <tbolebruch@cshlaw.com>; Stacy Frazier <sfrazier@cshlaw.com>
**Subject:** RE: Estate of Mark K. Smith v. XPO Logistics Freight et al., 24 CVS 468 (Robeson County)

Counsel:

Attached for service via electronic mail please find the following:

1. Plaintiff's Responses to Defendant XPO Logistics Freight, Inc.'s First Set of Interrogatories to Plaintiff;
2. Plaintiff's Reponses to Defendant XPO Logistics Freight, Inc.'s First Request for Production of Documents to Plaintiff

The below ShareFile link contains responsive documents, data, photos and videos:

https://musselwhitelawfirm.sharefile.com/share/view/1c26edf39142468f

Regards,

**J. William Owen**
Musselwhite, Musselwhite, Branch & Grantham, P.A.
T: +1 910 738 5277 | F: +1 910 738 3678

**Brandi Davis**

| | |
|---|---|
| **From:** | Le'Ron Byrd |
| **Sent:** | Monday, July 8, 2024 11:39 AM |
| **To:** | 'Will Owen'; 'Jennifer A. Welch' |
| **Cc:** | 'Taylor Bolebruch'; 'Stacy Frazier'; Brandi Davis; Sabrina Rockwell |
| **Subject:** | RE: Estate of Mark K. Smith v. XPO Logistics Freight et al., 24 CVS 468 \| Statement of Monetary Relief |
| **Attachments:** | 2024-07-08 XPO RESPONSE TO MONETARY STATEMENT FOR RELIEF.pdf |

Counsel:

As forecasted, please find the attached.

Regards,
Le'Ron

---

**LE'RON A. BYRD** | Associate

**GORDON REES SCULLY MANSUKHANI | GRSM50**
**YOUR 50 STATE LAW FIRM™**
**CELEBRATING 50 YEARS OF EXCELLENCE**

150 Fayetteville Street, Suite 1120
Raleigh, NC 27601
D: 984-242-1801 | C: 984-985-0816 | lbyrd@grsm.com

www.grsm.com
vCard | Bio

> **From:** Le'Ron Byrd
> **Sent:** Monday, July 8, 2024 10:41 AM
> **To:** Will Owen <wowen@mmbglaw.com>; Jennifer A. Welch <JWelch@cshlaw.com>
> **Cc:** Taylor Bolebruch <tbolebruch@cshlaw.com>; Stacy Frazier <sfrazier@cshlaw.com>; Brandi Davis <bldavis@grsm.com>; Sabrina Rockwell <srockwell@grsm.com>
> **Subject:** RE: Estate of Mark K. Smith v. XPO Logistics Freight et al., 24 CVS 468 | Statement of Monetary Relief
>
> Absolutely. I'll circulate our response before the end of today. Again, thank you for your patience.
>
> Regards,
> Le'Ron

---

> **LE'RON A. BYRD** | Associate
>
> **GORDON REES SCULLY MANSUKHANI | GRSM50**
> **YOUR 50 STATE LAW FIRM™**
> **CELEBRATING 50 YEARS OF EXCELLENCE**
>
> 150 Fayetteville Street, Suite 1120

Raleigh, NC 27601
D: 984-242-1801 | C: 984-985-0816 | lbyrd@grsm.com

www.grsm.com
vCard | Bio

**From:** Will Owen <wowen@mmbglaw.com>
**Sent:** Monday, July 8, 2024 10:39 AM
**To:** Le'Ron Byrd <lbyrd@grsm.com>; Jennifer A. Welch <JWelch@cshlaw.com>
**Cc:** Taylor Bolebruch <tbolebruch@cshlaw.com>; Stacy Frazier <sfrazier@cshlaw.com>; Brandi Davis <bldavis@grsm.com>; Sabrina Rockwell <srockwell@grsm.com>
**Subject:** RE: Estate of Mark K. Smith v. XPO Logistics Freight et al., 24 CVS 468 | Statement of Monetary Relief

**External Email: STOP! LOOK! THINK! before you engage.**

This message came from outside GRSM.

Le'Ron:

Thanks for the update. Can you have a response by 5pm EST on July 12, 2024?

**J. William Owen**
Musselwhite, Musselwhite, Branch & Grantham, P.A.
T: +1 910 738 5277 | F: +1 910 738 3678

---

**From:** Le'Ron Byrd <lbyrd@grsm.com>
**Sent:** Monday, July 08, 2024 10:13 AM
**To:** Jennifer A. Welch <JWelch@cshlaw.com>
**Cc:** Will Owen <wowen@mmbglaw.com>; Taylor Bolebruch <tbolebruch@cshlaw.com>; Stacy Frazier <sfrazier@cshlaw.com>; Brandi Davis <bldavis@grsm.com>; Sabrina Rockwell <srockwell@grsm.com>
**Subject:** Estate of Mark K. Smith v. XPO Logistics Freight et al., 24 CVS 468 | Statement of Monetary Relief

Counsel:

I hope you enjoyed your holiday weekend. I just wanted to send an email notifying you that we are aware that we owe a response to Plaintiff-Counterclaim Defendant's request for a written statement of monetary relief pursuant to Rule 8(a)(2) of the North Carolina Rules of Civil Procedure. We're currently

EXHIBIT 9 Email Excerpts Bates No. 0000029

working with our folks to get that over to you as soon as possible. In the meantime, please know that we appreciate your patience in allowing us to get back to you.

