# EXHIBIT 10

| STATE OF NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE |
| COUNTY OF ROBESON | SUPERIOR COURT DIVISION |
| | 24-CVS-468 |

CINDY SOLES SMITH, Administratrix of the ESTATE OF MARK KEANNAN SMITH,

        Plaintiff/Counterclaim-Defendant,

  v.

WILLIAM BRATTY LAMB,

        Defendant,

  and

XPO LOGISTICS FREIGHT, INC.

        Defendant/Counterclaim-Plaintiff.

**DEFENDANT XPO LOGISTICS FREIGHT, INC.'S SUPPLEMENTAL RESPONSE TO REQUEST FOR MONETARY RELIEF SOUGHT**

      Pursuant to Rule 8(a)(2) of the North Carolina Rules of Civil Procedure, Defendant/Counterclaim-Plaintiff XPO Logistics Freight, Inc., by and through counsel, provides this supplemental response to the request for a written statement of monetary relief from Plaintiff/Counterclaim-Defendant Cindy Soles Smith, Administratrix of the Estate of Mark Keannan Smith sought by the counterclaim asserted in the above-captioned case.

      Defendant/Counterclaim-Plaintiff seeks $3,373.58 in compensatory damages, exclusive of costs, interests, and attorneys' fees as permitted by law associated with its collection.

      Further, Defendant/Counterclaim-Plaintiff herein specifically incorporates by reference the right to amend this response in accordance with Rules 8(a)(2) and Rule 15 of the North Carolina Rules of Civil Procedure.

This the 2nd day of December, 2024.

           **Gordon Rees Scully Mansukhani, LLP**

By:  _____
Megan M. Stacy
North Carolina Bar No. 47108
Le'Ron A. Byrd
North Carolina Bar No. 55732
150 Fayetteville Street, Suite 1120
Raleigh, NC 27602
Phone: 919-787-4555
Fax: 919-741-5840
E-mail: mstacy@grsm.com
E-mail: lbyrd@grsm.com
*Counsel for Defendant XPO Logistics Freight, Inc. and William Lamb*

## CERTIFICATE OF SERVICE

This is to certify that I caused the foregoing **Supplemental Response to Plaintiff's Request for Monetary Relief** served upon all counsel of record by email pursuant to the North Carolina Rules of Civil Procedure addressed as follows:

J. William Owen
Musselwhite, Musselwhite, Branch & Grantham, P.A.
P.O. Box 1448
Lumberton, NC 28359
wowen@mmbglaw.com
*Counsel for Plaintiff Cindy Smith,*
*Administratrix of the Estate of Mark K. Smith*

Jennifer Welch
Cranfill Sumner
P.O. Box 27808
Raleigh, NC 27611-7808
jwelch@cshlaw.com
*Counsel for Counterclaim-Defendant Cindy Smith,*
*Administratrix of the Estate of Mark K. Smith*

This the 2nd day of December, 2024.

**Gordon Rees Scully Mansukhani, LLP**

By: _____
Le'Ron A. Byrd