# EXHIBIT 11

| STATE OF NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE |
| --- | --- |
| COUNTY OF ROBESON | SUPERIOR COURT DIVISION |
| | 24-CVS-468 |

| | |
| --- | --- |
| CINDY SOLES SMITH, Administratrix of the ESTATE OF MARK KEANNAN SMITH, | |
| Plaintiff/Counterclaim-Defendant, | |
| v. | **DEFENDANT XPO LOGISTICS FREIGHT, INC.'S REQUEST FOR STATEMENT OF MONETARY RELIEF SOUGHT TO PLAINTIFF** |
| XPO LOGISTICS FREIGHT, INC., | |
| Defendant, | |
| and | |
| XPO LOGISTICS FREIGHT, INC. | |
| Defendant/Counterclaim-Plaintiff. | |

Defendant XPO Logistics Freight, Inc., pursuant to Rule 8(a)(2) of the North Carolina Rules of Civil Procedure, requests that Plaintiff, through counsel of record, serve on the undersigned within thirty (30) days after receipt of this request, a written statement of the numerical dollar amount of monetary relief sought from Defendant XPO Logistics Freight, Inc.

This 8th day of September 2025.

                                                                                     **GORDON REES SCULLY MANSUKHANI LLP**

                                                     By:   */s/ Robert W. F. Beckman*

                                                                        Robert W. F. Beckmann
                                                                        N.C. State Bar No.: 63232
                                                                        Austin R. Kessler
                                                                        N.C. Bar No. 55732
                                                                        Devin Honbarger

1

N.C. Bar No. 59513
150 Fayetteville Street, Suite 1120
Raleigh, North Carolina 27601
Telephone: (919) 787-4555
Facsimile: (919) 741-5840
E-mail: rbeckmann@grsm.com
E-mail: akessler@grsm.cmom
Email: dhonbarger@grsm.com
***Counsel for Defendant XPO Logistics Freight, Inc.***

# **CERTIFICATE OF SERVICE**

This is to certify that I caused the foregoing **DEFENDANTS XPO LOGISTICS FREIGHT, INC. REQUEST FOR STATEMENT OF MONETARY RELIEF SOUGHT TO PLAINTIFF** served upon all counsel of record by email pursuant to the North Carolina Rules of Civil Procedure addressed as follows:

J. William Owen
Musselwhite, Musselwhite, Branch & Grantham, P.A.
P.O. Box 1448
Lumberton, NC 28359
wowen@mmbglaw.com
*Counsel for Plaintiff Cindy Smith,*
*Administratrix of the Estate of Mark K. Smith*

Jennifer Welch
Cranfill Sumner
P.O. Box 27808
Raleigh, NC 27611-7808
jwelch@cshlaw.com
*Counsel for Counterclaim-Defendant Cindy Smith,*
*Administratrix of the Estate of Mark K. Smith*

This the 8th day of September 2025.

**Gordon Rees Scully Mansukhani, LLP**

By: */s/ Robert W. F. Beckman*
_____
Robert W. F. Beckmann