# EXHIBIT 12

| | |
|---|---|
| STATE OF NORTH CAROLINA<br>COUNTY OF ROBESON | IN THE GENERAL COURT OF JUSTICE<br>SUPERIOR COURT DIVISION<br>24-CVS-468 |

| | |
|---|---|
| CINDY SOLES SMITH, Administratrix of the ESTATE OF MARK KEANNAN SMITH,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br> v.<br><br>XPO LOGISTICS FREIGHT, INC.,<br><br>    Defendant/Counterclaim-Plaintiff. | **DEFENDANT XPO LOGISTICS FREIGHT, INC.'S FIRST SET OF REQUESTS FOR ADMISSION TO PLAINTIFF** |

   Pursuant to Rules 26 and 36 of the North Carolina Rules of Civil Procedure, /Counterclaim-Plaintiff XPO Logistics Freight, Inc. ("XPO"), by and through counsel, serves the following requests for admission upon Plaintiff Cindy Soles Smith, Administratrix of the Estate of Mark Keannan Smith ("Plaintiff") and requests that Plaintiff serve written answers or objections, signed by the party or counsel, within 30 days.

## DEFINITIONS & INSTRUCTIONS

   1.  "You/Your" means Plaintiff, the personal representative, and their agents.

   2.  "This Action" means the lawsuit in the caption.

   3.  Timeframe. Unless stated otherwise, answer based on Your position as of the date Your responses are served.

   4.  "Seek/Seeking," "Seek." "Seek" (and its variants) means that after Reasonable Inquiry, You presently intend to ask the court or jury to award that category of damages at trial, and, where a dollar threshold is stated, You do not stipulate to any cap at or below that threshold. To be clear, all thresholds are exclusive of interest and costs.

5. "Cap." "Cap" means a binding, irrevocable stipulation filed in This Action that You will not request, collect, attempt to collect, or enforce any award or judgment over the stated dollar amount for compensatory or punitive damages, exclusive of interest and costs.

6. Answering despite unliquidated amounts. The fact that a precise figure may be determined by the fact-finder is not a basis to refuse to admit or deny. If You cannot state a sum, You must still admit or deny whether You intend to seek more than $X amount for that category. See N.C. R. Civ. P. 36(a).

7. Reasonable Inquiry & supplementation. "Reasonable inquiry" means an inquiry reasonable under the circumstances and includes conferring with beneficiaries and retained experts and reviewing invoices, records, and other information within Your possession, custody, or control, and information reasonably obtainable to You. If Your intent later changes, You will seasonably supplement under N.C. R. Civ. P. 26(e). No privileged communication is sought, and privilege is not a basis to refuse to admit or deny; assert any privilege as required by rule, accompanied by information sufficient to evaluate the claim without revealing privileged content.

8. Completeness & specificity. If denying or partially admitting, state the factual basis. A denial must fairly meet the substance; qualify only as needed and specify the admitted portion. If claiming lack of knowledge, affirm that You made a reasonable inquiry and that information known or readily obtainable is insufficient to admit/deny, and describe the inquiry undertaken. *See* N.C. R. Civ. P. 36(a).

9. Form objections. If You contend a term is vague or ambiguous, state Your reasonable construction and answer under that construction. Objections that a matter is "for the jury," "calls for speculation," or seeks a "legal conclusion" do not relieve You of the duty to admit or deny as to Your present intent and the facts within Your knowledge; answer notwithstanding

such objections. *See* N.C. R. Civ. P. 36(a) (admissions may relate to facts, the application of law to fact, or opinions about either; "A party who considers that a matter of which an admission has been requested presents a genuine issue for trial may not, on that ground alone, object to the request").

10. Wrongful Death Damages. "Wrongful Death Damages" refers to the categories set forth in N.C. Gen. Stat. § 28A-18-2(b) (including present monetary value to the beneficiaries, loss of net income; services, protection, care, and assistance; and society, companionship, comfort, guidance, and advice, together with medical expenses of the decedent's final illness, pre-death pain and suffering, and funeral expenses).

## FIRST SET OF REQUESTS FOR ADMISSION

1. **RFA 1:** Admit that You seek more than nominal damages for each category of Wrongful Death Damages identified in § 28A-18-2(b) that You claim in this Action.

**ANSWER**:

2. **RFA 2**: Admit that the total Wrongful Death Damages You seek in This Action exceed $75,000, exclusive of interest and costs.

**ANSWER**:

3. **RFA 3**: Admit that the total Wrongful Death Damages You seek in This Action are $75,000 or less, exclusive of interest and costs.

**ANSWER**:

4. **RFA 4**: Admit that You seek more than $75,000 for the Decedent's pain and suffering between injury and death.

**ANSWER**:

5. **RFA 5**; Admit that the amount You seek for the Decedent's pre-death pain and suffering is $75,000 or less.

**ANSWER**:

6. **RFA 6**: Admit that the amount You seek for the Decedent's funeral expenses is $75,000 or less.

