# EXHIBIT 14

**STATE OF NORTH CAROLINA**
**COUNTY OF ROBESON**

**IN THE GENERAL COURT OF JUSTICE**
**SUPERIOR COURT DIVISION**
**24-CVS-468**

CINDY SOLES SMITH, Administratrix of the
ESTATE OF MARK KEANNAN SMITH,

               Plaintiff/Counterclaim-
               Defendant,

     v.

XPO LOGISTICS FREIGHT, INC.,

               Defendant/Counterclaim-
               Plaintiff.

**DEFENDANT XPO LOGISTICS**
**FREIGHT, INC.'S SUPPLEMENTAL**
**RESPONSES AND PRODUCTION**

      **COMES NOW**, Defendant/Counterclaim-Plaintiff **XPO LOGISTICS FREIGHT, INC.**

("Defendant" or "XPO"), Pursuant to Rules 26, 33, 34 and 37 of the North Carolina Rules of Civil

Procedure, and, by and through counsel, responds to all of the directives contained in the Court's

January 21, 2025 and April 25, 2025 Orders as follows:

      1.    **First Interrogatory No. 3**: XPO shall provide a list of all claims or lawsuits filed

against XPO involving serious injury or death for the past three (3) years. This list shall include a

brief description of the parties, jurisdiction and the circumstances of each claim/suit and the

disposition of each claim/suit. For purposes of this supplementation, the term "serious" shall

include any of the following: fractures, traumatic brain injury, burns, amputation(s), paralysis,

spinal cord injuries, loss of vision and loss of use of an upper or lower extremity.

**ANSWER: Please see the log provided with these supplemental responses.**

      2.    **First Interrogatory No. 5**: XPO shall provide a detailed description of all

telematics software being used by XPO at the time of the collision on October 11, 2023.

**ANSWER: Samsara was the only telematics software being used by XPO at the time of the collision on October 11, 2023. Samsara is a cloud-based telematics and fleet management platform. It generates reports, alerts, and analytics that allow motor carriers to monitor driver behavior, ensure regulatory compliance, improve safety, and support operational efficiency. Samsara also stores driver and vehicle information and provides tools for accident investigation, driver coaching, and maintenance scheduling.**

3. **First Interrogatory No. 6**: XPO shall provide Plaintiff with a detailed and substantive response to subsections (c) and (d).

**ANSWER: With respect to subsection (c): The subject Trailer did not contain any systems or devices with the capability of recording any data about the operation of the trailer, including but not limited to an ABS control module with data logging capability, event data recorder, or any other comparable unit. Because no such systems or devices were present, no trailer data existed to be preserved or downloaded. Accordingly, there is no person who preserved or downloaded trailer data, and no custodian of such data exists.**

**Similarly, with respect to subsection (d): The subject Trailer likewise did not contain any systems or devices of any kind with the capability to monitor, record, or transmit data. Specifically, it was not equipped with any transponder, tachograph, barcode system, tracking system, logging unit, GPS system, satellite system, cellular system, or any other comparable monitoring or telematics device. Because no such systems or devices were present, there was no trailer-originated data for the time period surrounding the subject incident to preserve, and there is no custodian of any trailer data or system.**

**Any operational or telematics-type data relevant to the subject incident was generated solely by the tractor's onboard modules and telematics equipment, not the trailer.**

4. **First Interrogatory No. 7**: XPO shall provide Plaintiff with detailed and substantive responses to subsections (a)-(e), which specifically includes the identities of any shippers, brokers, intended route, and when and how the load was to be delivered.

**As to the trip that William Lamb was on at the time of the subject incident on October 11, 2023, the shippers identified in connection with his load included Mercury Marine, Stewart EFI Connecticut, LLC, Discount School Supply, Greenheck, and Hot Tub Covers. The bills of lading reviewed reflect shipments between these shippers and their consignees. All of the following shipments were loaded into the trailer involved in the subject crash. On October 6, 2023, shipment number 543314332 weighing 370 lbs was picked up for Fulford Heating and Air; shipment number 913432984 weighing 1,219 lbs was picked up for Lowes New Hanover Cnty NC; shipment number 937435656 weighing 372 lbs was picked up for Scotts Hill Hardware; shipment number 863528890 weighing 557 lbs was picked up for Eastern RO-NC; shipment number 150803693 weighing 229 lbs was picked up for CNI 81; and shipment number 486969081 weighing 2,065 lbs was picked up for Stanadyne Inc. On**

2

October 5, 2023, shipment number 806228032 weighing 2,292 lbs was picked up for Holly Ridge Foods Inc, and shipment number 937322046 weighing 75 lbs was picked up for Cowabunga Pool. On October 3, 2023, shipment number 950703423 weighing 19 lbs was picked up for Bell's Appliance Svc Inc, and shipment number 899495995 weighing 78 lbs was picked up for Tideline Marine. On October 2, 2023, shipment number 899620584 weighing 1,634 lbs was also picked up for Tideline Marine. On October 9, 2023, shipment number 761368090 weighing 146 lbs was picked up for CAMS. Responsive documents can be found at Bates ranges XPO-001892–001906 (Manifest and BOLs) and XPO-005603–005615 (Bill of Lading from Accident). Note that the BOLs contain the specific details regarding the timing of deliveries.

Mr. Lamb picked up his load from the XPO service center located at 4715 West 5th Street, Lumberton, North Carolina 28358, at approximately 6:50 a.m. on October 11, 2023. At the time of the subject incident, Mr. Lamb was exiting the Lumberton service center rather than departing on a brokered (no brokers were involved with the subject load) or dispatch-assigned load. Because no load had yet been entered into the dispatch system, a planned GPS route had not been generated for the trip, as a planned or assigned GPS route only exists when tied to a brokered or otherwise system-entered load and a planned GPS route is not automatically generated by virtue of a Truck leaving a facility. Mr. Lamb had not made any stops between the time he picked up his load and the subject incident because he had just exited the Lumberton service center when the crash occurred.

5. <u>First Interrogatory No. 14</u>: XPO shall provide a detailed response that sets forth all formal and informal disciplinary and/or counseling actions regarding employee William Lamb undertaken by XPO at any time.

ANSWER: Employee William Lamb has been the subject of the following corrective counseling and/or disciplinary actions during his employment with XPO. Each instance resulted in corrective coaching conducted by Lamb's supervisor in accordance with XPO's driver safety and compliance protocols. These sessions are part of XPO's standard safety program and are intended to reinforce safe driving practices. XPO considers these corrective actions to be informal disciplinary measures within the meaning of this Interrogatory. XPO is not aware of any other formal or informal disciplinary action taken against Lamb during his employment.

Lamb received coaching on the following dates for driving at a speed that exceeded the posted speed limit: 01/04/2021, 01/05/2021, 05/10/2021, 06/07/2021, 06/22/2021, 09/10/2021. Lamb also received coaching sessions in connection with the following: 12/20/2021 (no seat belt and harsh turn); 02/21/2022 (harsh brake, late response, and obstructed camera); 03/31/2022 (rolling stop and harsh brake); 04/25/2022 (harsh brake); 04/29/2022 (obstructed camera and harsh brake); 07/25/2022 (obstructed camera and harsh brake); and 07/12/2024 (speeding and harsh brake). Lamb received a letter of instruction on 09/03/2021 for being on his handheld mobile phone while driving without the use of a hands-free device.

The foregoing materials are included in the following previously produced Bates ranges: XPO-000091-96 (Driving Coaching January 2021); XPO-000102-107 (Driving Coaching May and June 2021); XPO-000110-111 (Driving Coaching September 2021); XPO-000108 (Letter of Instruction).

Additional responsive materials produced herewith appear in the following Bates ranges: XPO-005616-5630 (Coaching Videos 2021-2022); XPO-005631-5639 (Safety Dashboard 2021-2022); XPO-005648-5650 (Safety Dashboard Samsara 2022-2023); XPO-005640-5642 (Coaching Videos 2023-2024); XPO-005646-5647 (Safety Dashboard Samsara 2023-2024); XPO-005651-5653 (Safety Dashboard Samsara 2024-2025).

 6. **First Interrogatory No. 15**: XPO shall provide Plaintiff a detailed and substantive response setting forth all training and education (including on job training) provided by or on behalf of XPO to William Lamb relating to the operation of a commercial motor vehicle.

**ANSWER: William Lamb received extensive training and education provided by or on behalf of XPO relating to the operation of a commercial motor vehicle. His training began with new hire orientation, which included an overview of company safety policies and procedures. He was provided with the Alcohol and Drug Safety Policy, the U.S. Employee Handbook, and other compliance materials governing driver conduct and regulatory requirements. Operational and safety training covered a wide range of subjects, including extreme weather prevention, accident procedures, fatigue management, and injury prevention. Mr. Lamb also received hazardous materials (HazMat) training consistent with 49 C.F.R. § 172.704, including Handling Hazardous Materials, the Hazard Communication (HazCom) Standard, and HM232 security training. He completed practical skills assessments for dock operations, forklift and pallet jack use, hazardous materials handling, and other job-specific tasks.**

**Driver safety training included completion of the Smith System curriculum, which covered Backing Safety, Forward Motion, and related instruction. Mr. Lamb also completed training on rollovers, liftgate and coupling procedures, safety technologies on commercial motor vehicles, and workflow training for bills of lading, customer interaction, and freight handling. Coaching sessions and remedial instruction were also provided following certain safety events, as reflected in XPO's driver coaching records and the above response to First Interrogatory No. 14.**

**Supporting documentation, including but not limited to manuals, training packets, PowerPoints, quizzes, evaluation forms, and safety materials provided to or completed by Mr. Lamb, has been produced at Bates ranges: XPO-002727–2748 (Dock Operations Trainee Manual); XPO-002749-2766 (Extreme Weather Prevention); XPO-002767-2834 (Forklift and Pallet Jack Training); XPO-002835-2840 (FORMS Packet); XPO-002844-2880 (Freight Handling Training); XPO-002881-2908 (HAL [Heavy, Awkward, Long] and Tall Freight Training); XPO-002909-2946 (Handling Hazardous Materials); XPO-002951-2971 (HazCom Standard – Right to Understand Training); XPO-002978-3020 (HM232 – Statute**

