IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:25-cv-01545-D-BM

| | |
|---|---|
| CINDY SOLES SMITH, Administratrix of the ESTATE OF MARK KEANNAN SMITH,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>XPO LOGISTICS FREIGHT, INC.,<br><br>    Defendant/Counterclaim-Plaintiff. | **DECLARATION OF ROBERT W. F. BECKMANN IN SUPPORT OF RESPONSE IN OPPOSITION TO MOTION FOR REMAND** |

I, Robert W. F. Beckmann, hereby affirm in support of Defendant XPO Logistics Freight, Inc.'s ("XPO" or "Defendant") Response in Opposition, the following:

1. I am an attorney admitted to practice law in the State of North Carolina and before this Honorable Court.

2. On January 2, 2025, Plaintiff filed her First Motion to Compel against XPO. A true and accurate copy of same is attached hereto as "**Exhibit 1**".

3. On February 26, 2025, Plaintiff filed her Motion for Sanctions and Second Motion to Compel Against XPO. A true and accurate copy of same is attached hereto as "**Exhibit 2**".

4. On January 13, 2025, a hearing was held on Plaintiff's January 2, 2025 Motion. A true and accurate copy of the relevant transcript is attached hereto as "**Exhibit 3**".

5. On April 16, 2025, a hearing was held on Plaintiff's February 26, 2025 Motion. A true and accurate copy of the relevant transcript is attached hereto as "**Exhibit 4**".

6. On June 5, 2025, Plaintiff filed her Motion to Sever. A true and accurate copy of same

1

is attached hereto as "**Exhibit 5**".

7. On June 30, 2025, a hearing was held on Plaintiff's June 5, 2025 Motion. A true and accurate copy of the relevant transcript is attached hereto as "**Exhibit 6**".

8. On December 2, 2024, XPO served an initial Rule 8 request on Plaintiff. A true and accurate copy of same is attached hereto as "**Exhibit 7**".

9. On December 5, 2024, Plaintiff served a response to the initial Rule 8 request. A true and accurate copy of same is attached hereto as "**Exhibit 8**".

10. Numerous email correspondence was had between XPO and Plaintiff's counsel regarding discovery and other case management issues between 2023 and 2025. A true and accurate copy of select excerpts of those email chains is attached hereto as "**Exhibit 9**".

11. On December 2, 2024, XPO served a supplemental response to Plaintiff's Rule 8 Request for Monetary Relief. A true and accurate copy of same is attached hereto as "**Exhibit 10**".

12. On September 8, 2025, XPO served a second Rule 8 request on Plaintiff. A true and accurate copy of same is attached hereto as "**Exhibit 11**".

13. On September 17, 2025, XPO served its First Set of Requests for Admission on Plaintiff. A true and accurate copy of same is attached hereto as "**Exhibit 12**".

14. On September 18, 2025, Plaintiff served her responses to XPO's First Set of Requests for Admission. A true and accurate copy of same is attached hereto as "**Exhibit 13**".

15. On October 1, 2025, XPO served Plaintiff with Supplemental Discovery Responses and Production. A true and accurate copy of same is attached hereto as "**Exhibit 14**".

16. On August 20, 2025, Plaintiff served an undated 30(b)(6) Notice in an email requesting good dates for the deposition of XPO's corporate representative. A true and accurate copy of both items is attached hereto as "**Exhibit 15**".

17. Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

This 24th day of November 2025.

**GORDON REES SCULLY MANSUKHANI LLP**

By: *Robert W. F. Beckmann*
Robert W. F. Beckmann
N.C. State Bar No.: 63232
Austin R. Kessler
N.C. Bar No. 55732
Devin Honbarger
N.C. Bar No. 59513
150 Fayetteville Street, Suite 1120
Raleigh, North Carolina 27601
Telephone: (919) 787-4555
Facsimile: (919) 741-5840
E-mail: rbeckmann@grsm.com
E-mail: akessler@grsm.com
E-mail: dhonbarger@grsm.com
***Counsel for Defendant XPO Logistics Freight, Inc.***

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **DECLARATION OF ROBERT W. F. BECKMANN**, including all referenced exhibits and other documents, with the Clerk of Court for the Eastern District of North Carolina by using the CM/ECF system, which will send notification of such filing to the following counsel of record:

| J. William Owen<br>Musselwhite, Musselwhite, Branch & Grantham, P.A.<br>P.O. Box 1448<br>Lumberton, NC 28359<br>wowen@mmbglaw.com<br>*Counsel for Plaintiff Cindy Smith, Administratrix of the Estate of Mark K. Smith* | Troy D. Shelton<br>Dowling PLLC<br>3801 Lake Boone Trail, Suite 260<br>Raleigh, NC 27606<br>tshelton@dowlingfirm.com<br>*Counsel for Counterclaim-Defendant Cindy Smith, Administratrix of the Estate of Mark K. Smith* |
|---|---|

This 24th day of November 2025.

**GORDON REES SCULLY MANSUKHANI LLP**

By: *Robert W. F. Beckmann*
Robert W. F. Beckmann
N.C. State Bar No.: 63232
Austin R. Kessler
N.C. Bar No. 55732
Devin Honbarger
N.C. Bar No. 59513
150 Fayetteville Street, Suite 1120
Raleigh, North Carolina 27601
Telephone: (919) 787-4555
Facsimile: (919) 741-5840
E-mail: rbeckmann@grsm.com
E-mail: akessler@grsm.com
E-mail: dhonbarger@grsm.com
*Counsel for Defendant XPO Logistics Freight, Inc.*