# Continuation of Exhibit Index – Estate of Mark Smith v. XPO Logistics Freight, Inc.

## No.: 7:25-cv-01545-D-BM

Plaintiff continues from the previously filed Exhibits 1-94 in the following order:

- Exhibit 95 – Lamb's First Supplemental Responses to Plaintiff's Discovery Request (September 3, 2024)

- Exhibit 96 – Email from Appellate Counsel for XPO Regarding Proposed Record on Appeal (November 7, 2025)