# Exhibit 96

# Email from XPO's Appellate Counsel (November 4, 2025)

| From: | Caitlin Mitchell |
|---|---|
| To: | wowen@mmbglaw.com; Troy Shelton; jwelch@cshlaw.com; Brandi Davis |
| Cc: | Allison Becker; Tracy Smith; Robert Beckmann; Austin King; Devin Honbarger |
| Subject: | SERVICE: Proposed Record on Appeal (Smith v. XPO) |
| Date: | Friday, November 7, 2025 2:23:02 PM |

Good afternoon,

Shortly you will receive a Titanfile email from @Brandi Davis (copied here). This Titanfile link will contain the following five PDFs, which together, reflect XPO's proposed Record on Appeal:

1. Proposed Printed Record
2. [Proposed] Rule 9(d) Documentary Exhibit - Volume I (Written Discovery)
3. [Proposed] Rule 9(d) Documentary Exhibit – Volume II (Unfiled Brief and Hearing Notebook)
4. 13 January 2025 Hearing Transcript
5. 16 April 2025 Hearing Transcript

When reviewing, please note that we designated in red font the content that will be updated before the final Record is submitted to the Court (e.g., unknown dates and page numbers). Notably, we still need to add page numbers to the Index of the Printed Record and update/correct the page numbers referenced on many of the slip sheets contained throughout the Printed Record. We are just waiting for the parties to agree on the content and organization of the appellate record before these administrative tasks are completed.

Please let us know if you have any questions or have any issues accessing the files.

Warm regards,

Caitlin Mitchell

---

**CAITLIN A. MITCHELL** (She/Her/Hers)
Senior Counsel



**GORDON REES SCULLY MANSUKHANI**
YOUR 50 STATE LAW FIRM™
D: 919.341.2803 | M: 984.392.9525
E: camitchell@grsm.com | grsm.com
150 Fayetteville Street, Suite 1120, Raleigh, NC 27601
vCard | Bio | LinkedIn