IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:25-CV-1545

CINDY SOLES SMITH, Administratrix of the
ESTATE OF MARK KEANNAN SMITH,

       Plaintiff/Counterclaim-
       Defendant,

v.

XPO LOGISTICS FREIGHT, INC.,

       Defendant/Counterclaim-
       Plaintiff.

**ORDER GRANTING DEFENDANT'S MOTION TO DISREGARD NEW ARGUMENTS RAISED IN PLAINTIFF'S REPLY BRIEF**

    For the reasons stated in Defendant's Motion to Disregard New Arguments Raised in Plaintiff's Reply Brief [DE 33], the Court hereby finds that Plaintiff improperly raised new arguments in her Reply in Support of Plaintiff's Motion to Remand (the "Reply Brief") [DE 32]. In her Reply Brief, Plaintiff argued, for the first time, that Defendant waived its right to remove because Defendant "continu[es] to litigate" its "interlocutory appeal pending in the North Carolina Court of Appeals" and has not "notified the Court of Appeals that the case has been removed to federal court." [DE 32 p. 2] Neither argument was raised in either party's prior briefing. [*See* DE 26 (Plaintiff's Opening Brief); DE 30 (Defendant's Response Brief)]

    Accordingly, the Court hereby GRANTS Defendant's request for the Court to disregard the portions of Plaintiff's Reply Brief [DE 32], which reflect these newly raised arguments. *See Nix v. Chemours Co. FC, LLC*, No. 7:17-CV-189-D, 2025 WL 2924613, at *24 (E.D.N.C. Sept. 30, 2025) (explaining that when the moving party improperly raises a new argument in a reply brief, this Court recently concluded that the "proper remedy is to disregard (not strike) the new arguments in defendants' reply" (citation omitted)). Specifically, when the Court considers whether to deny or

1

grant Plaintiff's pending Motion to Remand [DE 25], the Court will disregard the first paragraph of page 2 and all of Section III of Plaintiff's Reply Brief [DE 32 pp. 2, 8-11].

Accordingly, Defendant's Motion to Disregard New Arguments Raised in Plaintiff's Reply Brief, or, in the Alternative, for Leave to File a Surreply [DE 33] is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** to the extent it requests that the Court disregard the newly raised arguments in Plaintiff's Reply Brief [DE 32] and **DENIED AS MOOT** to the extent it requests leave to file a surreply.

Entered, this \_\_\_\_ day of December, 2025.

_____
United States District Court Judge