# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION
# Civil Action No. 7:25-CV-1545

| | |
|---|---|
| CINDY SOLES SMITH, Administratrix of the ESTATE OF MARK KEANNAN SMITH, <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> XPO LOGISTICS FREIGHT, INC., <br><br> Defendant/Counterclaim-Plaintiff. | **DEFENDANT'S NOTICE OF FILING SUBMITTED TO THE NORTH CAROLINA COURT OF APPEALS** |

**COMES NOW**, Defendant XPO Logistics Freight, Inc., by and through undersigned counsel, and hereby notifies and submits to this Court a copy of the enclosed "Notice of Contested Removal to Federal Court," which XPO electronically filed with the North Carolina Court of Appeals at 3:38 p.m. on December 11, 2025 (Attached here as Exhibit 1).

Therein, XPO informs the Court of Appeals of the unique procedural history of this matter and notes that Rule 12(a)(2) of the North Carolina Rules of Civil Procedure dictates that XPO's pending appeal is automatically stayed "unless and until" the above-captioned matter is remanded to state court.

[CONTINUED ON NEXT PAGE]

1

This filing and update addresses and responds to Plaintiff's concerns regarding XPO's pending appeal [*see* DE 32 (Reply in Support of Plaintiff's Motion to Remand)], as discussed in XPO's recent filing [*see* DE 33 (Defendant's Motion to Disregard New Arguments Raised in Plaintiff's Reply Brief, or Alternatively, Allow Defendant to File Surreply)].

Respectfully submitted this 11th day of December 2025.

**GORDON REES SCULLY MANSUKHANI LLP**

By: */s/ Robert W. F. Beckmann*
_____
Robert W. F. Beckmann (N.C. Bar No. 63232)
Allison J. Becker (N.C. Bar No. 41993)
Austin R. Kessler (N.C. Bar No. 55732)
Devin Honbarger (N.C. Bar No. 59513)
150 Fayetteville Street, Suite 1120
Raleigh, North Carolina 27601
Telephone: (919) 787-4555
Facsimile: (919) 741-5840
Email: rbeckman@grsm.com
Email: abecker@grsm.com
Email: akessler@grsm.com
Email: dhonbarger@grsm.com
***Counsel for Defendant XPO Logistics Freight, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **DEFENDANT'S NOTICE OF FILING SUBMITTED TO THE NORTH CAROLINA COURT OF APPEALS** with the Clerk of Court for the Eastern District of North Carolina by using the CM/ECF system, which will send notification to the following counsel of record:

| J. William Owen<br>Musselwhite, Musselwhite, Branch & Grantham, P.A.<br>P.O. Box 1448<br>Lumberton, NC 28359<br>wowen@mmbglaw.com<br>*Counsel for Plaintiff Cindy Smith, Administratrix of the Estate of Mark K. Smith* | Troy D. Shelton<br>Dowling PLLC<br>3801 Lake Boone Trail, Suite 260<br>Raleigh, NC 27606<br>tshelton@dowlingfirm.com<br>*Counsel for Plaintiff Cindy Smith, Administratrix of the Estate of Mark K. Smith* |
|---|---|

Respectfully submitted this 11th day of December 2025.

**GORDON REES SCULLY MANSUKHANI LLP**

By: */s/ Robert W. F. Beckmann*
_____
Robert W. F. Beckmann (N.C. Bar No. 63232)
Allison J. Becker (N.C. Bar No. 41993)
Austin R. Kessler (N.C. Bar No. 55732)
Devin Honbarger (N.C. Bar No. 59513)
150 Fayetteville Street, Suite 1120
Raleigh, North Carolina 27601
Telephone: (919) 787-4555
Facsimile: (919) 741-5840
Email: rbeckman@grsm.com
Email: abecker@grsm.com
Email: akessler@grsm.com
Email: dhonbarger@grsm.com
*Counsel for Defendant XPO Logistics Freight, Inc.*

3