# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION
## Civil Action No. 7:25-cv-01545-D-BM

| | |
|---|---|
| CINDY SOLES SMITH, Administratrix of the ESTATE OF MARK KEANNAN SMITH, <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> XPO LOGISTICS FREIGHT, INC., <br><br> Defendant/Counterclaim-Plaintiff. | **DECLARATION OF ROBERT W. F. BECKMANN IN SUPPORT OF MOTION TO REVISE INTERLOCUTORY ORDER** |

I, Robert W. F. Beckmann, hereby affirm in support of Defendant XPO Logistics Freight, Inc.'s ("XPO" or "Defendant") Motion to Revise Interlocutory Order, the following:

1. I am an attorney admitted to practice law in the State of North Carolina and before this Honorable Court.

2. After the April 16, 2025 hearing, XPO submitted a proposed order granting Plaintiff's second motion to compel. A true and accurate copy of same is attached hereto as "**Exhibit 1**."

3. After that same hearing, Plaintiff submitted her own proposed order granting her second motion to compel. A true and accurate copy of same is attached hereto as "**Exhibit 2**."

[CONTINUED ON NEXT PAGE]

1

4. Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

This 27th day of January 2026.

**GORDON REES SCULLY MANSUKHANI LLP**

By: /s/ *Robert W. F. Beckmann*
Robert W. F. Beckmann
N.C. State Bar No.: 63232
Austin R. Kessler
N.C. Bar No. 55732
Devin Honbarger
N.C. Bar No. 59513
150 Fayetteville Street, Suite 1120
Raleigh, North Carolina 27601
Telephone: (919) 787-4555
Facsimile: (919) 741-5840
E-mail: rbeckmann@grsm.com
E-mail: akessler@grsm.com
E-mail: dhonbarger@grsm.com
***Counsel for Defendant XPO Logistics Freight, Inc.***

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **DECLARATION OF ROBERT W. F. BECKMANN**, including all referenced exhibits and other documents, with the Clerk of Court for the Eastern District of North Carolina by using the CM/ECF system, which will send notification of such filing to all counsel of record as follows:

| | |
|---|---|
| J. William Owen<br>Musselwhite, Musselwhite, Branch & Grantham, P.A.<br>P.O. Box 1448<br>Lumberton, NC 28359<br>wowen@mmbglaw.com<br>*Counsel for Plaintiff Cindy Smith, Administratrix of the Estate of Mark K. Smith* | Troy D. Shelton<br>Dowling PLLC<br>3801 Lake Boone Trail, Suite 260<br>Raleigh, NC 27606<br>tshelton@dowlingfirm.com<br>*Counsel for Counterclaim-Defendant Cindy Smith, Administratrix of the Estate of Mark K. Smith* |

This 27th day of January 2026.

**GORDON REES SCULLY MANSUKHANI LLP**

By: /s/ *Robert W. F. Beckmann*
Robert W. F. Beckmann
N.C. State Bar No.: 63232
Austin R. Kessler
N.C. Bar No. 55732
Devin Honbarger
N.C. Bar No. 59513
150 Fayetteville Street, Suite 1120
Raleigh, North Carolina 27601
Telephone: (919) 787-4555
Facsimile: (919) 741-5840
E-mail: rbeckmann@grsm.com
E-mail: akessler@grsm.com
E-mail: dhonbarger@grsm.com
*Counsel for Defendant XPO Logistics Freight, Inc.*