UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:25-cv-01545-D-BM

| | |
|---|---|
| CINDY SOLES SMITH, Administratrix of the ESTATE OF MARK KEANNAN SMITH, <br><br> Plaintiff, <br><br> v. <br><br> XPO LOGISTICS FREIGHT, INC., <br><br> Defendant. | **NOTICE OF APPEARANCE** |

NOW COMES the undersigned attorney, Jennifer A. Welch, of the law firm of Cranfill Sumner LLP, and gives notice of appearance as counsel of record for the Counterclaim Defendant, Cindy Soles Smith, Administratrix of the Estate of Mark Keannan Smith in the above-captioned case.

This the 12th day of February, 2026.

                                **CRANFILL SUMNER LLP**

                                BY:   /s/ Jennifer Addleton Welch
                                           Jennifer Addleton Welch
                                           N.C. State Bar No. 31360
                                           CRANFILL SUMNER LLP
                                           Post Office Box 27808
                                           Raleigh, North Carolina 27611-7808
                                           Phone:     (919) 828-5100
                                           Facsimile:  (919) 828-2277
                                           Email: JWelch@cshlaw.com
                                           *Attorneys for Counterclaim Defendant,*
                                           *Cindy Soles Smith, Administratrix of*
                                           *the Estate of Mark Keannan Smith*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 12th day of February, 2026, a true and accurate copy of the foregoing instrument was filed electronically with the Clerk of Court via ECF, which caused a copy of the same to be served on all counsel of record with notice of case activity generated to the following:

J. William Owen
Musselwhite, Musselwhite, Branch & Grantham, P.A.
P.O. Box 1448
Lumberton, NC 28359
wowen@mmbglaw.com
*Co-Counsel for Plaintiff*

Troy D. Shelton
Dowling PLLC
tshelton@dowlingfirm.com
3801 Lake Boone Trail, Suite 260
Raeligh, NC 27607
*Co-Counsel for Plaintiff*

Robert Beckman
Austin R. Kessler
Devin Honbarger
Gordon Rees Scully Mansukhani, LLP
150 Fayetteville Street, Suite 1120
Raleigh, NC 27601
Email: rbeckmann@grsm.com
Email: akessler@grsm.cmom
Email: dhonbarger@grsm.com
*Attorneys for Defendants XPO Logistics Freight, Inc.*

[Executed on following page]

This the 12th day of February, 2026.

**CRANFILL SUMNER LLP**

BY: /s/ Jennifer Addleton Welch
Jennifer Addleton Welch
N.C. State Bar No. 31360
CRANFILL SUMNER LLP
Post Office Box 27808
Raleigh, North Carolina 27611-7808
Phone: (919) 828-5100
Facsimile: (919) 828-2277
Email: JWelch@cshlaw.com
*Attorneys for Counterclaim Defendant, Cindy Soles Smith, Administratrix of the Estate of Mark Keannan Smith*