IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:25-cv-01545-D-BM

| | | |
|---|---|---|
| CINDY SOLES SMITH, | ) | |
| ADMINISTRATRIX OF THE ESTATE OF | ) | |
| MARK KEANNAN SMITH | ) | |
| | ) | |
| PLAINTIFF | ) | **SELECTION OF MEDIATOR** |
| | ) | |
| **v.** | ) | |
| | ) | |
| XPO LOGISTICS FREIGHT, INC. | ) | |
| | ) | |
| DEFENDANT. | | |

Pursuant to Local Civil Rule 101.1c(a), the parties hereby submit this Selection of Mediator. The parties agree upon and have selected the following individual to serve as mediator in this case:

Raymond E. Owens, Jr.,
Higgins & Owens
524 East Blvd.
Charlotte, North Carolina 28203
704-295-4509
rowens@higginsowens.com

The parties certify that the mediator has agreed to this selection and is being served with this Selection of Mediator via email.

**SIGNATURE PAGE TO FOLLOW:**

Respectfully submitted this 27th day of February, 2026.

/s/ Robert W. F. Beckmann
Gordon Rees Scully Mansukhani, LLP
150 Fayetteville Street, Suite 1120
Raleigh, North Carolina 27601
Rbeckmann@grsm.com
N.C. Bar No. 63232
Attorney for Defendant XPO Logistics Freight, Inc.

/s/ J. William Owen
Musselwhite, Musselwhite, Branch & Grantham, P.A.
Post Office Box 1448
Lumberton, North Carolina 28359
wowen@mmbglaw.com
tshelton@dowlingfirm.com
N,C. Bar No. 47994
Attorney for Plaintiff Cindy Soles Smith Administratrix of the Estate of Mark Keannan Smith

/s/ Jennifer A. Welch
Cranfill Sumner
Post Office Box 27808
Raleigh, North Carolina 27611
JWelch@cshlaw.com
N.C. Bar No. 31360
Attorney for Counterclaim Defendant, Plaintiff Cindy Soles Smith Administratrix of the Estate of Mark Keannan Smith