IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:25-cv-01545-D-BM

CINDY SOLES SMITH, Administratrix
of the ESTATE OF MARK KEANNAN
SMITH,

      Plaintiff,

    v.

XPO LOGISTICS FREIGHT, INC.,

      Defendant.

NOTICE OF FILING RELATED TO
PLAINTIFF'S MOTION TO REMAND

Plaintiff submits this notice of filing related to its pending motion to remand, ECF No. 25.

Previously, Plaintiff moved to remand this case back to state court. Defendant XPO had argued that William Lamb was a "spoiler" defendant because Plaintiff had not previously sought to depose him. ECF No. 2 ¶ 10. But as Plaintiff explained, the deposition would likely only yield Lamb invoking his Fifth Amendment privilege against self-incrimination, due to his pending criminal charges. In response, XPO argued that Plaintiff ought to have deposed Lamb anyway, forced him to invoke the privilege, and then benefited from an adverse inference in the civil case. ECF No. 30 at 17.

Back in the state-court civil case, Plaintiff noticed Lamb's deposition. On the eve of that deposition, Lamb's counsel—who is also XPO's counsel in the action before this Court—responded by filing a motion for a protective order and seeking to have

the deposition continued, pending the criminal case's disposition. Lamb's criminal misdemeanor case has been repeatedly continued for trial since October 2023. That motion for protective order is attached to this filing as **Exhibit A**.

Defense counsel also submitted a brief in support of the motion for protective order, which is attached to this notice as **Exhibit B**. In the brief, defense counsel complains that Lamb should not be forced "between invoking his Fifth Amendment privilege, with attendant adverse-inference and discovery-dispute risks, or providing substantive testimony that could be used against him in the criminal matter and waive or compromise his privilege." Ex. B at 1.

Because counsel's state-court positions directly contradict the positions that counsel have taken in this Court, Plaintiff seeks to bring this contradiction to the Court's attention. It bears on the credibility of Defendant's bad-faith joinder and "jurisdictional spoiler" arguments, which Defendant has lodged against Plaintiff.

This the 28th day of April, 2026.

**MUSSELWHITE, MUSSELWHITE, BRANCH & GRANTHAM, P.A.**

/s/ J. William Owen
J. William Owen
N.C. Bar No. 47994
wowen@mmbglaw.com
P.O. 1448
Lumberton, NC 28359
*Co-Counsel for Plaintiff*

**DOWLING PLLC**

/s/ Troy D. Shelton
Troy D. Shelton
N.C. Bar No. 48070

2

tshelton@dowlingfirm.com
3801 Lake Boone Trail, Suite 260
Raeligh, NC 27607
*Co-Counsel for Plaintiff*

3