# EXHIBIT A

# NOTICE OF FILING RELATED TO PLAINTIFF'S MOTION TO REMAND

STATE OF NORTH CAROLINA
ROBESON COUNTY

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
25CV003758-770

CINDY SOLES SMITH, Administratrix of the
ESTATE OF MARK KEANNAN SMITH,

Plaintiff,

v.

WILLIAM BRATTY LAMB

Defendant.

**DEFENDANT WILLIAM BRATTY
LAMB'S MOTION FOR PROTECTIVE
ORDER**

**NOW COMES** Defendant William Bratty Lamb, by and through undersigned counsel, pursuant to Rules 26(c) and 37(d) of the North Carolina Rules of Civil Procedure, and respectfully moves the Court for entry of a protective order continuing Plaintiff's noticed April 30, 2026 deposition of Mr. Lamb to a firm date after the June 8, 2026 criminal setting and on or before June 22, 2026. In support of this Motion, Defendant shows the Court as follows:

1.      This civil action arises out of the same October 11, 2023 motor vehicle accident that is the subject of pending criminal charges against Mr. Lamb in *State of North Carolina v. William Bratty Lamb*, Robeson District Court Case No. 23CR438001-770.

2.      Plaintiff has noticed Mr. Lamb's deposition for April 30, 2026.

3.      The criminal matter remains pending and is currently set for a June 8, 2026 criminal trial.

4.      Good cause exists under Rule 26(c) to continue Mr. Lamb's deposition because requiring him to testify before the June 8 criminal setting would force him to choose between invoking his Fifth Amendment privilege, with attendant civil prejudice and discovery-dispute

1

risks, or providing substantive testimony about the same accident that could be used against him in the criminal matter and potentially waive or compromise his privilege.

5. Good cause also exists because potentially exculpatory evidence, namely the cell phone in Decedent's possession at the time of the accident, has not yet been produced by the State for inspection, despite Defendant's efforts to obtain it.

6. Defendant does not seek an open-ended stay of discovery or an order preventing Plaintiff from deposing Mr. Lamb. Defendant seeks only a short, targeted continuance of Mr. Lamb's deposition to a firm date after the June 8, 2026 criminal setting and on or before June 22, 2026.

7. Plaintiff will not be meaningfully prejudiced by this limited relief. There is no trial date in this civil action, discovery remains open, Defendant has participated in discovery, and Defendant remains willing to produce Mr. Lamb for deposition on a firm date after June 8, 2026 and on or before June 22, 2026.

8. Defendant attempted in good faith to resolve this issue without Court intervention, but Plaintiff refused to adjourn the April 30, 2026 deposition absent a court order.

9. Defendant therefore seeks protection under Rule 26(c) before the noticed deposition date, as contemplated by Rule 37(d).

WHEREFORE, Defendant respectfully requests that the Court enter an Order:

    a. continuing Plaintiff's noticed April 30, 2026 deposition of Mr. Lamb;

    b. directing that Mr. Lamb's deposition proceed on a firm date after the June 8, 2026 criminal setting and on or before June 22, 2026;

    c. awarding Defendant the reasonable expenses and attorney's fees incurred in bringing this Motion; and

    d. granting such other and further relief as the Court deems just and proper.

2

In the alternative only, if the Court permits Mr. Lamb's deposition to proceed before June 8, 2026, Defendant respectfully requests that the Court impose appropriate protective conditions, including limitations on the scope of inquiry, permission for Mr. Lamb's criminal counsel to attend and advise him, restrictions prohibiting disclosure of any transcript, video, audio, exhibits, or testimony to non-parties, law enforcement, or prosecuting authorities absent further order of the Court, and leave to suspend or reconvene the deposition if Fifth Amendment issues prevent meaningful examination.

Dated: April 24, 2026

GORDON REES SCULLY MANSUKHANI LLP

By: /s/ *Robert W. F. Beckmann*
Aleea P. Winston
N.C. State Bar No.: 64292
Robert W. F. Beckmann
N.C. State Bar No.: 63232
150 Fayetteville Street, Suite 1120
Raleigh, North Carolina 27601
Telephone: (919) 341-2827
E-mail: rbeckmann@grsm.com
E-mail: awinston@grsm.com
*Counsel for Defendant William Lamb*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on **April 24, 2026**, a copy of **DEFENDANT WILLIAM BRATTY LAMB'S MOTION FOR PROTECTIVE ORDER**, and all exhibits thereto, were served via email on the following counsel of record:

| J. William Owen<br>Musselwhite, Musselwhite, Branch & Grantham, P.A.<br>P.O. Box 1448<br>Lumberton, NC 28359<br>wowen@mmbglaw.com<br>*Counsel for Plaintiff Cindy Smith, Administratrix of the Estate of Mark K. Smith* |
|---|
| Jennifer Welch<br>Cranfill Sumner LLP<br>5540 Wade Park Blvd.<br>Raleigh, NC 27607<br>jwelch@cshlaw.com<br>*Counsel for Plaintiff Cindy Smith, Administratrix of the Estate of Mark K. Smith* |

Dated: April 24, 2026

**GORDON REES SCULLY MANSUKHANI LLP**

By: /s/ *Robert W. F. Beckmann*
Aleea P. Winston
N.C. State Bar No.: 64292
Robert W. F. Beckmann
N.C. State Bar No.: 63232
150 Fayetteville Street, Suite 1120
Raleigh, North Carolina 27601
Telephone: (919) 341-2827
E-mail: rbeckmann@grsm.com
E-mail: awinston@grsm.com
*Counsel for Defendant William Lamb*

4