

**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
Post Office Box 25670
Raleigh, North Carolina 27611

Phone: (919) 645-1700
Fax:    (919) 645-1750

Peter A. Moore, Jr.
Clerk of Court

May 29, 2026

Clerk of Court
Robeson County
PO Box 1084
Lumberton, NC 28359

Re: **7:25-cv-1545-D-BM** Smith v. XPO Logistics Freight, Inc.

Enclosed please find a copy of the order entered by the Honorable United States District Judge
James C. Dever III on May 29, 2026, in the above-referenced case remanding the case to the
Superior Court of Pitt County, NC.

If you have any questions regarding this order, please do not hesitate to call.

Sincerely,

PETER A. MOORE, JR., CLERK

_____

Amber Harrison, Deputy Clerk