IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:25-cv-01545-D-BM

| | |
|---|---|
| CINDY SOLES SMITH, Administratrix of the ESTATE OF MARK KEANNAN SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>XPO LOGISTICS FREIGHT, INC.,<br><br>        Defendant. | PLAINTIFF'S MOTION FOR JUST COSTS AND ACTUAL EXPENSES<br><br>28 U.S.C. § 1447(c) |

Pursuant to 28 U.S.C. § 1447(c), Plaintiff moves for her just costs and actual expenses, including attorney's fees, incurred as a result of Defendant XPO's removal. As explained in more detail in Plaintiff's accompanying brief, Plaintiff incurred $33,900.00 in attorney's fees as a direct result of the removal. The figure is composed of 46.0 hours for Troy D. Shelton and 21.8 hours for J. William Owen, billed at a reasonable, hourly rate of $500. This request is supported by declarations from Troy D. Shelton, J. William Owen, and Joshua Walthall, which are being filed with the motion.

Plaintiff, therefore, respectfully requests that the Court award Plaintiff $33,900.00.

This the 15th day of June, 2026.

**MUSSELWHITE, MUSSELWHITE, BRANCH & GRANTHAM, P.A.**

/s/ J. William Owen

J. William Owen
N.C. Bar No. 47994
wowen@mmbglaw.com
P.O. 1448
Lumberton, NC 28359

*Co-Counsel for Plaintiff*

**DOWLING PLLC**

/s/ Troy D. Shelton
Troy D. Shelton
N.C. Bar No. 48070
tshelton@dowlingfirm.com
3801 Lake Boone Trail, Suite 260
Raeligh, NC 27607

*Co-Counsel for Plaintiff*

2