**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**Civil Action No. 7:25-cv-01545-D-BM**

| | |
|---|---|
| CINDY SOLES SMITH, Administratrix of the ESTATE OF MARK KEANNAN SMITH, <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> XPO LOGISTICS FREIGHT, INC., <br><br> Defendant/Counterclaim-Plaintiff. | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Jilliann L. Tate of the law firm of Gordon Rees Scully Mansukhani, LLP, hereby enters her appearance as counsel of record for Defendant/Counterclaim Plaintiff XPO Logistics Freight, Inc. in the above-captioned action. Please forward any and all pleadings, motions, notices and correspondence related to this matter to the undersigned counsel using the contact information provided below.

This the 2nd day of July, 2026.

**GORDON REES SCULLY MANSUKHANI LLP**

By: */s/ Jilliann L. Tate*
Jilliann L. Tate
N.C. State Bar No.: 53604
150 Fayetteville Street, Suite 1120
Raleigh, North Carolina 27601
Telephone: (919) 787-4555
Facsimile: (919) 741-5840
Email: jtate@grsm.com
***Counsel for Defendant XPO Logistics Freight, Inc.***

1

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on July 2, 2026, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| J. William Owen<br>Musselwhite, Musselwhite, Branch & Grantham, P.A.<br>P.O. Box 1448<br>Lumberton, NC 28359<br>wowen@mmbglaw.com<br>***Counsel for Plaintiff Cindy Smith, Administratrix of the Estate of Mark K. Smith*** | Jennifer Welch<br>Cranfill Sumner<br>P.O. Box 27808<br>Raleigh, NC 27611-7808<br>jwelch@cshlaw.com<br>***Counsel for Counterclaim-Defendant Cindy Smith, Administratrix of the Estate of Mark K. Smith*** |
| Troy D. Shelton<br>Dowling, PLLC<br>3801 Lake Boone Trail, Suite 260<br>Raleigh, NC 27607<br>tshelton@dowlingfirm.com<br>***Counsel for Plaintiff Cindy Smith, Administratrix of the Estate of Mark K. Smith*** | |

Respectfully submitted, this the 2nd day of July, 2026,


GORDON REES SCULLY MANSUKHANI LLP

By:    ***/s/ Jilliann L. Tate***
        Jilliann L. Tate
        N.C. State Bar No.: 53604
        150 Fayetteville Street, Suite 1120
        Raleigh, North Carolina 27601
        Telephone: (919) 787-4555
        Facsimile: (919) 741-5840
        Email: jtate@grsm.com
        ***Counsel for Defendant XPO Logistics Freight, Inc.***

2