**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No.  7:25-CV-1545**

| | |
|---|---|
| CINDY SOLES SMITH, Administratrix of the ESTATE OF MARK KEANNAN SMITH,<br><br>　　　　　Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>XPO LOGISTICS FREIGHT, INC.,<br><br>　　　　　Defendant/Counterclaim-Plaintiff. | **NOTICE OF WITHDRAWAL** |

NOW COMES the Defendant, XPO Logistics Freight, Inc., in the above-captioned matter, and gives notice to the parties that the undersigned, Robert W.F. Beckmann of Gordon Rees Scully Mansukhani, LLP, hereby withdraws his appearance in the above-captioned action.  Allison Becker, Devin Honbarger and Austin Kessler shall also remain as counsel of record for Defendant XPO Logistics Freight, Inc.

Respectfully submitted, this 17th day of July, 2026.

**GORDON REES SCULLY MANSUKHANI LLP**

By: */s/ Robert W.F. Beckman*

_____
Robert W.F. Beckman (N.C. Bar No. 63232)
Austin R. Kessler (N.C. Bar No. 55732)
Devin Honbarger (N.C. Bar No. 59513)
150 Fayetteville Street, Suite 1120
Raleigh, North Carolina 27601
Telephone: (919) 787-4555
Facsimile: (919) 741-5840
Email: rbeckman@grsm.com
Email: akessler@grsm.com
Email: dhonbarger@grsm.com
***Counsel for Defendant XPO Logistics Freight, Inc.***

1

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I electronically filed the foregoing **NOTICE OF WITHDRAWAL** with the Clerk of Court for the Eastern District of North Carolina by using the CM/ECF system, which will send notification to the following counsel of record:

| J. William Owen<br>Musselwhite, Musselwhite, Branch &<br>Grantham, P.A.<br>P.O. Box 1448<br>Lumberton, NC 28359<br>wowen@mmbglaw.com<br>*Counsel for Plaintiff Cindy Smith,*<br>*Administratrix of the Estate of Mark K. Smith* | Troy D. Shelton<br>Dowling PLLC<br>3801 Lake Boone Trail, Suite 260<br>Raleigh, NC 27606<br>Tshelton@dowlingfirm.com<br>*Counsel for Plaintiff Cindy Smith,*<br>*Administratrix of the Estate of Mark K.*<br>*Smith* |
| --- | --- |

Respectfully submitted this 17th day of July, 2026.

GORDON REES SCULLY MANSUKHANI LLP

By: */s/ Robert W.F. Beckman*

_____
Robert W.F. Beckman (N.C. Bar No. 63232)
Allison J. Becker (N.C. Bar No. 41993)
Austin R. Kessler (N.C. Bar No. 55732)
Devin Honbarger (N.C. Bar No. 59513)
150 Fayetteville Street, Suite 1120
Raleigh, North Carolina 27601
Telephone: (919) 787-4555
Facsimile: (919) 741-5840
Email: rbeckman@grsm.com
Email: abecker@grsm.com
Email: akessler@grsm.com
Email: dhonbarger@grsm.com
*Counsel for Defendant XPO Logistics Freight, Inc.*

2