# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION
#### Civil Action No. 7:25-CV-1545

CINDY SOLES SMITH, Administratrix of the
ESTATE OF MARK KEANNAN SMITH,

        Plaintiff/Counterclaim-
        Defendant,

v.

XPO LOGISTICS FREIGHT, INC.,

        Defendant/Counterclaim-
        Plaintiff.

**MOTION TO WITHDRAW**

NOW COMES the Defendant, XPO Logistics Freight, Inc., in the above-captioned matter, and gives notice that the undersigned, Robert Beckmann, has left the firm of Gordon Rees Scully Mansukhani, LLP, and wishes to withdraw as counsel. Defendant has consented to this withdrawal. Jilliann L. Tate, Allison J. Becker and Austin R. Kessler shall remain as counsel of record for Defendant XPO Logistics Freight, Inc. The undersigned hereby requests that an order be entered granting his withdrawal as counsel for Defendant.

This 5th day of August, 2026.

        **/s/ _Robert W. F. Beckmann_**
        Robert W. F. Beckmann
        N.C. State Bar No.: 63232

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing using the CM/ECF system, which will send notification of such filing to all counsel of record using the CM/ECF system.

This the 5th day of August, 2026.

Gordon Rees Scully Mansukhani, LLP

By: **/s/ *Robert W. F. Beckmann***
Robert W. F. Beckmann
N.C. State Bar No.: 63232