**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**Civil Action No.  7:25-CV-1545**

CINDY SOLES SMITH, Administratrix of the
ESTATE OF MARK KEANNAN SMITH,

        Plaintiff/Counterclaim-
        Defendant,

v.

XPO LOGISTICS FREIGHT, INC.,

        Defendant/Counterclaim-
        Plaintiff.

**MOTION TO WITHDRAW**

NOW COMES Defendant, XPO Logistics Freight, Inc. ("XPO"), in the above-captioned matter, pursuant to Local Rule 5.2(e), and requests that the undersigned, Devin L. Honbarger of the firm of Gordon Rees Scully Mansukhani, LLP, be withdrawn as counsel for XPO. XPO's mailing address is 150 Fayetteville Street, Suite 1120, Raleigh, NC 27601. XPO's physical address is 2211 Old Earhart Road, Ann Arbor, MI, 48105. This matter has been remanded to state court and only Plaintiff's Motion for Attorney Fees remains before this Court. XPO consents to this Motion and the withdrawal of Mr. Honbarger. Jilliann L. Tate, Allison J. Becker, and Austin R. Kessler also of the firm of Gordon Rees Scully Mansukhani, LLP shall remain as counsel of record for XPO. The undersigned hereby requests that an order be entered granting his withdrawal as counsel for XPO.

*[SIGNATURE PAGE FOLLOWS]*

This 6th day of August, 2026.

**/s/ *Devin L. Honbarger***
Devin L. Honbarger
**GORDON REES SCULLY MANSUKHANI**
150 Fayetteville Street, Suite 1120
Raleigh, NC 27601
dhonbarger@grsm.com
T: 919-787-4555; F: 919-741-5840
N.C. State Bar No.: 59513

**/s/ *Jilliann L. Tate***
Jilliann L. Tate
**GORDON REES SCULLY MANSUKHANI**
150 Fayetteville Street, Suite 1120
Raleigh, NC 27601
abecker@grsm.com
T: 919-787-4555; F: 919-741-5840
N.C. State Bar No.: 53604

**/s/ *Allison J. Becker***
Allison J. Becker
**GORDON REES SCULLY MANSUKHANI**
150 Fayetteville Street, Suite 1120
Raleigh, NC 27601
abecker@grsm.com
T: 984-242-1796; F: 919-741-5840
N.C. State Bar No.: 41993

**/s/ *Austin R. Kessler***
Austin R. Kessler
**GORDON REES SCULLY MANSUKHANI**
150 Fayetteville Street, Suite 1120
Raleigh, NC 27601
abecker@grsm.com
T: 704-625-8000; F: 919-741-5840
N.C. State Bar No.: 55732

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing using the CM/ECF system, which

will send notification of such filing to all counsel of record using the CM/ECF system.

This the 6th day of August, 2026.

/s/ *Devin L. Honbarger*
Devin L. Honbarger
**GORDON REES SCULLY MANSUKHANI**
150 Fayetteville Street, Suite 1120
Raleigh, NC 27601
dhonbarger@grsm.com
T: 919-787-4555; F: 919-741-5840
N.C. State Bar No.: 59513