# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION
### Civil Action No.  7:25-CV-1545

CINDY SOLES SMITH, Administratrix of the
ESTATE OF MARK KEANNAN SMITH,

       Plaintiff/Counterclaim-
       Defendant,

v.

XPO LOGISTICS FREIGHT, INC.,

       Defendant/Counterclaim-
       Plaintiff.

**ORDER**

It is hereby Ordered that, for good cause shown, Devin L. Honbarger is permitted to withdraw as counsel for Defendant XPO Logistics Freight, Inc. Defendant XPO Logistics Freight, Inc. will continue to be represented by counsel of record Allison Becker, Jilliann Tate, and Austin Kessler of the Law Firm of Gordon Rees Scully Mansukhani, LLP.

SO ORDERED.

This the __ Day of August, 2026

_____
United States District Court Judge