**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:25-CV-1545**

| | |
|---|---|
| CINDY SOLES SMITH, Administratrix of the ESTATE OF MARK KEANNAN SMITH, <br><br>     Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> XPO LOGISTICS FREIGHT, INC., <br><br>     Defendant/Counterclaim-Plaintiff. | **ORDER** |

It is hereby Ordered that, for good cause shown, Robert W.F. Beckmann is permitted to withdraw as counsel for Defendant XPO Logistics Freight, Inc. Defendant XPO Logistics Freight, Inc. will continue to be represented by counsel of record Allison Becker, Jilliann Tate, and Austin Kessler of the Law Firm of Gordon Rees Scully Mansukhani, LLP.

SO ORDERED.

This the 6 Day of August, 2026

James C. Dever III
United States District Court Judge