U-DNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| CINDY SOLES SMITH, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | **CASE NO. 7:25-CV-1545-D-BM** |
| XPO LOGISTICS FREIGHTS INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

**This action came before the Honorable James C. Dever III, United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** It is therefore ORDERED that The court GRANTS IN PART plaintiff's motion for just costs and actual expenses [D.E. 53] in the amount of$30,510.00.

This Judgment filed and entered on September 9, 2026, and copies to:
Counsel for both parties (via CM/ECF electronic notification)

September 9, 2026

Peter A. Moore, Jr.
Clerk of Court

By: ______________________________
Deputy Clerk