Warm regards,
Le'Ron

---

**LE'RON A. BYRD** | Associate

**GORDON REES SCULLY MANSUKHANI | GRSM50**
**YOUR 50 STATE LAW FIRM™**
**CELEBRATING 50 YEARS OF EXCELLENCE**

150 Fayetteville Street, Suite 1120
Raleigh, NC 27601
D: 984-242-1801 | C: 984-985-0816 | lbyrd@grsm.com

www.grsm.com
vCard | Bio

---

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**
http://www.grsm.com

# Brandi Davis

| | |
|---|---|
| **From:** | Le'Ron Byrd |
| **Sent:** | Monday, July 8, 2024 10:41 AM |
| **To:** | Will Owen; Jennifer A. Welch |
| **Cc:** | Taylor Bolebruch; Stacy Frazier; Brandi Davis; Sabrina Rockwell |
| **Subject:** | RE: Estate of Mark K. Smith v. XPO Logistics Freight et al., 24 CVS 468 | Statement of Monetary Relief |

Absolutely. I'll circulate our response before the end of today. Again, thank you for your patience.

Regards,
Le'Ron

---

**LE'RON A. BYRD** | Associate

**GORDON REES SCULLY MANSUKHANI | GRSM50**
**YOUR 50 STATE LAW FIRM™**
**CELEBRATING 50 YEARS OF EXCELLENCE**

150 Fayetteville Street, Suite 1120
Raleigh, NC 27601
D: 984-242-1801 | C: 984-985-0816 | lbyrd@grsm.com

www.grsm.com
vCard | Bio

> **From:** Will Owen <wowen@mmbglaw.com>
> **Sent:** Monday, July 8, 2024 10:39 AM
> **To:** Le'Ron Byrd <lbyrd@grsm.com>; Jennifer A. Welch <JWelch@cshlaw.com>
> **Cc:** Taylor Bolebruch <tbolebruch@cshlaw.com>; Stacy Frazier <sfrazier@cshlaw.com>; Brandi Davis
> <bldavis@grsm.com>; Sabrina Rockwell <srockwell@grsm.com>
> **Subject:** RE: Estate of Mark K. Smith v. XPO Logistics Freight et al., 24 CVS 468 | Statement of Monetary Relief

> **External Email: STOP! LOOK! THINK! before you engage.**
> This message came from outside GRSM.

> Le'Ron:

Thanks for the update. Can you have a response by 5pm EST on July 12, 2024?

**J. William Owen**
Musselwhite, Musselwhite, Branch & Grantham, P.A.
T: +1 910 738 5277 | F: +1 910 738 3678

---

**From:** Le'Ron Byrd <lbyrd@grsm.com>
**Sent:** Monday, July 08, 2024 10:13 AM
**To:** Jennifer A. Welch <JWelch@cshlaw.com>
**Cc:** Will Owen <wowen@mmbglaw.com>; Taylor Bolebruch <tbolebruch@cshlaw.com>; Stacy Frazier <sfrazier@cshlaw.com>; Brandi Davis <bldavis@grsm.com>; Sabrina Rockwell <srockwell@grsm.com>
**Subject:** Estate of Mark K. Smith v. XPO Logistics Freight et al., 24 CVS 468 | Statement of Monetary Relief

Counsel:

I hope you enjoyed your holiday weekend. I just wanted to send an email notifying you that we are aware that we owe a response to Plaintiff-Counterclaim Defendant's request for a written statement of monetary relief pursuant to Rule 8(a)(2) of the North Carolina Rules of Civil Procedure. We're currently working with our folks to get that over to you as soon as possible. In the meantime, please know that we appreciate your patience in allowing us to get back to you.