**ANSWER**:

7. **RFA 7**: Admit that You seek more than $75,000 for the present monetary value of the Decedent to the beneficiaries.

**ANSWER**:

8. **RFA 8**: Admit that the amount You seek for the present monetary value category is $75,000 or less.

**ANSWER**:

9. **RFA 9**: Admit that You seek more than $75,000 for loss of the Decedent's net income.

**ANSWER**:

10. **RFA 10**: Admit that the amount You seek for loss of net income is $75,000 or less.

**ANSWER**:

11. **RFA 11**: Admit that You seek more than $75,000 for loss of the Decedent's services, protection, care, and assistance.

**ANSWER**:

12. **RFA 12**: Admit that the amount You seek for loss of the Decedent's services, protection, care, and assistance is $75,000 or less.

**ANSWER**:

13. **RFA 13**: Admit that You seek more than $75,000 for loss of the Decedent's society, companionship, comfort, guidance, and advice.

**ANSWER**:

14. **RFA 14**: Admit that the amount You seek for loss of the Decedent's society, companionship, comfort, guidance, and advice is $75,000 or less.

**ANSWER**:

15. **RFA 15**: Admit that You seek punitive damages in This Action.

**ANSWER**:

16. **RFA 16**: Admit that the punitive damages You seek exceed $75,000.

**ANSWER**:

17. **RFA 17**: Admit that any punitive damages You seek are $75,000 or less.

**ANSWER**:

18. **RFA 18**: Admit that, as of the date of Your answers, You have not computed a dollar amount for the "present monetary value" category.

**ANSWER**:

19. **RFA 19**: Admit that You have not retained any economist to compute the present monetary value of the Decedent.

**ANSWER**:

20. **RFA 20**: Admit that You seek medical expenses.

**ANSWER**:

21. **RFA 21**: Admit that You seek damages for pre-death pain and suffering.

**ANSWER**:

22. **RFA 22**: Admit that You seek the funeral expenses.

**ANSWER**:

23. **RFA 23**: Admit that You seek damages for the present monetary value of the Decedent to the persons entitled to receive such damages.

**ANSWER**:

24. **RFA 24**: Admit that You seek to recover the value of the net income of the Decedent to the person entitled to receive such damages.

**ANSWER**:

25. **RFA 25**: Admit that You seek damages for the value of the services, protection, care, or assistance of the Decedent, whether voluntary or obligatory, to the persons entitled to such damages.

**ANSWER**:

26. **RFA 26**: Admit that You seek damages for the value of the society, companionship, comfort, guidance, kindly offices, and advice of the Decedent to the persons entitled to such damages.

**ANSWER:**

27. **RFA 27**: Admit that You have not made any binding stipulation, covenant, or agreement to limit total Wrongful Death Damages to $75,000 or less, exclusive of interest and costs.

**ANSWER:**

[CONTINUED ON NEXT PAGE]

28. **RFA 28**: Admit that, as of the date of Your responses, You are unwilling to enter a binding stipulation to Cap total Wrongful Death Damages at $75,000 or less, exclusive of interest and costs.

**ANSWER:**

This the 17th day of September 2025.

                                                    **GORDON REES SCULLY MANSUKHANI LLP**

                                                    By:   */s/ Devin Honbarger*
                                                                _____
                                                                 Robert Beckmann
                                                                N.C. State Bar No.: 63232
                                                                Austin R. Kessler
                                                                 N.C. Bar No. 55732
                                                                Devin Honbarger
                                                                N.C. Bar No. 59513
                                                                150 Fayetteville Street, Suite 1120
                                                                Raleigh, North Carolina 27601
                                                                Telephone: (919) 787-4555
                                                                Facsimile: (919) 741-5840
                                                                E-mail: rbeckmann@grsm.com
                                                                E-mail: akessler@grsm.cmom
                                                                Email: dhonbarger@grsm.com
                                                                *Counsel for Defendant XPO Logistics Freight, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that I caused the foregoing **DEFENDANT XPO LOGISTICS FREIGHT, INC.'S FIRST SET OF REQUESTS FOR ADMISSION TO PLAINTIFF** served upon all counsel of record by email pursuant to the North Carolina Rules of Civil Procedure addressed as follows:

J. William Owen
Musselwhite, Musselwhite, Branch & Grantham, P.A.
P.O. Box 1448
Lumberton, NC 28359
wowen@mmbglaw.com
*Counsel for Plaintiff Cindy Smith,*
*Administratrix of the Estate of Mark K. Smith*

Jennifer Welch
Cranfill Sumner
P.O. Box 27808
Raleigh, NC 27611-7808
jwelch@cshlaw.com
*Counsel for Counterclaim-Defendant Cindy Smith,*
*Administratrix of the Estate of Mark K. Smith*

This the 17th day of September 2025.

**Gordon Rees Scully Mansukhani, LLP**

By: */s/ Devin Honbarger*
_____
Devin Honbarger