**172.704(a)(4), (5) In-Depth Security Training); XPO-003021–3045 (Injury Prevention Training); XPO-003050–3071 (LOTO/Tagout Training for Affected Employees); XPO-003072–3108 (New Hire Employee Orientation); XPO-003109–3117 (Practical Skills Assessment – Dock Work); XPO-003118–3126 (Practical Skills Assessment – Forklift); XPO-003127–3147 (Practical Skills Assessment – Hazardous Materials and Owning Personal Safety); XPO-003148–3152 (Safety Policy Overview); XPO-003153–3164 (XPO Edge Smart and Zero Defect Method Quick Sheet); XPO-003164–3165 (Smith Systems Curriculum); XPO-005284–5300 (Alcohol and Drug Safety Policy Packet); XPO-005320–5326 (STD-OPS – Reviewing BOLs at Pickup); XPO-005332–5346 (Exceptions at Delivery and BOLs at Pickup); XPO-005347–5350 (Dimension Capture at Customer and Exact Check-In for DSRs); XPO-005351–5372 (Safety Technologies on CMV Equipment); XPO-005373–5424 (Safe Coupling Procedures); XPO-005425–5428 (MobileSCO – City P&D Training); XPO-005429–5442 (Liftgate Safety); XPO-005472–5508 (Hostling Training); XPO-005509–5526 (Intro to Drive Safe Systems [DSS] Training); XPO-005527–5541 (Fatigue Management Module for Drivers); XPO-005542–5550 (Form Packet – Driving Curriculum); XPO-005443–5471 (Long-Box Trailer Tail Swing and Tandem Off Tracking); XPO-005551–5561 (Converter Dolly Safety); XPO-005562–5581 (Compliance Safety Accountability [CSA] Overview); XPO-001907–1911 (Smith System – 5 Keys); XPO-001912–1924 (Smith System – Backing Safety Training); XPO-001925–1926 (System Driver Evaluation Form and Instructor Disclaimer); XPO-001927–1929 (Smith System Instructor Evaluation Form, Red Dot Training Aid, and Backing Key Concepts); XPO-001931–1932 (Smith System – Forward Motion Key Concepts); XPO-001934–1950 (System Forward Motion Training and Master Quiz Answer Key); XPO-001953–2012 (Standard Smith System Facilitator Guide and Smith System 2012 Manual); XPO-002013–2043 (Smith System – Backing Safety Training and Forward Motion Training); XPO-002058–2127 (Emergency Warning Devices and Extreme Weather Prevention); XPO-002128–2181 (Fatigue Management Module); XPO-002182–2297 (Forklift and Pallet Jack Training – Duplicate or Updated); XPO-002298–2402 (Handling Hazardous Materials and In-Depth Security Training – Combined); XPO-002403–2522 (Injury Prevention Materials); XPO-002523–2544 (LOTO Training for Affected Employees); XPO-002545–2561 (Preventing Rollovers); XPO-2562–2671 (Safe Coupling Procedures); XPO-002672–2673 (Safety Technologies on CMV Equipment); XPO-002694–2724 (Winter Working Safety); XPO-005582-5602 (Accident at Scene Procedures); XPO-003164-3165 (Smith Systems Curriculum); XPO-005159-5160 (Uncoupling of Tractor); XPO-005161-5162 (Vehicle Inspection Evaluation Score Sheet); XPO-005163-5173 (Yard Departure Arrival Process Map); XPO-005174-5175 (Test Parking and Service Brakes); XPO-005176-5177 (Uncouple Dolly from Lead Trailer); XPO-005178-5179 (Uncouple Rear Trailer from Dolly); XPO-005180 (Uncoupling Tractor from Trailer); XPO-005181 (Test Governor Cut Out); XPO-005182 (Test Low Air Warning and Tractor Protection Valve); XPO-005183 (Dolly Pre-Trip Inspection); XPO-005184 (Post-Trip Inspection); XPO-005185 (Tractor Pre-Trip Inspection); XPO-005186 (Trailer Pre-Trip Inspection); XPO-005187 (Uncoupling Doubles); XPO-005188 (City Arrive Gate Process); XPO-005189 (Coupling Doubles); XPO-005190 (Coupling Tractor to Trailer); XPO-005191-5192 (Spot Dolly at Rear Trailer); XPO-005193–5196 (STD-OPS-City Depart Gate-G-01); XPO-005198 (Prepare Trailer for Movement PTG); XPO-005199 (Secure Equipment for Exiting PTG); XPO-005200 (Secure Tractor for Exiting PTG); XPO-005201–5202 (Separation of Tractor from Trailer PTG); XPO-005203–5205 (Inspect Tractor In-Cab**

5

**PTG); XPO-005206–5208 (Perform Pre-Trip Inspection PTG); XPO-005209–5211 (Position and Couple Tractor to Trailer PTG); XPO-005212 (Prepare Equipment for Uncoupling PTG); XPO-005213–5218 (Inspect Side Engine Compartments PTG); XPO-005219–5220 (Inspect the Nose of Dolly PTG); XPO-005221–5224 (Inspect the Rear of Dolly PTG); XPO-005225 (Inspect Passenger's Side Rear of Cab PTG); XPO-005226–5229 (Inspect Rear of Tractor PTG); XPO-005230–5232 (Inspect Rear of Trailer PTG); XPO-005233 (Inspect Passenger's Side of Cab PTG); XPO-005234 (Inspect Passenger's Side of Equipment PTG); XPO-005235–5238 (Inspect Passenger's Side of Trailer PTG); XPO-005239 (Inspect Overall Condition of Dolly PTG); XPO-005240 (Inspect Overall Condition of Tractor PTG); XPO-005241 (Inspect Overall Condition of Trailer PTG); XPO-005242 (Inspect Driver's Side Rear of Cab PTG); XPO-005243–5244 (Inspect Front of Tractor PTG); XPO-005245 (Inspect Front of Tractor-Trailer PTG); XPO-005246 (Inspect Front of Trailer PTG); XPO-005247 (Inspect Coupling utilizing Flashlight PTG); XPO-005248–5249 (Inspect Driver's Side of Cab PTG); XPO-005250 (Inspect Driver's Side of Equipment PTG); XPO-005251–5254 (Inspect Driver's Side of Trailer PTG); XPO-005255–5256 (Couple Dolly to Tractor PTG); XPO-005257–5259 (Couple Dolly to Trailer for Towing PTG); XPO-005260–5261 (DOT-Compliance Guide No DOT 14 CMV Pre Post Inspections_Final); XPO-005262–5264 (City Arrive Gate PTG); XPO-005265 (Connect Electrical and Air Lines PTG); XPO-005268–5271 (Couple Dolly to Rear Trailer PTG); XPO-005272 (Connect Electrical and Air Lines PTG); XPO-005273–5274 (Prepare Trailer for Movement PTG); XPO-005275 (Check for Air Loss PTG); XPO-005276–5278 (Position and Couple Tractor to Trailer PTG); XPO-005279 (Inspect Coupling utilizing Flashlight PTG); XPO-005280–5281 (Inspect Rear of Trailer PTG); XPO-002013-2026 (Smith System Backing Safety Training); XPO-002027-2043 (Smith System Forward Motion Training); XPO-002044-2045 (Smith System Backing and Forward Motion Video); XPO-005616-5630 (Coaching Videos 2021-2022); XPO-005631-5639 (Safety Dashboard 2021-2022); XPO-005648-5650 (Safety Dashboard Samsara 2022-2023); XPO-005640-5642 (Coaching Videos 2023-2024); XPO-005646-5647 (Safety Dashboard Samsara 2023-2024); XPO-005651-5653 (Safety Dashboard Samsara 2024-2025).**

7. **First Interrogatory No. 22**: XPO shall, in detail, identify all policies, procedures, rules, guidelines, directives, manuals, handbooks and instructions that were in effect for employee William Lamb on October 11, 2023.

**ANSWER: On October 11, 2023, Mr. William Lamb was subject to policies, procedures, rules, guidelines, directives, manuals, handbooks, and instructions in effect for XPO's commercial motor vehicle drivers. These included Standard Work Instructions (SWIs) and Process Training Guides (PTGs) that governed aspects of his role, such as tractor and trailer pre-trip and post-trip inspections, coupling and uncoupling procedures for single and double trailers, and yard arrival and departure gate protocols. Additional instructions covered dolly inspection and towing, brake testing, air and electrical line connections, equipment securement, and in-cab safety checks. Operational standards such as the STD-OPS-City Depart Gate-G-01 and City Arrive Gate PTG were also in effect, along with detailed process maps for yard movements. Compliance documentation included the DOT Compliance Guide**

6

No DOT 14 CMV Pre/Post Inspections (Final), vehicle inspection score sheets, and Samsara Driver Hours of Service (HOS) logs, which confirm adherence to federal and company-specific driving regulations. Collectively, these materials reflect the policies and expectations that governed Lamb's conduct and responsibilities as a driver for XPO on October 11, 2023.