Warm regards,
Le'Ron

---

**LE'RON A. BYRD** | Associate

**GORDON REES SCULLY MANSUKHANI | GRSM50**
**YOUR 50 STATE LAW FIRM™**
**CELEBRATING 50 YEARS OF EXCELLENCE**

150 Fayetteville Street, Suite 1120
Raleigh, NC 27601
D: 984-242-1801 | C: 984-985-0816 | lbyrd@grsm.com

www.grsm.com
vCard | Bio

---

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**

**YOUR 50 STATE LAW FIRM™**
http://www.grsm.com

EXHIBIT 9 - 2021 Email Excerpts Bergen Case 000033

3

# Brandi Davis

| | |
|---|---|
| **From:** | Le'Ron Byrd |
| **Sent:** | Monday, July 8, 2024 10:13 AM |
| **To:** | Jennifer A. Welch |
| **Cc:** | Will Owen; Taylor Bolebruch; Stacy Frazier; Brandi Davis; Sabrina Rockwell |
| **Subject:** | Estate of Mark K. Smith v. XPO Logistics Freight et al., 24 CVS 468 \| Statement of Monetary Relief |

Counsel:

I hope you enjoyed your holiday weekend. I just wanted to send an email notifying you that we are aware that we owe a response to Plaintiff-Counterclaim Defendant's request for a written statement of monetary relief pursuant to Rule 8(a)(2) of the North Carolina Rules of Civil Procedure. We're currently working with our folks to get that over to you as soon as possible. In the meantime, please know that we appreciate your patience in allowing us to get back to you.

Warm regards,
Le'Ron

---

**LE'RON A. BYRD**  |  Associate

**GORDON REES SCULLY MANSUKHANI | GRSM50**
**YOUR 50 STATE LAW FIRM™**
**CELEBRATING 50 YEARS OF EXCELLENCE**

150 Fayetteville Street, Suite 1120
Raleigh, NC 27601
D: 984-242-1801  |  C: 984-985-0816  |  lbyrd@grsm.com

www.grsm.com
vCard  |  Bio

**Brandi Davis**

---

| | |
|---|---|
| **From:** | Le'Ron Byrd |
| **Sent:** | Thursday, July 25, 2024 11:01 AM |
| **To:** | Jennifer A. Welch; Will Owen |
| **Cc:** | Megan Stacy; Brandi Davis; Sabrina Rockwell |
| **Subject:** | RE: Estate of Smith v Lamb - Robeson County - Case No. 24-CVS-465 |

Thanks, Will. The first two weeks of August are pretty busy for me at the moment. Given that, and as for August, I'd steer any potential depositions towards the week of August 19th and August 26th. The only day I'm unavailable is August 20th. As for September, I'm not available September 5th and September 12th.

I'll get back to you on your other inquiry.

Regards,
Le'Ron

---

**LE'RON A. BYRD** | Associate

**GORDON REES SCULLY MANSUKHANI | GRSM50**
**YOUR 50 STATE LAW FIRM™**
**CELEBRATING 50 YEARS OF EXCELLENCE**

150 Fayetteville Street, Suite 1120
Raleigh, NC 27601
D: 984-242-1801 | C: 984-985-0816 | lbyrd@grsm.com

www.grsm.com
vCard | Bio

> **From:** Jennifer A. Welch <JWelch@cshlaw.com>
> **Sent:** Wednesday, July 24, 2024 7:07 PM
> **To:** Will Owen <wowen@mmbglaw.com>; Le'Ron Byrd <lbyrd@grsm.com>
> **Cc:** Megan Stacy <mstacy@grsm.com>; Brandi Davis <bldavis@grsm.com>; Sabrina Rockwell <srockwell@grsm.com>
> **Subject:** RE: Estate of Smith v Lamb - Robeson County - Case No. 24-CVS-465

> **External Email: STOP! LOOK! THINK! before you engage.**
>
> This message came



from outside GRSM.

Hi all – Copying my assistant, Stacy, regarding scheduling of the depositions.  Thanks.

**Jennifer A. Welch**
*Attorney at Law*

 CRANFILL SUMNER LLP

**P** +1 9198638739 | **F** +1 9198633463
jwelch@cshlaw.com

**5420 Wade Park Blvd. Suite 300, Raleigh, NC 27607**
**Post Office Box 27808, Raleigh, NC 27611-7808**



WWW.CSHLAW.COM

---

**From:** Will Owen <wowen@mmbglaw.com>
**Sent:** Wednesday, July 24, 2024 3:58 PM
**To:** Le'Ron Byrd <lbyrd@grsm.com>
**Cc:** Megan Stacy <mstacy@grsm.com>; Brandi Davis <bldavis@grsm.com>; Sabrina Rockwell <srockwell@grsm.com>; Jennifer A. Welch <JWelch@cshlaw.com>
**Subject:** Estate of Smith v Lamb - Robeson County - Case No. 24-CVS-465

**External sender** - Questions or concerns? Ctrl+Alt+F to forward as attachment to helpdesk@cshlaw.com

Le'Ron:

I hope your summer is going well. A few follow up questions below:

(1) Did you receive an Order extending the time to respond to the discovery served on <u>Defendant XPO</u>? You only sent the Order for Defendant Lamb. If so, please send me a copy.

(2) When can we expect a supplemental response to our Request for Monetary Relief Sought?

(3) I would like to depose the three eyewitnesses who observed and interacted with Plaintiff's decedent following the collision. I would like to have these completed by the end of August/early September. We can hold these depositions at my office in Lumberton at a mutually agreeable time. Let me know if there are specific dates that do not work for your schedule.