As of that date, the materials identified at the following Bates ranges were in effect and applicable to Mr. Lamb: XPO-001616-001731 (US Employee Handbook); XPO-001732-001785 (LTL Handbook Supplemental CONFIDENTIAL); XPO-001829-001841 (Business Ethics Policy, Record Retention); XPO-001097-003165 (Annual Safety Training Materials); XPO-002727–2748 (Dock Operations Trainee Manual); XPO-002749-2766 (Extreme Weather Prevention); XPO-002767-2834 (Forklift and Pallet Jack Training); XPO-002835-2840 (FORMS Packet); XPO-002844-2880 (Freight Handling Training); XPO-002881-2908 (HAL [Heavy, Awkward, Long] and Tall Freight Training); XPO-002909-2946 (Handling Hazardous Materials); XPO-002951-2971 (HazCom Standard – Right to Understand Training); XPO-002978-3020 (HM232 – Statute 172.704(a)(4), (5) In-Depth Security Training); XPO-003021–3045 (Injury Prevention Training); XPO-003050–3071 (LOTO/Tagout Training for Affected Employees); XPO-003072–3108 (New Hire Employee Orientation); XPO-003109–3117 (Practical Skills Assessment – Dock Work); XPO-003118–3126 (Practical Skills Assessment – Forklift); XPO-003127–3147 (Practical Skills Assessment – Hazardous Materials and Owning Personal Safety); XPO-003148–3152 (Safety Policy Overview); XPO-003153–3164 (XPO Edge Smart and Zero Defect Method Quick Sheet); XPO-003164-3165 (Smith Systems Curriculum); XPO-005284–5300 (Alcohol and Drug Safety Policy Packet); XPO-005320–5326 (STD-OPS – Reviewing BOLs at Pickup); XPO-005332–5346 (Exceptions at Delivery and BOLs at Pickup); XPO-005347–5350 (Dimension Capture at Customer and Exact Check-In for DSRs); XPO-005351–5372 (Safety Technologies on CMV Equipment); XPO-005373–5424 (Safe Coupling Procedures); XPO-005425–5428 (MobileSCO – City P&D Training); XPO-005429–5442 (Liftgate Safety); XPO-005472–5508 (Hostling Training); XPO-005509–5526 (Intro to Drive Safe Systems [DSS] Training); XPO-005527–5541 (Fatigue Management Module for Drivers); XPO-005542–5550 (Form Packet – Driving Curriculum); XPO-005443–5471 (Long-Box Trailer Tail Swing and Tandem Off Tracking); XPO-005551–5561 (Converter Dolly Safety); XPO-005562–5581 (Compliance Safety Accountability [CSA] Overview); XPO-001907–1911 (Smith System – 5 Keys); XPO-001912–1924 (Smith System – Backing Safety Training); XPO-001925–1926 (System Driver Evaluation Form and Instructor Disclaimer); XPO-001927–1929 (Smith System Instructor Evaluation Form, Red Dot Training Aid, and Backing Key Concepts); XPO-001931–1932 (Smith System – Forward Motion Key Concepts); XPO-001934–1950 (System Forward Motion Training and Master Quiz Answer Key); XPO-001953–2012 (Standard Smith System Facilitator Guide and Smith System 2012 Manual); XPO-002013–2043 (Smith System – Backing Safety Training and Forward Motion Training); XPO-002058–2127 (Emergency Warning Devices and Extreme Weather Prevention); XPO-002128–2181 (Fatigue Management Module); XPO-002182–2297 (Forklift and Pallet Jack Training); XPO-002298–2402 (Handling Hazardous Materials and In-Depth Security Training – Combined); XPO-002403–2522 (Injury Prevention Materials); XPO-002523–2544 (LOTO Training for Affected Employees); XPO-002545–2561 (Preventing Rollovers); XPO-2562–2671 (Safe Coupling Procedures); XPO-002672–2673 (Safety Technologies on CMV Equipment); XPO-002694–2724 (Winter Working Safety); XPO-005582-5602 (Accident at Scene Procedures); XPO-003164-3165 (Smith Systems Curriculum); XPO-

005159-5160 (Uncoupling of Tractor); XPO-005161-5162 (Vehicle Inspection Evaluation Score Sheet); XPO-005163-5173 (Yard Departure Arrival Process Map); XPO-005174-5175 (Test Parking and Service Brakes); XPO-005176-5177 (Uncouple Dolly from Lead Trailer); XPO-005178-5179 (Uncouple Rear Trailer from Dolly); XPO-005180 (Uncoupling Tractor from Trailer); XPO-005181 (Test Governor Cut Out); XPO-005182 (Test Low Air Warning and Tractor Protection Valve); XPO-005183 (Dolly Pre-Trip Inspection); XPO-005184 (Post-Trip Inspection); XPO-005185 (Tractor Pre-Trip Inspection); XPO-005186 (Trailer Pre-Trip Inspection); XPO-005187 (Uncoupling Doubles); XPO-005188 (City Arrive Gate Process); XPO-005189 (Coupling Doubles); XPO-005190 (Coupling Tractor to Trailer); XPO-005191-5192 (Spot Dolly at Rear Trailer); XPO-005193–5196 (STD-OPS-City Depart Gate-G-01); XPO-005198 (Prepare Trailer for Movement PTG); XPO-005199 (Secure Equipment for Exiting PTG); XPO-005200 (Secure Tractor for Exiting PTG); XPO-005201–5202 (Separation of Tractor from Trailer PTG); XPO-005203–5205 (Inspect Tractor In-Cab PTG); XPO-005206–5208 (Perform Pre-Trip Inspection PTG); XPO-005209–5211 (Position and Couple Tractor to Trailer PTG); XPO-005212 (Prepare Equipment for Uncoupling PTG); XPO-005213–5218 (Inspect Side Engine Compartments PTG); XPO-005219–5220 (Inspect the Nose of Dolly PTG); XPO-005221–5224 (Inspect the Rear of Dolly PTG); XPO-005225 (Inspect Passenger's Side Rear of Cab PTG); XPO-005226–5229 (Inspect Rear of Tractor PTG); XPO-005230–5232 (Inspect Rear of Trailer PTG); XPO-005233 (Inspect Passenger's Side of Cab PTG); XPO-005234 (Inspect Passenger's Side of Equipment PTG); XPO-005235–5238 (Inspect Passenger's Side of Trailer PTG); XPO-005239 (Inspect Overall Condition of Dolly PTG); XPO-005240 (Inspect Overall Condition of Tractor PTG); XPO-005241 (Inspect Overall Condition of Trailer PTG); XPO-005242 (Inspect Driver's Side Rear of Cab PTG); XPO-005243–5244 (Inspect Front of Tractor PTG); XPO-005245 (Inspect Front of Tractor-Trailer PTG); XPO-005246 (Inspect Front of Trailer PTG); XPO-005247 (Inspect Coupling utilizing Flashlight PTG); XPO-005248–5249 (Inspect Driver's Side of Cab PTG); XPO-005250 (Inspect Driver's Side of Equipment PTG); XPO-005251–5254 (Inspect Driver's Side of Trailer PTG); XPO-005255–5256 (Couple Dolly to Tractor PTG); XPO-005257–5259 (Couple Dolly to Trailer for Towing PTG); XPO-005260–5261 (DOT-Compliance Guide No DOT 14 CMV Pre Post Inspections_Final); XPO-005262–5264 (City Arrive Gate PTG); XPO-005265 (Connect Electrical and Air Lines PTG); XPO-005268–5271 (Couple Dolly to Rear Trailer PTG); XPO-005272 (Connect Electrical and Air Lines PTG); XPO-005273–5274 (Prepare Trailer for Movement PTG); XPO-005275 (Check for Air Loss PTG); XPO-005276–5278 (Position and Couple Tractor to Trailer PTG); XPO-005279 (Inspect Coupling utilizing Flashlight PTG); XPO-005280–5281 (Inspect Rear of Trailer PTG); XPO-002013-2026 (Smith System Backing Safety Training); XPO-002027-2043 (Smith System Forward Motion Training); XPO-002044-2045 (Smith System Backing and Forward Motion Video); XPO-005260-005261 (Commercial Motor Vehicles, Compliance Guide No. DOT 14).

8.    **First Interrogatory No. 36**: XPO shall provide the identities of all persons involved with the preventability analysis/determination concerning the subject crash of October 11, 2023, including the dates of the review, and the conclusions that were reached.

8

**ANSWER: The only individuals involved in the preventability analysis and determination concerning the subject crash of October 11, 2023, were Tanisha Bennett and Riley Anderson. The review was conducted on October 11, 2023, and the final preventability determination reached was "preventable". These details are documented in the Accident Detail SOS Report, produced at Bates range XPO-001884–001887 (Lamb SOS Report from Accident).**

9. **First Interrogatory No. 38:** XPO shall identify and list the insurer, insured and policy limits for any and all layers of liability insurance that does or may provide coverage on or behalf of XPO, as of the date of the subject crash of October 11, 2023, up to Two Hundred and Fifty Million Dollars ($250,000,000). This includes any excess/layered liability coverage of any kind that would or may provide coverage for this Action.

| | |
|---|---|
| **Insurer: XL Bermuda Ltd (Lockton Companies International Limited)** <br> **Insured: XPO Logistics, Inc.** <br> **Policy Limits: Each Occurrence $10,000,000 P/O, $15,000,000; Policy Aggregate $10,000,000 P/O, $15,000,000** | **Insurer: Westfield Specialty Insurance Company** <br> **Insured: XPO Logistics, Inc.** <br> **Policy Limits: Each Occurrence $5,000,000 P/O, $10,000,000; Aggregate $5,000,000 P/O, $10,000,000** |
| **Insurer: Westchester Surplus Lines Insurance Company** <br> **Insured: XPO Logistics, Inc.** <br> **Policy Limits: Each Occurrence $5,000,000; Aggregate $5,000,000** | **Insurer: Westchester Surplus Lines Insurance Company** <br> **Insured: XPO Logistics, Inc.** <br> **Policy Limits: Each Occurrence $2,500,000; Aggregate $2,500,000** |
| **Insurer: Vantage Risk Specialty Insurance Company** <br> **Insured: XPO Logistics, Inc.** <br> **Policy Limits: Each Occurrence $5,000,000; Aggregate $5,000,000** | **Insurer: Scottsdale Insurance Company** <br> **Insured: XPO Logistics, Inc.** <br> **Policy Limits: Each Occurrence $7,500,000; Aggregate $7,500,000** |
| **Insurer: Scottsdale Insurance Company** <br> **Insured: XPO Logistics, Inc.** <br> **Policy Limits: Each Occurrence $2,500,000; Aggregate $2,500,000** | **Insurer: Mt. Hawley Insurance Company** <br> **Insured: XPO Logistics, Inc.** <br> **Policy Limits: Each Occurrence $5,000,000; Aggregate $5,000,000** |
| **Insurer: Mercer Insurance Company** <br> **Insured: XPO Logistics, Inc.** | **Insurer: Endurance American Specialty Insurance Company** |