Thanks.

Will

**J. William Owen**
Musselwhite, Musselwhite, Branch & Grantham, P.A.
T: +1 910 738 5277 | F: +1 910 738 3678

**Brandi Davis**

---

**From:** Megan Stacy
**Sent:** Wednesday, February 19, 2025 10:56 AM
**To:** Will Owen
**Cc:** Austin Kessler; Devin Honbarger; Brandi Davis
**Subject:** Re: Smith v. XPO, et. al.

Thanks Will - Wednesday or Thursday of next week work best for me. I'll be in depositions on Monday and Tuesday, but can be available in the late afternoon on those days.

**Megan M. Stacy**
Partner
M: 984.289.1405
mstacy@grsm.com
*Licensed in NC + SC*

GORDON REES SCULLY MANSUKHANI | GRSM50
YOUR 50 STATE LAW FIRM™

---

**From:** Will Owen <wowen@mmbglaw.com>
**Sent:** Wednesday, February 19, 2025 10:29 AM
**To:** Megan Stacy <mstacy@grsm.com>; Brandi Davis <bldavis@grsm.com>
**Cc:** Austin Kessler <akessler@grsm.com>; Devin Honbarger <dhonbarger@grsm.com>
**Subject:** Re: Smith v. XPO, et. al.

**External Email: STOP! LOOK! THINK! before you engage.**
This message came from outside GRSM.

Thanks, Megan.

I am out of the office this week but when I return I would like for us to meet and confer on a deposition schedule for this case given the May 12th trial date. I also plan on asking for a peremptory setting.

We can mediate when we get closer to trial.

**J. William Owen**
Musselwhite, Musselwhite, Branch & Grantham, P.A.
T: +1 910 738 5277 | F: +1 910 738 3678

---

**From:** Megan Stacy <mstacy@grsm.com>
**Sent:** Wednesday, February 19, 2025 8:24:13 AM

**Brandi Davis**

| | |
|---|---|
| **From:** | Megan Stacy |
| **Sent:** | Thursday, February 20, 2025 11:46 PM |
| **To:** | Will Owen; Brandi Davis; Jennifer A. Welch |
| **Cc:** | Austin Kessler; Sabrina Rockwell |
| **Subject:** | Re: Estate of Smith v. Lamb, et al. - Subpoena - Robeson County District Attorney and Lumberton Rescue and EMS, Inc. |

Good evening Will: I am uploading XPO's supplemental responses and documents to a shared file and will have a link over to you shortly. I appreciate your patience as I troubleshoot.

**Megan M. Stacy**
Partner
M: 984.289.1405
mstacy@grsm.com
*Licensed in NC + SC*

GORDON REES SCULLY MANSUKHANI | GRSM50
YOUR 50 STATE LAW FIRM™

**From:** Megan Stacy <mstacy@grsm.com>
**Sent:** Friday, February 14, 2025 4:55 PM
**To:** Will Owen <wowen@mmbglaw.com>; Brandi Davis <bldavis@grsm.com>; Jennifer A. Welch <JWelch@cshlaw.com>
**Cc:** Austin Kessler <akessler@grsm.com>; Sabrina Rockwell <srockwell@grsm.com>
**Subject:** Re: Estate of Smith v. Lamb, et al. - Subpoena - Robeson County District Attorney and Lumberton Rescue and EMS, Inc.

Hi Will,

I am fully booked next week with depositions. Here is my availability over the next couple of weeks:

- Wednesday February 26-Friday February 28
- Tuesday March 4 - Friday March 7
- Tuesday March 11-Friday March 14
- Monday March 17-Friday March 21

Please let us know if there are any scheduling issues with the above dates and we can loop in Austin to coordinate with his availability as well.

Thank you!

**Megan M. Stacy**
Partner
M: 984.289.1405
mstacy@grsm.com
*Licensed in NC + SC*

EXHIBIT 9 - Email Excerpts Bates Number 000038

GORDON REES SCULLY MANSUKHANI | GRSM50
YOUR 50 STATE LAW FIRM™

---

**From:** Will Owen <wowen@mmbglaw.com>
**Sent:** Thursday, February 13, 2025 12:05 PM
**To:** Brandi Davis <bldavis@grsm.com>; Jennifer A. Welch <JWelch@cshlaw.com>
**Cc:** Megan Stacy <mstacy@grsm.com>; Austin Kessler <akessler@grsm.com>; Sabrina Rockwell <srockwell@grsm.com>
**Subject:** Re: Estate of Smith v. Lamb, et al. - Subpoena - Robeson County District Attorney and Lumberton Rescue and EMS, Inc.

**External Email: STOP! LOOK! THINK! before you engage.**
This message came from outside GRSM.

Brandi:

Following up on deposition availability. Thank you.