9

**Policy Limits: Each Occurrence $2,500,000 P/O $15,000,000; Aggregate $2,500,000 P/O $15,000,000**

**Insured: XPO Logistics, Inc.**
**Policy Limits: Each Occurrence $5,000,000 P/O, $10,000,000; Aggregate $5,000,000 P/O, $10,000,000**

**Insurer: Columbia Casualty Company**
**Insured: XPO Logistics, Inc.**
**Policy Limits: Each Occurrence $5,000,000; Aggregate $5,000,000**

**Insurer: Allianz Underwriters Insurance Company**
**Insured: XPO Logistics, Inc.**
**Policy Limits: Each Occurrence $10,000,000; Aggregate $10,000,000; Underlying Insurance: Each Occurrence $90,000,000; Aggregate $90,000,000**

**Insurer: Argo Re Ltd**
**Insured: XPO Logistics, Inc.**
**Policy Limits: Each Occurrence $10,000,000; Aggregate $10,000,000**

**Insurer: XL Insurance America, Inc.**
**Insured: XPO Logistics, Inc.**
**Policy Limits: Each Occurrence $10,000,000; Aggregate $10,000,000**

**Insurer: Helix Insurance Company**
**Insured: XPO Logistics, Inc.**
**Policy Limits: Each Occurrence $5,000,000; Aggregate $5,000,000; Excess: Each Occurrence $145,000,000; Aggregate $145,000,000**

**Insurer: Chubb Bermuda Insurance Ltd.**
**Insured: XPO Logistics, Inc.**
**Policy Limits: Each Occurrence $7,500,000 Limit P/O $15,000,000; Aggregate $10,000,000 Limit P/O $10,000,000**

**Insurer: Everest Indemnity Insurance Company**
**Insured: XPO Logistics, Inc.**
**Policy Limits: Each Occurrence $7,500,000 Limit P/O $15,000,000; Aggregate $7,500,000 Limit P/O $15,000,000**

**Insurer: Great American Security Insurance Company**
**Insured: XPO Logistics, Inc.**
**Policy Limits: Each Occurrence $10,000,000; Aggregate $10,000,000**

**Insurer: ACE American Insurance Company**
**Insured: XPO Logistics, Inc.**
**Policy Limits: Each Occurrence $10,000,000; Aggregate $10,000,000**

**Insurer: ACE Property and Casualty Insurance Company**
**Insured: XPO Logistics, Inc.**
**Policy Limits: Each Occurrence $10,000,000; Aggregate $10,000,000**

**Insurer: AXIS Surplus Insurance Company**
**Insured: XPO Logistics, Inc.**

**Insurer: ACE American Insurance Company**
**Insured: XPO Logistics, Inc.**

10

| Policy Limits: Each Occurrence $5,000,000; Aggregate $5,000,000 | Policy Limits: Each Occurrence $5,000,000; Aggregate $5,000,000 |

10. **First Request for Production No. 2**: XPO shall provide Plaintiff a complete, unredacted copy of all document retention policies that were in effect at time of the subject crash of October 11, 2023.

**ANSWER: Please see the following Bates ranges: XPO-001616–001731 (U.S. Employee Handbook) and XPO-001829–001841 (Business Ethics Policy, which includes XPO's Record Retention Policy).**

11. **First Request for Production No. 3-4**: XPO shall produce declaration pages for any and all layers of liability insurance that does or may provide coverage on or behalf of XPO as of the date of the subject crash of October 11, 2023, up to Two Hundred and Fifty Million Dollars ($250,000,000). This includes excess/layered liability coverage of any kind that would or may provide coverage for this Action.

**ANSWER: Please see the following Bates ranges: XPO-005654-5713.**

12. **First Request for Production No. 6**: XPO shall provide William Lamb's Driver Qualification File, Driver Investigation File, Driver History File and all documents that demonstrate compliance with federal and state driver qualification laws and regulations.

**ANSWER: XPO does not maintain a Driver Qualification File, Driver Investigation File or Driver History file per se, but maintains a personnel file and a driver qualification file for each driver, including William Lamb. Documents regarding disciplinary actions and compliance with federal and state driver qualification laws and regulations are contained in those files. Mr. Lamb's Personnel file was produced previously at Bates ranges: XPO-000058-198. The documents that constitute the Driver Qualification file can be found at Bates ranges: XPO-000276-288 (Lamb Job Application); XPO-000058-198 (Personnel File); XPO-000031-32, XPO-000049, XPO-000050-51 (Alcohol and Drug Tests); XPO-005714-5718 (Lamb MVR); XPO-005719-5721 (Medical Examiner Certificate); XPO-000199-246 (Lamb Attendance History).**

11

13. **First Request for Production No. 35**: XPO shall provide Plaintiff with all telematics data, videos, photos, and coaching sessions involving William Lamb from the date of hire through present.

**ANSWER: As explained above, Lamb received coaching on the following dates for driving at a speed that exceeded the posted speed limit: 01/04/2021, 01/05/2021, 05/10/2021, 06/07/2021, 06/22/2021, 09/10/2021. Lamb also received coaching sessions as follows: 12/20/2021 (no seat belt and harsh turn); 02/21/2022 (harsh brake, late response, and obstructed camera); 03/31/2022 (rolling stop and harsh brake); 04/25/2022 (harsh brake); 04/29/2022 (obstructed camera and harsh brake); 07/25/2022 (obstructed camera and harsh brake); and 07/12/2024 (speeding and harsh brake). Lamb also received a letter of instruction on 09/03/2021 for being on his handheld mobile phone while driving without the use of a hands-free device. This information can be found at the following Bates ranges produced previously: XPO-000091-96 (Driving Coaching January 2021); XPO-000102-107 (Driving Coaching May and June 2021); XPO-000110-111 (Driving Coaching September 2021); XPO-000108 (Letter of Instruction). Additional responsive materials produced herewith appear in the following Bates ranges: XPO-005616-5630 (Coaching Videos 2021-2022); XPO-005631-5639 (Safety Dashboard 2021-2022); XPO-005648-5650 (Safety Dashboard Samsara 2022-2023); XPO-005640-5642 (Coaching Videos 2023-2024); XPO-005646-5647 (Safety Dashboard Samsara 2023-2024); XPO-005651-5653 (Safety Dashboard Samsara 2024-2025)**

**XPO's telematics system does not take photos or continuously record or retain video footage as a matter of course. Instead, recordings are triggered only in response to a detected g-force event or activation of the driver's manual panic button. Mr. Lamb did not activate the panic button at any time. There were three coaching events from 2021-2022 that could not be downloaded from the Samsara platform, therefore XPO is only able to produce screenshot snippets of those three events rather than the underlying videos. Those screenshots can be found at Bates ranges: XPO-005618 (Coaching Event 7/25/2022); XPO-005624 (Coaching Event 4/25/2022); XPO-005629 (Coaching Event 2/17/2022). The only video clips preserved from the telematics system are those relating to the subject accident of October 11, 2023, which has already been produced. These items as well as all telematics data can be found at the following Bates ranges: XPO-005157 (Lamb Employee Safety History); XPO-005158 (Driver Vehicle Inspection Reports 10.11.2023-02.22.2025); XPO-003166–3308 (Apr–May 2024, Samsara Driver HOS Logs for William Lamb); XPO-003309–3445 (Aug–Sep 2024, Samsara Driver HOS Logs for William Lamb); XPO-003446–3572 (Dec 2023–Jan 2024, Samsara Driver HOS Logs for William Lamb); XPO-003573–3628 (Dec 2024–Jan 2025, Samsara Driver HOS Logs for William Lamb); XPO-003629–3781 (Feb–Mar 2024, Samsara Driver HOS Logs for William Lamb); XPO-003782–3815 (Feb 2025, Samsara Driver HOS Logs for William Lamb); XPO-003816–3955 (Jan–Feb 2024, Samsara Driver HOS Logs for William Lamb); XPO-003956–4004 (Jan–Feb 2025, Samsara Driver HOS Logs for William Lamb); XPO-004005–4160 (Jul–Aug 2024, Samsara Driver HOS Logs for William Lamb); XPO-004161–4304 (Jun–Jul 2024, Samsara Driver HOS Logs for William Lamb); XPO-004305–4448 (Mar–Apr 2024, Samsara Driver HOS Logs for William Lamb); XPO-004449–**

12

**4600 (May–Jun 2024, Samsara Driver HOS Logs for William Lamb); XPO-004601–4680 (Nov–Dec 2023, Samsara Driver HOS Logs for William Lamb); XPO-004681–4804 (Nov–Dec 2024, Samsara Driver HOS Logs for William Lamb); XPO-004805–4959 (Oct–Nov 2024, Samsara Driver HOS Logs for William Lamb); XPO-004960–5009 (Oct–Nov 2023, Samsara Driver HOS Logs for William Lamb); XPO-005010–5148 (Sep–Oct 2024, Samsara Driver HOS Logs for William Lamb); XPO-005301–5319, XPO-005327–5331 (XPO Univ. Tests/Quizzes – Pick-up and delivery, preventing driver fatigue, safe coupling procedures, safety technologies on CMV equipment, hostler training, human trafficking quiz, accident reporting, converter dolly quiz); XPO-002725–2726 (Customs Quiz); XPO-002841–2843 (Freight Handling Quiz); XPO-002947–2950 (Hazcom Quiz); XPO-002972–2975 (HM Quiz); XPO-002046–3047 (Inspection Process Quiz); XPO-003048–3049 (LOTO Quiz); XPO-002976–2977 (HM-232 Quiz); XPO-001930 (Smith System Backing Quiz); XPO-001933 (Smith System Forward Motion Quiz); XPO-001951–1952 (Smith System On-Road Quiz); XPO-005150–5151 (Lamb, William - SOS Report (6.22.2023)); XPO-005152–5153 (Lamb, William - SOS Report (8.12.2022); XPO-005154–5156 (Lamb, William - SOS Report (8.13.2024).**

14. **<u>First Request for Production No. 42</u>**: XPO shall provide Plaintiff with the Bill of Lading, Manifest, weight receipts, dispatch documents/records and content summaries relating to the load being transported by William Lamb on October 11, 2023.