Will

---

**From:** Brandi Davis <bldavis@grsm.com>
**Date:** Wednesday, February 12, 2025 at 5:14 PM
**To:** Will Owen <wowen@mmbglaw.com>, Jennifer A. Welch <JWelch@cshlaw.com>
**Cc:** Megan Stacy <mstacy@grsm.com>, Austin Kessler <akessler@grsm.com>, Sabrina Rockwell <srockwell@grsm.com>
**Subject:** RE: Estate of Smith v. Lamb, et al. - Subpoena - Robeson County District Attorney and Lumberton Rescue and EMS, Inc.

We currently have depositions set in Wisconsin on the dates listed below.  I will follow up tomorrow with our availability.

Have a great evening.

---

**BRANDI L. DAVIS**
Paralegal

**GORDON REES SCULLY MANSUKHANI | GRSM50**
**YOUR 50 STATE LAW FIRM™**

150 Fayetteville Street, Suite 1120, Raleigh, NC 27601

bldavis@grsm.com

grsm.com
vCard

**From:** Will Owen <wowen@mmbglaw.com>
**Sent:** Wednesday, February 12, 2025 5:12 PM
**To:** Brandi Davis <bldavis@grsm.com>; Jennifer A. Welch <JWelch@cshlaw.com>
**Cc:** Megan Stacy <mstacy@grsm.com>; Austin Kessler <akessler@grsm.com>; Sabrina Rockwell
<srockwell@grsm.com>
**Subject:** Re: Estate of Smith v. Lamb, et al. - Subpoena - Robeson County District Attorney and Lumberton
Rescue and EMS, Inc.

Megan-

Are you available on 2/25 or 2/26 for depositions at my office?

I would like to move forward with several of the bystanders and the school bus driver to get us
started.

Let me know if you have a preference between those dates. Thanks.

Will

## J. William Owen

Musselwhite, Musselwhite, Branch & Grantham, P.A.
T: +1 910 738 5277 | F: +1 910 738 3678

---

**From:** Brandi Davis <bldavis@grsm.com>
**Sent:** Wednesday, February 12, 2025 5:06:03 PM
**To:** Will Owen <wowen@mmbglaw.com>; Jennifer A. Welch <JWelch@cshlaw.com>
**Cc:** Megan Stacy <mstacy@grsm.com>; Austin Kessler <akessler@grsm.com>; Sabrina Rockwell
<srockwell@grsm.com>
**Subject:** Estate of Smith v. Lamb, et al. - Subpoena - Robeson County District Attorney and Lumberton Rescue
and EMS, Inc.

Good evening,

Attached please find subpoenas to the Robeson County District Attorney and Lumberton Rescue and EMS,
Inc. that have been placed in today's U.S. Mail.

Thank you.

---

**BRANDI L. DAVIS**
Paralegal

**GORDON REES SCULLY MANSUKHANI | GRSM50**
**YOUR 50 STATE LAW FIRM™**

150 Fayetteville Street, Suite 1120, Raleigh, NC 27601

bldavis@grsm.com

grsm.com
vCard

**From:** Megan Stacy <mstacy@grsm.com>
**Sent:** Monday, November 6, 2023 3:45:03 PM
**To:** Will Owen <wowen@mmbglaw.com>; Le'Ron Byrd <lbyrd@grsm.com>
**Cc:** Brandi Davis <bldavis@grsm.com>; Sabrina Rockwell <srockwell@grsm.com>
**Subject:** RE: Est. of Mark Smith v. XPO Logistics Freight, Inc. Driver is William Lamb claim # C322617107-0002-01 - XPO 1328786

Will – Another note: Do you need to conduct any further inspections of XPO's tractor/trailer? My client is preparing to have both towed to their facility in Lumberton. It is my understanding that the tractor was not damaged and can be placed back in service. The trailer, however, will require repairs before it is back in service. Please let me know of any objections or concerns as soon as possible. Thank you.

**From:** Megan Stacy
**Sent:** Monday, November 6, 2023 3:12 PM
**To:** 'Will Owen' <wowen@mmbglaw.com>; Le'Ron Byrd <lbyrd@grsm.com>
**Cc:** Brandi Davis <bldavis@grsm.com>; Sabrina Rockwell <srockwell@grsm.com>
**Subject:** RE: Est. of Mark Smith v. XPO Logistics Freight, Inc. Driver is William Lamb claim # C322617107-0002-01 - XPO 1328786

Hi Will – I am checking with my client regarding your below request for dash cam footage and will report back.

I understand that you all have been unable to locate Mr. Smith's cell phone. Would you be willing to provide the carrier information and cell phone number? Have you all made any "find my phone" efforts to date? Are you able to access the account to determine a call/message history on the date of the incident? I do understand this is probably at the bottom of the family's to-do list at this time but I think some quid pro quo on this front would ensure my client is amenable to sharing the dash cam footage.

Thanks again.