**ANSWER: Responsive documents were previously produced at Bates ranges XPO-001892–001906 (Manifest and BOLs). Additional documentation can be found at the following Bates ranges: XPO-005603–005615 (Bill of Lading from Accident).**

15. **<u>First Request for Production No. 46</u>**: XPO shall provide Plaintiff with all documents relating to the preventability analysis/review and determination relating to the subject crash of October 11, 2023.

**ANSWER: All documents relating to the preventability analysis/review and determination relating to the subject crash of October 11, 2023 can be found at the following Bates ranges: XPO-000002-000003, XPO-000006-000029, XPO-000044-000047 (Photos); XPO-000004-000005, XPO-000052-000057 (Videos/Audio Tapes); XPO-000030 (Criminal Citation); XPO-000031-000033, XPO-000049-000051 (Drug Test Results); XPO-000034-000039 (Incident Report); XPO-000040-000042 (EMS Log); XPO-000043 (Towing Invoice); XPO-000048 (Lamb Statement); XPO-000050 (DOT Breath Test Results); XPO-001090 (DVIR Vehicle Defects); XPO-001786-001794 (DVIRs); XPO-001795-001814 (ECM Data); XPO-001884-001887 (SOS Report 10/11/23); XPO-000289-001089 (HOS Logs 4/1/23 – 10/12/23); XPO-003166-005148 (HOS Logs 10/11/23 – 2/23/25); XPO-001884-1887 (Lamb SOS Report from Accident).**

16. **First Request for Production No. 55-59**: XPO shall further supplement its responses to Plaintiffs First Request for Production No. 55-59 and provide Plaintiff with all training materials, manuals, policies, directives, handbooks, rules and other training materials provided or used in the "XPO University" that were provided to William Lamb or used to train William Lamb. This includes safety training videos, PowerPoints or other demonstrative training materials provided to William Lamb at any time.

**ANSWER: All training materials, manuals, policies, directives, handbooks, rules and other training materials provided or used in the "XPO University" that were provided to William Lamb or used to train William Lamb, including safety training videos, PowerPoints or other demonstrative training materials provided to William Lamb at any time can be found at the following Bates ranges: XPO-001616-001731 (US Employee Handbook); XPO-001732-001785 (LTL Handbook Supplemental CONFIDENTIAL); XPO-001829-001841 (Business Ethics Policy, Record Retention); XPO-001881 (Lamb XPO Univ. Transcript); XPO-001883 (Lamb XPO Univ. Transcript); XPO-005301–5319, XPO-005327–5331 (XPO Univ. Tests/Quizzes – Pick-up and delivery, preventing driver fatigue, safe coupling procedures, safety technologies on CMV equipment, hostler training, human trafficking quiz, accident reporting, converter dolly quiz); XPO-002725–2726 (Customs Quiz); XPO-002841–2843 (Freight Handling Quiz); XPO-002947–2950 (Hazcom Quiz); XPO-002972–2975 (HM Quiz); XPO-002046–3047 (Inspection Process Quiz); XPO-003048–3049 (LOTO Quiz); XPO-002976–2977 (HM-232 Quiz); XPO-001930 (Smith System Backing Quiz); XPO-001933 (Smith System Forward Motion Quiz); XPO-001951–1952 (Smith System On-Road Quiz); XPO-003164-3165 (Smith Systems Curriculum); XPO-005159-5160 (Uncoupling of Tractor); XPO-005161-5162 (Vehicle Inspection Evaluation Score Sheet); XPO-005163-5173 (Yard Departure Arrival Process Map); XPO-005174-5175 (Test Parking and Service Brakes); XPO-005176-5177 (Uncouple Dolly from Lead Trailer); XPO-005178-5179 (Uncouple Rear Trailer from Dolly); XPO-005180 (Uncoupling Tractor from Trailer); XPO-005181 (Test Governor Cut Out); XPO-005182 (Test Low Air Warning and Tractor Protection Valve); XPO-005183 (Dolly Pre-Trip Inspection); XPO-005184 (Post-Trip Inspection); XPO-005185 (Tractor Pre-Trip Inspection); XPO-005186 (Trailer Pre-Trip Inspection); XPO-005187 (Uncoupling Doubles); XPO-005188 (City Arrive Gate Process); XPO-005189 (Coupling Doubles); XPO-005190 (Coupling Tractor to Trailer); XPO-005191-5192 (Spot Dolly at Rear Trailer); XPO-005193–5196 (STD-OPS-City Depart Gate-G-01); XPO-005198 (Prepare Trailer for Movement PTG); XPO-005199 (Secure Equipment for Exiting PTG); XPO-005200 (Secure Tractor for Exiting PTG); XPO-005201–5202 (Separation of Tractor from Trailer PTG); XPO-005203–5205 (Inspect Tractor In-Cab PTG); XPO-005206–5208 (Perform Pre-Trip Inspection PTG); XPO-005209–5211 (Position and Couple Tractor to Trailer PTG); XPO-005212 (Prepare Equipment for Uncoupling PTG); XPO-005213–5218 (Inspect Side Engine Compartments PTG); XPO-005219–5220 (Inspect the Nose of Dolly PTG); XPO-005221–5224 (Inspect the Rear of Dolly PTG); XPO-005225 (Inspect Passenger's Side Rear of Cab PTG); XPO-005226–5229 (Inspect Rear of**

14

**Tractor PTG); XPO-005230–5232 (Inspect Rear of Trailer PTG); XPO-005233 (Inspect Passenger's Side of Cab PTG); XPO-005234 (Inspect Passenger's Side of Equipment PTG); XPO-005235–5238 (Inspect Passenger's Side of Trailer PTG); XPO-005239 (Inspect Overall Condition of Dolly PTG); XPO-005240 (Inspect Overall Condition of Tractor PTG); XPO-005241 (Inspect Overall Condition of Trailer PTG); XPO-005242 (Inspect Driver's Side Rear of Cab PTG); XPO-005243–5244 (Inspect Front of Tractor PTG); XPO-005245 (Inspect Front of Tractor-Trailer PTG); XPO-005246 (Inspect Front of Trailer PTG); XPO-005247 (Inspect Coupling utilizing Flashlight PTG); XPO-005248–5249 (Inspect Driver's Side of Cab PTG); XPO-005250 (Inspect Driver's Side of Equipment PTG); XPO-005251–5254 (Inspect Driver's Side of Trailer PTG); XPO-005255–5256 (Couple Dolly to Tractor PTG); XPO-005257–5259 (Couple Dolly to Trailer for Towing PTG); XPO-005260–5261 (DOT-Compliance Guide No DOT 14 CMV Pre Post Inspections_Final); XPO-005262–5264 (City Arrive Gate PTG); XPO-005265 (Connect Electrical and Air Lines PTG); XPO-005268–5271 (Couple Dolly to Rear Trailer PTG); XPO-005272 (Connect Electrical and Air Lines PTG); XPO-005273–5274 (Prepare Trailer for Movement PTG); XPO-005275 (Check for Air Loss PTG); XPO-005276–5278 (Position and Couple Tractor to Trailer PTG); XPO-005279 (Inspect Coupling utilizing Flashlight PTG); XPO-005280–5281 (Inspect Rear of Trailer PTG); XPO-002013-2026 (Smith System Backing Safety Training); XPO-002027-2043 (Smith System Forward Motion Training); XPO-002044-2045 (Smith System Backing and Forward Motion Video).**

17. **First Request for Production No. 61**: XPO shall produce to Plaintiff any document,

article or presentation prepared and/or presented by any XPO representative relating to the safe

operation of a commercial motor vehicle that was provided or offered to William Lamb.

**ANSWER: All, documents, articles, or presentations prepared and/or presented by any XPO representative relating to the safe operation of a commercial motor vehicle that were provided or offered to William Lamb can be found at the following Bates ranges: XPO-001616-001731 (US Employee Handbook); XPO-001732-001785 (LTL Handbook Supplemental CONFIDENTIAL); XPO-001881 (Lamb XPO Univ. Transcript); XPO-001883 (Lamb XPO Univ. Transcript); XPO-005159-005281 (Training Materials Loading/Unloading); XPO-005282 (Truckers Against Trafficking); XPO-005283 (Drug and Alcohol Testing Video); XPO-002727–2748 (Dock Operations Trainee Manual); XPO-002749-2766 (Extreme Weather Prevention); XPO-002046-2057 (PTI Training Videos); XPO-002767-2834 (Forklift and Pallet Jack Training); XPO-002835-2840 (FORMS Packet); XPO-002844-2880 (Freight Handling Training); XPO-002881-2908 (HAL [Heavy, Awkward, Long] and Tall Freight Training); XPO-002909-2946 (Handling Hazardous Materials); XPO-002951-2971 (HazCom Standard – Right to Understand Training); XPO-002978-3020 (HM232 – Statute 172.704(a)(4), (5) In-Depth Security Training); XPO-003021–3045 (Injury Prevention Training); XPO-003050–3071 (LOTO/Tagout Training for Affected Employees); XPO-003072–3108 (New Hire Employee Orientation); XPO-003109–3117 (Practical Skills Assessment – Dock Work); XPO-003118–3126 (Practical Skills Assessment**