**From:** Will Owen <wowen@mmbglaw.com>
**Sent:** Thursday, November 2, 2023 10:48 AM
**To:** Le'Ron Byrd <lbyrd@grsm.com>; Megan Stacy <mstacy@grsm.com>
**Cc:** Brandi Davis <bldavis@grsm.com>; Sabrina Rockwell <srockwell@grsm.com>
**Subject:** RE: Est. of Mark Smith v. XPO Logistics Freight, Inc. Driver is William Lamb claim # C322617107-0002-01 - XPO 1328786

Good Morning Le'Ron:

Will:

I wanted to follow-up on your email below re: exchanging the XPO download for your client's 2018 Silverado download. We agree to exchange downloads. I also asked our folks to come tomorrow with a copy of the download via USB. Let us know if you have a preferred method of sharing the 2018 Silverado's download (e.g., electronically, hard drive, USB, etc.).

Regards,
Le'Ron

---

**LE'RON A. BYRD** | Associate

**GORDON REES SCULLY MANSUKHANI / GRSM50**
**YOUR 50 STATE LAW FIRM™**

150 Fayetteville Street, Suite 1120
Raleigh, NC 27601
D: 984-242-1801 | C: 984-985-0816 | lbyrd@grsm.com

www.grsm.com
vCard | Bio

**From:** Will Owen <wowen@mmbglaw.com>
**Sent:** Tuesday, October 24, 2023 2:40 PM
**To:** Le'Ron Byrd <lbyrd@grsm.com>; Megan Stacy <mstacy@grsm.com>
**Cc:** Brandi Davis <bldavis@grsm.com>; Sabrina Rockwell
<srockwell@grsm.com>
**Subject:** RE: Est. of Mark Smith v. XPO Logistics Freight, Inc. Driver is
William Lamb claim # C322617107-0002-01 - XPO 1328786

Thanks Le'Ron.

Lets plan for a **10:00am** start time at Mitchell's towing in Rowland, NC on **November 1, 2023.**

I know Megan mentioned sharing the download from the XPO tractor with our experts, which is fine with me. That will save us time on 11/01. In exchange for the XPO download, we will share the data from our client's 2018 Silverado if you are agreeable.

Will

## J. William Owen

Musselwhite, Musselwhite, Branch & Grantham, P.A.

T: +1 910 738 5277 | F: +1 910 738 3678

<small>IMPORTANT: This e-mail message is intended solely for the individual or individuals to whom it is addressed. It may contain confidential attorney-client privileged information and attorney work product. If the reader of this message is not the intended recipient, you are requested not to read, copy or distribute it or any of the information it contains. Please delete it immediately and notify us by return e-mail or by telephone at (910) 738-5277. Professional Responsibility Rule 4.2 Notice: Please be advised that the inclusion of any particular person as a recipient of this email (and specifically the inclusion of any client of the Musselwhite, Musselwhite, Branch &</small>

This message came from outside GRSM.

Can you confirm that the XPO tractor and trailer are located at 703 Bertha Jones Road, Rowland NC?

It appears we are all set for 11/01 at 10am. Thanks.

**J. William Owen**
Musselwhite, Musselwhite, Branch & Grantham, P.A.
T: +1 910 738 5277 | F: +1 910 738 3678

---

**From:** Will Owen <wowen@mmbglaw.com>
**Sent:** Tuesday, October 24, 2023 2:39:37 PM
**To:** Le'Ron Byrd <lbyrd@grsm.com>; Megan Stacy <mstacy@grsm.com>
**Cc:** Brandi Davis <bldavis@grsm.com>; Sabrina Rockwell <srockwell@grsm.com>
**Subject:** RE: Est. of Mark Smith v. XPO Logistics Freight, Inc. Driver is William Lamb claim # C322617107-0002-01 - XPO 1328786

Thanks Le'Ron.

Lets plan for a **10:00am** start time at Mitchell's towing in Rowland, NC on **November 1, 2023.**

I know Megan mentioned sharing the download from the XPO tractor with our experts, which is fine with me. That will save us time on 11/01. In exchange for the XPO download, we will share the data from our client's 2018 Silverado if you are agreeable.

Will

**J. William Owen**
Musselwhite, Musselwhite, Branch & Grantham, P.A.

T: +1 910 738 5277 | F: +1 910 738 3678

IMPORTANT: This e-mail message is intended solely for the individual or individuals to whom it is addressed. It may contain confidential attorney-client privileged information and attorney work product. If the reader of this message is not the intended recipient, you are requested not to read, copy or distribute it or any of the information it contains.  Please delete it immediately and notify us by return e-mail or by telephone at (910) 738-5277. Professional Responsibility Rule 4.2 Notice: Please be advised that the inclusion of any particular person as a recipient of this email (and specifically the inclusion of any client of the Musselwhite, Musselwhite, Branch & Grantham law firm) does not constitute express or implied consent to opposing counsel to "Reply All" to this message or otherwise communicate with clients of the firm.