15

**– Forklift); XPO-003127–3147 (Practical Skills Assessment – Hazardous Materials and Owning Personal Safety); XPO-003148–3152 (Safety Policy Overview); XPO-003153–3164 (XPO Edge Smart and Zero Defect Method Quick Sheet); XPO-003164–3165 (Smith Systems Curriculum); XPO-005284–5300 (Alcohol and Drug Safety Policy Packet); XPO-005320–5326 (STD-OPS – Reviewing BOLs at Pickup); XPO-005332–5346 (Exceptions at Delivery and BOLs at Pickup); XPO-005347–5350 (Dimension Capture at Customer and Exact Check-In for DSRs); XPO-005351–5372 (Safety Technologies on CMV Equipment); XPO-005373–5424 (Safe Coupling Procedures); XPO-005425–5428 (MobileSCO – City P&D Training); XPO-005429–5442 (Liftgate Safety); XPO-005472–5508 (Hostling Training); XPO-005509–5526 (Intro to Drive Safe Systems [DSS] Training); XPO-005527–5541 (Fatigue Management Module for Drivers); XPO-005542–5550 (Form Packet – Driving Curriculum); XPO-005443–5471 (Long-Box Trailer Tail Swing and Tandem Off Tracking); XPO-005551–5561 (Converter Dolly Safety); XPO-005562–5581 (Compliance Safety Accountability [CSA] Overview); XPO-001907–1911 (Smith System – 5 Keys); XPO-001912–1924 (Smith System – Backing Safety Training); XPO-001925–1926 (System Driver Evaluation Form and Instructor Disclaimer); XPO-001927–1929 (Smith System Instructor Evaluation Form, Red Dot Training Aid, and Backing Key Concepts); XPO-001931–1932 (Smith System – Forward Motion Key Concepts); XPO-001934–1950 (System Forward Motion Training and Master Quiz Answer Key); XPO-001953–2012 (Standard Smith System Facilitator Guide and Smith System 2012 Manual); XPO-002013–2043 (Smith System – Backing Safety Training and Forward Motion Training); XPO-002058–2127 (Emergency Warning Devices and Extreme Weather Prevention); XPO-002128–2181 (Fatigue Management Module); XPO-002182–2297 (Forklift and Pallet Jack Training); XPO-002298–2402 (Handling Hazardous Materials and In-Depth Security Training – Combined); XPO-002403–2522 (Injury Prevention Materials); XPO-002523–2544 (LOTO Training for Affected Employees); XPO-002545–2561 (Preventing Rollovers); XPO-2562–2671 (Safe Coupling Procedures); XPO-002672–2673 (Safety Technologies on CMV Equipment); XPO-002694–2724 (Winter Working Safety); XPO-005582-5602 (Accident at Scene Procedures); XPO-003164-3165 (Smith Systems Curriculum); XPO-005159-5160 (Uncoupling of Tractor); XPO-005161-5162 (Vehicle Inspection Evaluation Score Sheet); XPO-005163-5173 (Yard Departure Arrival Process Map); XPO-005174-5175 (Test Parking and Service Brakes); XPO-005176-5177 (Uncouple Dolly from Lead Trailer); XPO-005178-5179 (Uncouple Rear Trailer from Dolly); XPO-005180 (Uncoupling Tractor from Trailer); XPO-005181 (Test Governor Cut Out); XPO-005182 (Test Low Air Warning and Tractor Protection Valve); XPO-005183 (Dolly Pre-Trip Inspection); XPO-005184 (Post-Trip Inspection); XPO-005185 (Tractor Pre-Trip Inspection); XPO-005186 (Trailer Pre-Trip Inspection); XPO-005187 (Uncoupling Doubles); XPO-005188 (City Arrive Gate Process); XPO-005189 (Coupling Doubles); XPO-005190 (Coupling Tractor to Trailer); XPO-005191-5192 (Spot Dolly at Rear Trailer); XPO-005193–5196 (STD-OPS-City Depart Gate-G-01); XPO-005198 (Prepare Trailer for Movement PTG); XPO-005199 (Secure Equipment for Exiting PTG); XPO-005200 (Secure Tractor for Exiting PTG); XPO-005201–5202 (Separation of Tractor from Trailer PTG); XPO-005203–5205 (Inspect Tractor In-Cab PTG); XPO-005206–5208 (Perform Pre-Trip Inspection PTG); XPO-005209–5211 (Position and Couple Tractor to Trailer PTG); XPO-005212 (Prepare Equipment for Uncoupling PTG); XPO-005213–5218 (Inspect Side Engine Compartments PTG); XPO-005219–5220 (Inspect the Nose of Dolly PTG); XPO-005221–5224 (Inspect the Rear of Dolly PTG); XPO-**

16

**005225 (Inspect Passenger's Side Rear of Cab PTG); XPO-005226–5229 (Inspect Rear of Tractor PTG); XPO-005230–5232 (Inspect Rear of Trailer PTG); XPO-005233 (Inspect Passenger's Side of Cab PTG); XPO-005234 (Inspect Passenger's Side of Equipment PTG); XPO-005235–5238 (Inspect Passenger's Side of Trailer PTG); XPO-005239 (Inspect Overall Condition of Dolly PTG); XPO-005240 (Inspect Overall Condition of Tractor PTG); XPO-005241 (Inspect Overall Condition of Trailer PTG); XPO-005242 (Inspect Driver's Side Rear of Cab PTG); XPO-005243–5244 (Inspect Front of Tractor PTG); XPO-005245 (Inspect Front of Tractor-Trailer PTG); XPO-005246 (Inspect Front of Trailer PTG); XPO-005247 (Inspect Coupling utilizing Flashlight PTG); XPO-005248–5249 (Inspect Driver's Side of Cab PTG); XPO-005250 (Inspect Driver's Side of Equipment PTG); XPO-005251–5254 (Inspect Driver's Side of Trailer PTG); XPO-005255–5256 (Couple Dolly to Tractor PTG); XPO-005257–5259 (Couple Dolly to Trailer for Towing PTG); XPO-005260–5261 (DOT-Compliance Guide No DOT 14 CMV Pre Post Inspections_Final); XPO-005262–5264 (City Arrive Gate PTG); XPO-005265 (Connect Electrical and Air Lines PTG); XPO-005268–5271 (Couple Dolly to Rear Trailer PTG); XPO-005272 (Connect Electrical and Air Lines PTG); XPO-005273–5274 (Prepare Trailer for Movement PTG); XPO-005275 (Check for Air Loss PTG); XPO-005276–5278 (Position and Couple Tractor to Trailer PTG); XPO-005279 (Inspect Coupling utilizing Flashlight PTG); XPO-005280–5281 (Inspect Rear of Trailer PTG); XPO-002013-2026 (Smith System Backing Safety Training); XPO-002027-2043 (Smith System Forward Motion Training); XPO-002044-2045 (Smith System Backing and Forward Motion Video); XPO-005301–5319, XPO-005327–5331 (XPO Univ. Tests/Quizzes – Pick-up and delivery, preventing driver fatigue, safe coupling procedures, safety technologies on CMV equipment, hostler training, human trafficking quiz, accident reporting, converter dolly quiz); XPO-002725–2726 (Customs Quiz); XPO-002841–2843 (Freight Handling Quiz); XPO-002947–2950 (Hazcom Quiz); XPO-002972–2975 (HM Quiz); XPO-002046–3047 (Inspection Process Quiz); XPO-003048–3049 (LOTO Quiz); XPO-002976–2977 (HM-232 Quiz); XPO-001930 (Smith System Backing Quiz); XPO-001933 (Smith System Forward Motion Quiz); XPO-001951–1952 (Smith System On-Road Quiz).**

18.    **First Request for Production No. 65:** XPO shall produce to Plaintiff a fully

unredacted version of XPO's Accident Register, which is required to be maintained by federal law

(49 CFR 390.15).

**ANSWER: XPO's SOS Reports serve as the company's functional and substantive equivalent of an "Accident Register" as defined by 49 CFR 390.15 because it captures, documents, and retains the same categories of information the regulation requires. Each SOS Report records the date of the accident, the city/town and state where the accident occurred, the driver's name, number of injuries, number of fatalities, whether hazardous materials were released, and the Reports are preserved for three years after the date of each accident. XPO's unredacted versions of SOS Reports can be found at the following Bates ranges: XPO-005150–005156.**

19.    **Request for Production 66:** XPO shall produce to Plaintiff all Rule 30(b)(6) deposition transcripts, that are in the possession and control of XPO, from corporate designees from XPO for litigation within the last 5 years that involve the following: (a) serious injury (as the term "serious" is defined in this Order) or death and (b) a left turn by XPO's driver. These transcripts shall be produced in an unredacted format to Plaintiff.

**ANSWER: Please see the following Bates ranges: XPO-005722-5784.**

20.    **Second Request for Production No. 1**: XPO shall produce to Plaintiff all telematics (Samsara or Lytx) videos, datasets, photos, screenshots, comments, coaching sessions, events coached and session notes relating to William Lamb from the date of hire (09/09/20-present).