---

**From:** Le'Ron Byrd
**Sent:** Tuesday, October 24, 2023 2:33 PM
**To:** Will Owen; Megan Stacy
**Cc:** Brandi Davis; Sabrina Rockwell
**Subject:** Re: Est. of Mark Smith v. XPO Logistics Freight, Inc. Driver is William Lamb claim # C322617107-0002-01 - XPO 1328786

**Brandi Davis**

| | |
|---|---|
| **From:** | Megan Stacy |
| **Sent:** | Friday, December 6, 2024 3:34 PM |
| **To:** | Will Owen; Le'Ron Byrd; Jennifer A. Welch |
| **Cc:** | Brandi Davis |
| **Subject:** | Re: Estate of Smith v. XPO, et al. \| Discovery and Requests for Monetary Statement for Relief |

Good afternoon Will - I am working on these responses as Le'Ron was traveling for another matter this week. My six year old shared a stomach bug with me earlier this week, which led to severe hydration and ultimately my hospitalization on Wednesday. I am home now, catching up on all that i've missed, and finalizing these responses. I appreciate your patience as it may take me over the weekend to finalize and get these over to you. Apologies in advance for the delay.

**From:** Will Owen <wowen@mmbglaw.com>
**Sent:** Friday, December 6, 2024 10:59 AM
**To:** Le'Ron Byrd <lbyrd@grsm.com>; Jennifer A. Welch <JWelch@cshlaw.com>
**Cc:** Brandi Davis <bldavis@grsm.com>; Megan Stacy <mstacy@grsm.com>
**Subject:** Re: Estate of Smith v. XPO, et al. \| Discovery and Requests for Monetary Statement for Relief

**External Email: STOP! LOOK! THINK! before you engage.**
This message came from outside GRSM.

That is fine - thanks!

**J. William Owen**
Musselwhite, Musselwhite, Branch & Grantham, P.A.
T: +1 910 738 5277 | F: +1 910 738 3678

**From:** Le'Ron Byrd <lbyrd@grsm.com>
**Sent:** Friday, December 6, 2024 10:56:46 AM
**To:** Will Owen <wowen@mmbglaw.com>; Jennifer A. Welch <JWelch@cshlaw.com>
**Cc:** Brandi Davis <bldavis@grsm.com>; Megan Stacy <mstacy@grsm.com>
**Subject:** RE: Estate of Smith v. XPO, et al. \| Discovery and Requests for Monetary Statement for Relief

Will:

Thank you again for allowing us the extension. I just called and spoke with your assistant, and she encouraged me to send an email. By way of status update, and as discussed during our last conversation, I've been out of town (and still am) handling two separate matters on the West Coast. Given my schedule, Megan graciously agreed to step in to handle a large bulk of finalizing our written supplemental written responses and production. However, just a couple hours ago, I learned that Megan was hospitalized earlier this week. I do not know her status and to what extent she might be on a recovery track. That said, and to say the least, I have my work cut out for the weekend when I return tomorrow afternoon. That said, I would like to request an additional and very limited extension of time until **Tuesday, December 10, 2024 at 5pm EST**. This will give me the weekend and Monday to sort everything out.

Regards,
Le'Ron

---

**From:** Will Owen <wowen@mmbglaw.com>
**Sent:** Monday, December 2, 2024 4:21 PM
**To:** Le'Ron Byrd <lbyrd@grsm.com>; Jennifer A. Welch <JWelch@cshlaw.com>
**Cc:** Megan Stacy <mstacy@grsm.com>; Brandi Davis <bldavis@grsm.com>; Sabrina Rockwell <srockwell@grsm.com>; Taylor Bolebruch <tbolebruch@cshlaw.com>; Stacy Frazier <sfrazier@cshlaw.com>
**Subject:** RE: Estate of Smith v. XPO, et al. | Discovery and Requests for Monetary Statement for Relief
**Importance:** High

Le'Ron:

Thanks for the update and for calling me to discuss.

I agree to extend the deadline for the third supplemental responses to **Friday December 6 , 2024 by 5pm EST.** These responses will be in response to my letter dated November 1, 2024.

We also look forward to receiving the responses to Plaintiff's Second Request for Production of Documents directed to Defendant XPO Logistics Freight, Inc. which deals primarily with telematics. Those responses are due on or before 12/23/24. As discussed, we really need to finalize written discovery ASAP so that we can get depositions scheduled, especially in light of the May 12, 2024 trial setting.

Will

**J. William Owen**
Musselwhite, Musselwhite, Branch & Grantham, P.A.
T: +1 910 738 5277 | F: +1 910 738 3678

---

**From:** Le'Ron Byrd <lbyrd@grsm.com>
**Sent:** Monday, December 02, 2024 3:44 PM
**To:** Will Owen <wowen@mmbglaw.com>; Jennifer A. Welch <JWelch@cshlaw.com>
**Cc:** Megan Stacy <mstacy@grsm.com>; Brandi Davis <bldavis@grsm.com>; Sabrina Rockwell <srockwell@grsm.com>; Taylor Bolebruch <tbolebruch@cshlaw.com>; Stacy Frazier <sfrazier@cshlaw.com>
**Subject:** Estate of Smith v. XPO, et al. | Discovery and Requests for Monetary Statement for Relief

Will:

Thank you again for reporting back re: the trial date in May 2025 this morning.