**ANSWER: Please see the following Bates ranges: XPO-000091-96 (Driving Coaching January 2021); XPO-000102-107 (Driving Coaching May and June 2021); XPO-000110-111 (Driving Coaching September 2021); XPO-000108 (Letter of Instruction); XPO-005616-5630 (Coaching Videos 2021-2022); XPO-005631-5639 (Safety Dashboard 2021-2022); XPO-005648-5650 (Safety Dashboard Samsara 2022-2023); XPO-005640-5642 (Coaching Videos 2023-2024); XPO-005646-5647 (Safety Dashboard Samsara 2023-2024); XPO-005651-5653 (Safety Dashboard Samsara 2024-2025) ;XPO-005158 (Driver Vehicle Inspection Reports 10.11.2023-02.22.2025); XPO-003166–3308 (Apr–May 2024, Samsara Driver HOS Logs for William Lamb); XPO-003309–3445 (Aug–Sep 2024, Samsara Driver HOS Logs for William Lamb); XPO-003446–3572 (Dec 2023–Jan 2024, Samsara Driver HOS Logs for William Lamb); XPO-003573–3628 (Dec 2024–Jan 2025, Samsara Driver HOS Logs for William Lamb); XPO-003629–3781 (Feb–Mar 2024, Samsara Driver HOS Logs for William Lamb); XPO-003782–3815 (Feb 2025, Samsara Driver HOS Logs for William Lamb); XPO-003816–3955 (Jan–Feb 2024, Samsara Driver HOS Logs for William Lamb); XPO-003956–4004 (Jan–Feb 2025, Samsara Driver HOS Logs for William Lamb); XPO-004005–4160 (Jul–Aug 2024, Samsara Driver HOS Logs for William Lamb); XPO-004161–4304 (Jun–Jul 2024, Samsara Driver HOS Logs for William Lamb); XPO-004305–4448 (Mar–Apr 2024, Samsara Driver HOS Logs for William Lamb); XPO-004449–4600 (May–Jun 2024, Samsara Driver HOS Logs for William Lamb); XPO-004601–4680 (Nov–Dec 2023, Samsara HOS Logs for William Lamb); XPO-004681–4804 (Nov–Dec 2024, Samsara Driver HOS Logs for William Lamb); XPO-004805–4959 (Oct–Nov 2024, Samsara Driver HOS Logs for William Lamb); XPO-004960–5009 (Oct–Nov 2023, Samsara Driver HOS Logs for William Lamb); XPO-005010–5148 (Sep–Oct 2024, Samsara Driver HOS Logs for William Lamb).**

18

21. **Second Request for Production No. 2**: XPO shall provide Plaintiff any documents that identify employees of XPO (or third parties) who have monitored telematics programs (Samsara or Lytx) and/or telematics data for employee William Lamb from the date of hire (09/09/20- present).

**ANSWER: There are no third parties or XPO employees who monitor or have monitored any telematics programs or telematics data for employee William Lamb from the date of hire through present.**

22. **Second Request for Production No. 4**: XPO shall produce to Plaintiff logs of all safety alerts received in the telematics (Samsara or Lytx) safety inbox or other location designated for William Lamb for 6-months prior to the subject crash on October 11, 2023 through present.

**ANSWER: Samsara uses the term "safety events" to describe instances where driving behavior or vehicle data triggers a recorded incident. Samsara does not use the term "safety alerts" in its platform or reporting. Accordingly, to the extent that responses or documents reference "safety alerts," such references should be understood to mean "safety events" as defined and recorded by Samsara. Samsara generates only certain types of ephemeral safety alerts, such as panic button notifications, dashboard notifications, or in-app notifications when a user is logged in. These notifications are not archived or preserved in the same manner as event video or hours-of-service logs. The system does not retain other notifications once dismissed. Current Safety Dashboard documents are being produced at Bates ranges: XPO-005616-5630 (Coaching Videos 2021-2022); XPO-005631-5639 (Safety Dashboard 2021-2022); XPO-005648-5650 (Safety Dashboard Samsara 2022-2023); XPO-005640-5642 (Coaching Videos 2023-2024); XPO-005646-5647 (Safety Dashboard Samsara 2023-2024); XPO-005651-5653 (Safety Dashboard Samsara 2024-2025).**

23. **Second Request for Production No. 6:** XPO shall produce to Plaintiff a printout of the telematics (Samsara or Lytx) "Safety Score" (or its equivalent) and the configuration page under any telematics program used by XPO for the 3-months prior to the subject crash of October 11, 2023 through present.

**ANSWER: Safety Scores are calculated dynamically based on current configuration settings, and the system does not preserve historical configuration records or provide a log that would allow reconstruction of prior setting methodologies. Because Safety Scores function as a forward-looking coaching and performance tool rather than a permanent, auditable record,**

no historical configuration data exists. Safety Dashboard documents are being produced at Bates range: XPO-005631-5639 (Safety Dashboard 2021-2022); XPO-005648-5650 (Safety Dashboard Samsara 2022-2023); XPO-005646-5647 (Safety Dashboard Samsara 2023-2024); XPO-005651-5653 (Safety Dashboard Samsara 2024-2025).

24. **Second Request for Production No. 8**: XPO shall produce to Plaintiff a printout of the alert configuration page for any telematics software (Samsara or Lytx) used by XPO for the date of the subject crash (October 11, 2023).

**ANSWER: Samsara Safety Scores are calculated dynamically using the system's current configuration settings. Samsara does not preserve historical versions of those settings, and there is no log or version history that would allow reconstruction of how scores may have been calculated at any point in the past. Safety Scores operate as a forward-looking coaching and performance tool, not as a permanent or auditable record of driver behavior. Current Safety Dashboard documents are being produced at Bates range: XPO-005631-5639 (Safety Dashboard 2021-2022); XPO-005648-5650 (Safety Dashboard Samsara 2022-2023); XPO-005646-5647 (Safety Dashboard Samsara 2023-2024); XPO-005651-5653 (Safety Dashboard Samsara 2024-2025).**

25. **Second Request for Production No. 9**: XPO shall produce to Plaintiff all notifications in the telematics software (Samsara or Lytx) inbox (or other similar location) for William Lamb for 6-months prior to the subject crash of October 11, 2023 through present.

**ANSWER: Samsara generates only certain types of ephemeral safety alerts, such as panic button notifications, dashboard notifications, or in-app notifications when a user is logged in. These notifications are not archived or preserved in the same manner as event video or hours-of-service logs. The system does not retain other notifications once dismissed. Accordingly, no responsive safety alerts or notifications exist. Because Samsara does not retain historical notification data, no responsive notifications exist in the Samsara inbox for Lamb 6-months prior to October 11, 2023, through present.**

26. **Second Request for Production No. 10**: XPO shall produce to Plaintiff documents relating to the telematics (Samsara or Lytx) safety settings utilized for William Lamb's commercial vehicle.

**ANSWER: Samsara Safety Scores are calculated dynamically based on current**

20

configuration settings, and the system does not preserve historical configuration records or provide a log that would allow reconstruction of prior scoring methodologies. Because Safety Scores function as a forward-looking coaching and performance tool rather than a permanent, auditable record, no historical configuration data exists.

27. **Second Request for Production No. 11**: XPO shall produce to Plaintiff documents relating to the safety settings in any telematics transportation management system or software (Samsara or Lytx) as of the date of the subject crash of October 11, 2023.

**ANSWER: Samsara Safety Scores are calculated dynamically based on current configuration settings, and the system does not preserve historical configuration records or provide a log that would allow reconstruction of prior scoring methodologies. Because Safety Scores function as a forward-looking coaching and performance tool rather than a permanent, auditable record, no historical configuration data exists.**

28. **Second Request for Production No. 13**: XPO shall produce to Plaintiff the administrative username and password for any telematics software/safety management system (Samsara or Lytx) being used by XPO as of the date of the subject crash of October 11, 2023 in order for Plaintiffs consultant(s) to assess the transportation management system account for data and information relating specifically to (a) the subject crash of October 11, 2023 and (b) William Lamb. Said consultant of Plaintiff shall be qualified and shall be allowed to access the telematics data at a mutually agreeable location and time.

**ANSWER: As explained in the affidavit served with these responses, Samsara's telematics software is a sophisticated fleet safety and management system with a complex administrative dashboard containing hundreds of interrelated settings. It is not designed for untrained users, and XPO strictly limits administrative access to a small number of authorized safety personnel who are fully trained in its use through specialized instruction as well as ongoing oversight and continuing education. XPO has an overriding safety obligation to the general public and to its shareholders to ensure that only authorized and properly trained personnel are permitted to access the administrative features of the system. Providing administrative-level credentials would effectively grant Plaintiffs unfettered access to XPO's proprietary systems, which contain sensitive business information, confidential safety protocols, and personally identifiable information (PII) of employees and third parties wholly unrelated to this litigation.**

21

Granting administrative credentials outside of its authorized safety personnel would create serious and unacceptable safety and commercial risks. Samsara's administrative tools directly control safety-critical features across XPO's nationwide fleet, which operates thousands of vehicles in all fifty states. Many of these features relate directly to federally mandated safety and compliance functions. Improper use of these tools, even inadvertently, could disable in-cab and road-facing video recording, delete or prevent the recording of safety events, delete safety alerts, delete stored videos, alter triggering thresholds for g-force, speeding, or hours-of-service violations, turn off compliance logging, or otherwise modify configurations in a manner that would compromise the company's safety program. Such changes could potentially jeopardize XPO's regulatory compliance and its ability to monitor driver safety.

In that regard, the effect of a single improper change could compromise monitoring and compliance functions for drivers and equipment nationwide, creating unnecessary risk for XPO's drivers, other motorists, and the public at large. Such changes would also expose XPO to severe regulatory consequences and commercial harm. Because the consequences of improper use extend well beyond this case, inadvertent use of administrative credentials could also expose the requesting party to allegations of spoliation or liability if safety-critical data were lost or altered. Such access could also expose drivers to unauthorized surveillance, exploitation of private data, or misrepresentation of their driving history, all of which are unacceptable safety and privacy risks. Accordingly, no party outside of XPO has ever been granted such administrative access because doing so would open the door to potentially catastrophic breaches of safety and security.

XPO has produced all relevant reports and data from its telematics systems that pertain to the subject crash. Nevertheless, XPO is willing to meet and confer regarding a reasonable protocol that would allow a qualified consultant to review relevant information without compromising the security of XPO's systems. For example, XPO is prepared to make available a knowledgeable XPO representative to operate the system in real time while Plaintiffs' consultant poses inquiries pursuant to an agreed upon protocol. Counsel for both parties may be present to ensure that the scope of review remains appropriate and limited to relevant issues and within the scope of the Court's above directive. This type of supervised access protocol has been successfully implemented in other litigation contexts where parties sought access to sensitive internal systems, and it strikes the necessary balance: Plaintiffs' discovery needs are met, while XPO's overriding obligation to maintain safety, confidentiality, privacy, and system integrity is preserved.