Also, thank you for making the time this afternoon to discuss your November 1, 2024 letter. Please note that we're still working on our written responses to each of the requests identified in the attached. Most of the delay is on my end due to being sick the past two weeks. In any event, and with respect to your November 1, 2024 letter, the additional clarification and scope limitations of several requests were appreciated. In the meantime, and in an effort to keep things moving along, please find the attached Defendant XPO's Request for Monetary Relief and Defendant XPO's Supplemental Response to Plaintiff's Request for Monetary Relief. As for our supplemental written responses, we would request until the end of this week to provide XPO's Third Supplemental Responses to Plaintiff's First Set of Discovery Requests (i.e., RFPs and ROGs).

**Brandi Davis**

| | |
|---|---|
| **From:** | Megan Stacy |
| **Sent:** | Friday, February 14, 2025 4:55 PM |
| **To:** | Will Owen; Brandi Davis; Jennifer A. Welch |
| **Cc:** | Austin Kessler; Sabrina Rockwell |
| **Subject:** | Re: Estate of Smith v. Lamb, et al. - Subpoena - Robeson County District Attorney and Lumberton Rescue and EMS, Inc. |

Hi Will,

I am fully booked next week with depositions. Here is my availability over the next couple of weeks:

- Wednesday February 26-Friday February 28
- Tuesday March 4 - Friday March 7
- Tuesday March 11-Friday March 14
- Monday March 17-Friday March 21

Please let us know if there are any scheduling issues with the above dates and we can loop in Austin to coordinate with his availability as well.

Thank you!

**Megan M. Stacy**
Partner
M: 984.289.1405
mstacy@grsm.com
*Licensed in NC + SC*

GORDON REES SCULLY MANSUKHANI | GRSM50
YOUR 50 STATE LAW FIRM™

---

**From:** Will Owen <wowen@mmbglaw.com>
**Sent:** Thursday, February 13, 2025 12:05 PM
**To:** Brandi Davis <bldavis@grsm.com>; Jennifer A. Welch <JWelch@cshlaw.com>
**Cc:** Megan Stacy <mstacy@grsm.com>; Austin Kessler <akessler@grsm.com>; Sabrina Rockwell <srockwell@grsm.com>
**Subject:** Re: Estate of Smith v. Lamb, et al. - Subpoena - Robeson County District Attorney and Lumberton Rescue and EMS, Inc.

**External Email: STOP! LOOK! THINK! before you engage.**
This message came from outside GRSM.

Brandi:

Following up on deposition availability. Thank you.

Will

**From:** Brandi Davis <bldavis@grsm.com>
**Date:** Wednesday, February 12, 2025 at 5:14 PM
**To:** Will Owen <wowen@mmbglaw.com>, Jennifer A. Welch <JWelch@cshlaw.com>
**Cc:** Megan Stacy <mstacy@grsm.com>, Austin Kessler <akessler@grsm.com>, Sabrina Rockwell <srockwell@grsm.com>
**Subject:** RE: Estate of Smith v. Lamb, et al. - Subpoena - Robeson County District Attorney and Lumberton Rescue and EMS, Inc.

We currently have depositions set in Wisconsin on the dates listed below.  I will follow up tomorrow with our availability.

Have a great evening.

BRANDI L. DAVIS
Paralegal

GORDON REES SCULLY MANSUKHANI | GRSM50
YOUR 50 STATE LAW FIRM™

150 Fayetteville Street, Suite 1120, Raleigh, NC 27601

bldavis@grsm.com

grsm.com
vCard

> **From:** Will Owen <wowen@mmbglaw.com>
> **Sent:** Wednesday, February 12, 2025 5:12 PM
> **To:** Brandi Davis <bldavis@grsm.com>; Jennifer A. Welch <JWelch@cshlaw.com>
> **Cc:** Megan Stacy <mstacy@grsm.com>; Austin Kessler <akessler@grsm.com>; Sabrina Rockwell <srockwell@grsm.com>
> **Subject:** Re: Estate of Smith v. Lamb, et al. - Subpoena - Robeson County District Attorney and Lumberton Rescue and EMS, Inc.
>
> Megan-
>
> Are you available on 2/25 or 2/26 for depositions at my office?
>
> I would like to move forward with several of the bystanders and the school bus driver to get us started.
>
> Let me know if you have a preference between those dates. Thanks.
>
> Will
>
> **J. William Owen**
> Musselwhite, Musselwhite, Branch & Grantham, P.A.