29.    **Second Request for Production No. 14**: XPO shall produce a complete full-length, uncut and unredacted version of any and all video footage from the date of the subject crash of October 11, 2023, regardless of the quality of the video footage.

**ANSWER: XPO's Samsara telematics system does not continuously archive video footage as**

**a matter of course. The cameras record only when triggered by certain events, including when a g-force threshold is met, or when the driver manually activates the panic button. Mr. Lamb did not activate the panic button on October 11, 2023. As such, a reasonable search and diligent inquiry confirmed that the only preserved video from his Samsara system consists of clips relating to the subject accident and one other safety event. Those clips were produced previously at Bates range: XPO-000052-57 (Videos of Accident).**

This the 1st day of October, 2025.

GORDON REES SCULLY MANSUKHANI LLP

By:

*/s/ Robert Beckmann*
Robert Beckmann
N.C. State Bar No.: 63232
Austin R. Kessler
N.C. Bar No. 55732
Devin Honbarger
N.C. Bar No. 59513
150 Fayetteville Street, Suite 1120
Raleigh, North Carolina 27601
Telephone: (919) 787-4555
Facsimile: (919) 741-5840
E-mail: rbeckmann@grsm.com
E-mail: akessler@grsm.cmom
Email: dhonbarger@grsm.com
*Counsel for Defendant XPO Logistics Freight, Inc.*

**STATE OF NORTH CAROLINA**
**COUNTY OF ROBESON**

**IN THE GENERAL COURT OF JUSTICE**
**SUPERIOR COURT DIVISION**
**24-CVS-468**

CINDY SOLES SMITH, Administratrix of the
ESTATE OF MARK KEANNAN SMITH,

             Plaintiff/Counterclaim-
             Defendant,

v.

XPO LOGISTICS FREIGHT, INC.,

             Defendant/Counterclaim-
             Plaintiff.

**AFFIDAVIT OF RILEY ANDERSON**

I, Riley Anderson, being duly sworn, depose and say:

1.     I am over 18 years of age and am competent to make this affidavit in this matter.

2.     I am employed by **XPO LOGISTICS FREIGHT, INC.** as the Manager of Safety, and I am fully authorized to make this Affidavit.

3.     In my current role, I am responsible for managing and facilitating the telematics platform Samsara for XPO's nationwide fleet, which includes more than 8,000 tractors operating across the United States. Specifically, this includes overseeing the configuration, maintenance, and security of Samsara.

4.     As of October 11, 2023, XPO's fleet used only the Samsara platform for telematics and safety management. However, XPO respectfully declines to produce administrative credentials for this telematics system. This is because Samsara's telematics software is a sophisticated fleet safety and management system with a complex administrative dashboard containing hundreds of interrelated settings.

5.     XPO uses a version of Samsara designed specifically for XPO, which is unsafe for

1

untrained users, and XPO strictly limits administrative access to a small number of authorized safety personnel who are fully trained in its use through specialized instruction as well as ongoing oversight and continuing education.

6.      Before allowing anyone administrative access to XPO's personalized Samsara system, XPO requires that individuals complete: (1) 40 hours of administrative training; (2) 10 hours of Samsara workshops; (3) XPO's safety, compliance, and management training; (4) 24 hours of annual workshops; (5) two hours of XPO U training; and (6) 4 hours of XPO hands-on safety manager training. Additionally, individuals are required to review approximately 150 personalized permissions during the onboarding procedure.

7.      Untrained access to the administrative dashboard creates a material risk of inadvertent changes that could alter compliance records, misrepresent driver activity, or interfere with coaching and event review processes. Specifically, the individual could (1) log in as any user to an account and make changes; (2) edit driver logs, causing falsification of documents for the driver; (3) share videos with drivers that XPO has designated for management's eyes only; and (4) mark an event as dismissed or coached despite the event not having been reviewed with the driver.

8.      Additionally, XPO regularly has open support tickets with Samsara concerning data accuracy issues, including hours of service, speeding, nudges, safety reports, and email alerts. An individual unfamiliar with these pending issues could easily misinterpret the data if they attempted to analyze it without that context.

9.      XPO has an overriding safety obligation to the general public and to its shareholders to ensure that only authorized and properly trained personnel are permitted to access the administrative features of the system. Providing administrative-level credentials would effectively grant Plaintiff unfettered access to sensitive business information, confidential safety protocols,

2

and personally identifiable information (PII) of employees and third parties wholly unrelated to this litigation. Administrative settings in Samsara are applied at the account level; a single inadvertent change can immediately affect monitoring, recording, and alerting behavior across XPO's nationwide fleet rather than a single unit. These are not abstract IT concerns; they translate directly into fewer recorded safety events, delayed coaching, and reduced visibility into driver behavior on public roads.

10.     Further, Samsara's administrative tools directly control safety-critical features across XPO's nationwide fleet, which operates thousands of vehicles in all fifty states. Many of these features relate directly to federally mandated safety and compliance functions. For example, disabling or misconfiguring camera or event-detection settings would reduce or halt the capture of critical road and in-cab safety events. Altering speed or g-force thresholds would suppress or distort safety alerts, and changing hours-of-service or compliance logging settings would impair legally required monitoring.

11.     Even a well-intentioned adjustment to a global setting can instantly curtail safety recording or silence alerts across thousands of tractors, degrading XPO's ability to monitor drivers in real time and respond to unsafe conditions. This includes but is not limited to potentially disabling in-cab and road-facing video recording, deleting or preventing the recording of safety events, deleting safety alerts, deleting videos, altering triggering thresholds for g-force, speeding, or hours-of-service violations, turning off compliance logging, or otherwise modifying configurations in a manner that would compromise the company's safety program. Such changes could potentially jeopardize XPO's regulatory compliance and its ability to monitor driver safety.

12.     In that regard, the effect of a single improper change could compromise monitoring and compliance functions for drivers and equipment nationwide, creating a threat to XPO's drivers,

3

other motorists, and the public at large. Such changes would also potentially expose XPO to regulatory consequences and commercial harm.

13. Because the consequences of improper use extend well beyond this case, inadvertent use of administrative credentials could expose the requesting party to allegations of spoliation or liability if safety-critical data were lost or altered. Unsupervised administrative access could also expose drivers to unauthorized surveillance and exploitation of private data, including but not limited to drivers' license numbers, phone numbers, or misrepresentation of their driving history, all of which are unacceptable safety and privacy risks. Accordingly, no party outside of XPO has ever been granted such administrative access because doing so would potentially open the door to significant breaches of safety and security.

14. Nevertheless, XPO is willing to meet and confer regarding a reasonable protocol that would allow a qualified consultant to review relevant information without compromising the security of XPO's systems.

15. For example, XPO is prepared to make available a knowledgeable XPO representative to operate the system in real time while Plaintiff's consultant poses inquiries pursuant to an agreed upon protocol. Counsel for both parties may be present to ensure that the scope of review remains appropriate and limited to relevant issues. This type of supervised access protocol has been successfully implemented in other litigation contexts where parties sought access to sensitive internal systems, and it strikes the necessary balance: Plaintiff's discovery needs are met, while XPO's overriding obligation to maintain safety, confidentiality, privacy, and system integrity is preserved.

16. Consistent with the Court's order, any review would be limited to data relating specifically to (a) the October 11, 2023 incident and (b) William Lamb. A knowledgeable XPO

operator will navigate Samsara in real time while Plaintiff's consultant directs the queries; no administrative settings will be exposed or altered. Relevant, non-privileged exports identified during the session can be provided afterward to ensure the integrity of data transfer.

17.     The supervised review described above ensures that Plaintiff's consultant can examine incident-related information without any ability to alter configurations that govern fleet safety monitoring. It also ensures discovery is meaningful without creating disproportionate risks.

18.     Further affiant sayeth not.

Subscribed and sworn to before me on

this  1  day of  October , 2025.

Margaret Elmore

Notary Public  MSElmore

RILEY ANDERSON

*Manager of Safety*

XPO Logistics Freight, Inc.

5

**STATE OF NORTH CAROLINA**
**COUNTY OF ROBESON**

**IN THE GENERAL COURT OF JUSTICE**
**SUPERIOR COURT DIVISION**
**24-CVS-468**

CINDY SOLES SMITH, Administratrix of the
ESTATE OF MARK KEANNAN SMITH,

          Plaintiff/Counterclaim-
          Defendant,

   v.

XPO LOGISTICS FREIGHT, INC.,

          Defendant/Counterclaim-
          Plaintiff.

**VERIFCATION OF SUPPLEMENTAL**
**INTERROGATORIES**

I, Bradley Lutz, being duly sworn, depose and say that I am an employee of Defendant XPO Logistics Freight, Inc., and that I am authorized to execute this Verification on its behalf. I have read the foregoing Supplemental Responses to Interrogatories and state that the same are true and correct to the best of my knowledge and belief.

Subscribed and sworn to before me on

this  1  day of  Oct  , 2025.

*Emily D Herring*
Notary Public

Bradley Lutz

*Service Center Manager*

XPO Logistics Freight, Inc.

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that I caused the foregoing to be served upon all counsel of record by email pursuant to the North Carolina Rules of Civil Procedure addressed as follows:

J. William Owen
Musselwhite, Musselwhite, Branch & Grantham, P.A.
P.O. Box 1448
Lumberton, NC 28359
wowen@mmbglaw.com
*Counsel for Plaintiff Cindy Smith,*
*Administratrix of the Estate of Mark K. Smith*

Jennifer Welch
Cranfill Sumner
P.O. Box 27808
Raleigh, NC 27611-7808
jwelch@cshlaw.com
*Counsel for Counterclaim-Defendant Cindy Smith,*
*Administratrix of the Estate of Mark K. Smith*

This the 1st day of October, 2025.

**Gordon Rees Scully Mansukhani, LLP**

By:

*/s/ Robert Beckmann*
Robert Beckmann